# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| BWS PROPERTIES, LLC, | NO. 1:24-CV-29-KAC-CHS |
| Plaintiff, | JUDGE KATHERINE A. CRYTZER |
| v. | |
| AIRGAS USA, LLC, | MAGISTRATE JUDGE CHRISTOPHER H. STEGER |
| Defendant. | JURY DEMAND |

## DEFENDANT AIRGAS USA, LLC'S WITNESS LIST

Defendant Airgas USA, LLC reserves the right to call the following witnesses at the trial of this case, the contact information for whom the other parties are already in possession:

1. Peter Van Slyke;
2. Dawn Van Dyke;
3. James Corley Johnson;
4. Tracy Harvey;
5. David Millians;
6. Robert Feil;
7. Bradley Jackson;
8. Clay Merrill;
9. Jeremy Painter;
10. Steve Benton;
11. David Martineau;
12. Michael Berry;
13. Kevin Cruz; and

14. Any witness identified by Plaintiff to whom we do not object.

This the 16th day of June 2025.

        Respectfully submitted,

        LEWIS THOMASON, P.C.

        By: /s/*Mary Beth White*
            Mary Beth White, BPR #24462
            Peter C. Robison, BPR # 027498
            424 Church Street, Suite 2500
            P.O. Box 198615
            Nashville, TN 37219
            (615) 259-1366
            mbwhite@lewisthomason.com

        *Attorneys for defendant Airgas USA, LLC*

# CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing DEFENDANT AIRGAS USA, LLC'S WITNESS LIST has been served on the following counsel of record through the Court's electronic filing system:

      Lynzi J. Archibald, Esq.
      Jessica M. Wolinsky, Esq.
      Miller & Martin PLLC
      832 Georgia Avenue, Suite 1200
      Chattanooga, TN 37402
      lynzi.archibald@millermartin.com
      jessica.wolinsky@millermartin.com

This the 16th day of June 2025.

                                      /s/*Mary Beth White*