UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
|    *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
|    *Defendant*. | ) | |

### PLAINTIFF BWS PROPERTIES, LLC'S FINAL WITNESS LIST

Plaintiff BWS Properties, LLC ("BWS"), pursuant to the November 27, 2025 Scheduling Order, submits the follow as its final witness list:

   A.   Witnesses BWS expects to present at trial:

1. Jennifer Nevans – BWS Properties, LLC
   c/o Lynzi J. Archibald
   Miller & Martin PLLC
   832 Georgia Ave., Suite 1200
   Chattanooga, TN 37402
   (423) 756-6600

2. Baker Townsend – SVN Second Story Real Estate Management
   (423) 682-8241

3. Nic Cornelison – P&C Construction (Expert Witness)
   c/o Lynzi J. Archibald
   Miller & Martin PLLC
   832 Georgia Ave., Suite 1200
   Chattanooga, TN 37402
   (423) 756-6600

4. Peter Van Slyke – Airgas USA, LLC
   c/o Peter Robison
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN 37219

5. Tracy Harvey – Airgas USA, LLC
   c/o Peter Robison

424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219

6. James Corley Johnson
   (931) 616-9491

7. Bret Cohen – BWS Properties, LLC
   c/o Lynzi J. Archibald
   Miller & Martin PLLC
   832 Georgia Ave., Suite 1200
   Chattanooga, TN 37402
   (423) 756-6600

B. Witnesses who may be called at trial if the need arises:

1. David Millian – Airgas USA, LLC
   c/o Peter Robison
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN 37219

2. Dawn Van Dyke – Airgas USA, LLC
   c/o Peter Robison
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN 37219

3. Clay Merrick – Airgas USA, LLC
   c/o Peter Robison
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN 37219

4. Steve Benton – Airgas USA, LLC
   c/o Peter Robison
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN 37219

5. Ben Mills – Access Garage Door
   (423) 402-5188

6. Yaneth Meyer – Yaneth Cleaning Service
   (423) 715-0100

7. Darius Matthews – Sceenic Breezeway
   (423) 475-9936

8. Mike Collins – Oasis Heating and Air
   (423) 331-8632

9. T.U. Parks Construction Company
   (423) 648-3800

10. Outdoor, Inc.
    (423) 618-0345

11. Republic Services
    (800) 321-8128

12. Colin Woodcook – Professional Sign Services
    (423) 779-2543

13. A. Barnes Fence Co.
    (423) 875-0062

C. BWS may call any witnesses identified by Airgas.

D. Any witnesses needed for impeachment and/or rebuttal.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/ *Lynzi J. Archibald*
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

***Counsel for Plaintiff BWS Properties, LLC***

## CERTIFICATE OF SERVICE

      The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

> Mary Beth Haltom White, Esq.
> Peter C. Robison, Esq.
> 424 Church Street, Suite 2500
> P.O. Box 198615
> Nashville, TN 37219
> mbwhite@lewisthomason.com
> probison@lewisthomason.com

This 17th day of June 2025.

                                                                  **MILLER & MARTIN PLLC**

                                                                  By: /s/ *Lynzi J. Archibald*