# EXHIBIT C                                    1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF TENNESSEE

3            AT CHATTANOOGA

4   ------------------------------------------------------------

5   BWS PROPERTIES, LLC,          )
                                  )
6                  Plaintiff,     ) No. 1:24-cv-00029
                                  )
7   vs.                           ) Judge Christopher H. Steger
                                  )
8   AIRGAS USA, LLC,              ) Non-Jury
                                  )
9                  Defendant.     )

10  ------------------------------------------------------------

11

12

13

14

15

16

17            **DEPOSITION OF DAWN VAN DYKE**

18                **April 23, 2025**

19

20

21

22

23

24

25

```
 1            MR. ROBISON:  I think this is consistent with
 2     the email that you sent to me on Tuesday.
 3            So I anticipate that we're going to be looking
 4     at Topics 3 and 4, 8 through 13 -- you know, and,
 5     obviously, a couple of those have some limitations,
 6     because we're not looking for attorney/client
 7     conversations.  And, I believe Topics 25 and 28 also
 8     relate to leases, which are Ms. Van Dyke's area of
 9     work.
10            MS. WOLINSKY:  That's what I had.
11     EXAMINATION BY MS. WOLINSKY:
12     Q       And, Ms. Van Dyke, just to confirm, are you
13     prepared to -- and we can look at these just to make --
14     to confirm.  So Counsel just listed 3 and 4, which I have
15     highlighted here.  Are you prepared to testify to those
16     topics today?
17     A       Yes.
18     Q       Okay.  And then I'll break these up a little
19     bit.  And then you'll see 8 through 13 here.  Feel free
20     to read them if you need to; but, once you've been able
21     to read through them, are you prepared to testify to
22     these topics today?
23     A       Yes.
24     Q       And then Counsel also listed 25 and 28.  Again,
25     please feel free to take your time to read them; but,
```

```
1    once you have, are you prepared to testify to those
2    topics today as well?
3    A       Yes.
4            MS. WOLINSKY:  And, again, we will mark this as
5    Exhibit 1.
6    EXAMINATION BY MS. WOLINSKY:
7    Q       What did you do to prepare for today's
8    deposition, with the caveat that I don't want to know
9    what you talked about with counsel?
10   A       Just looked back at the documents to get
11   more familiar with the dates, looked back at some
12   emails.
13   Q       And, again, not asking for communications with
14   counsel, but did you meet with counsel prior to the
15   deposition?
16   A       Yes.  We spoke.
17   Q       And around about when did that take place?
18   A       Yesterday.
19   Q       Were there any additional documents that you
20   searched for or had to review that were not -- that have
21   not yet been produced in this lawsuit?
22   A       I'm not sure what you're asking.
23   Q       Yeah.  I can rephrase it.
24           In preparing for the deposition, did you have to
25   go look for any documents that couldn't be provided to
```

```
 1   you in the course of preparation?

 2   A        I think the only document that I produced was an

 3   occupancy report.

 4   Q        And what was that occupancy report?

 5   A        It just has the expenses, grouped expenses, that

 6   were paid for that property.

 7   Q        Okay.  I'm going to show you what we're going to

 8   mark as Exhibit 2.

 9                        (Whereupon, said document was

10                         received and marked as

11                         Exhibit Number 2.)

12   EXAMINATION BY MS. WOLINSKY:

13   Q        Do you see a document entitled:  "Defendant

14   Airgas USA, LLC's, Answer to Complaint"?

15   A        Yes.

16   Q        And I'm happy to scroll through just real quick.

17   If there's anything you want to look at in more detail,

18   I'm happy to do so; but I just want to make sure you see

19   the full document.  And, again, please feel free -- if

20   you'd like to see this in more detail, I'm more than

21   happy to do so.

22            But Airgas submitted an answer in this lawsuit.

23   Is that correct?

24   A        Yes.

25   Q        And did you ever look at a copy of the answer?
```

```
1    A          I believe so.  Yes, I did.

2    Q          And, again, happy to scroll through in more

3    detail, but is this the answer -- does this appear to be

4    the answer that Airgas submitted in this lawsuit?

5    A          I believe so, yes.

6    Q          I'm going to show you what we're going to mark

7    as Exhibit 3.  One moment.

8               Before I show you that, actually, did you assist

9    in preparing the answer?

10   A          To what extent?  I ...

11   Q          Did you review the answer before it was filed?

12   A          I did review the answer.

13   Q          Okay.  And then I'll show you what we're going

14   to mark as Exhibit 3.

15                         (Whereupon, a document was

16                          received and marked as

17                          Exhibit Number 3.)

18   EXAMINATION BY MS. WOLINSKY:

19   Q          And, just for the record, this is entitled:

20   "Rule 26(a)(1) Disclosures of Defendant Airgas USA, LLC."

21   Once again, if you would like to see it in more detail,

22   please stop me, and I'll be happy to do so; but I just

23   want to make sure that you're able to see the entirety of

24   the document.

25               Did Airgas submit initial disclosures in this
```

1  lawsuit?

2  A       I don't know.  I'm not sure what you're -- what

3  disclosures you're --

4  Q       Did you ever -- have you seen this document

5  before today?

6  A       Yes, I believe so.  I don't remember everything

7  that -- I don't have documents memorized.

8  Q       Entirely fair.  Entirely fair.  Based on what

9  you're seeing here in front of you, does this appear to

10  be the initial disclosures that Airgas filed -- or

11  submitted -- excuse me -- in this action?

12  A       It appears to be.

13  Q       Okay.  Thank you.

14          Getting into a little bit of Airgas's

15  discovery or responses today -- and, of course, we're in

16  the midst of discovery that -- in depositions -- can you

17  tell me what your role has been to date -- again, I'm

18  not asking for any communications with counsel -- but

19  your role in responding to and preparing discovery

20  responses.

21  A       I provided -- I did a search on my computer of

22  emails that were related to the property and uploaded

23  those.  Any other documents that were real-estate

24  documents on the server, I uploaded those.

25  Q       Did you assist in drafting the written

1    responses?

2    A         No.

3    Q         Do you know who did assist in drafting --

4    and, again, I'm not asking if they were communications

5    with counsel -- but do you know who from Airgas

6    assisted with the written responses to discovery

7    requests?

8    A         I believe our counsel drafted the response.

9    Q         And did you have any additional role in

10   gathering documents, other than what you just described?

11   A         Can you be more specific on which documents?

12   Q         Just generally.  Did you coordinate with

13   others -- for example, Peter Van Slyke or Tracey Harvey

14   or any other -- other people at Airgas -- in collecting

15   documents that would be responsive and produced in this

16   action?

17   A         I did not.  I only collected the documents that

18   I had on my computer.

19   Q         Have you reviewed all of the documents that

20   Airgas has produced to date?

21   A         Only the ones that I provided.

22   Q         And, just to confirm, did -- have you reviewed

23   documents that are Bates labeled all the way from

24   1 to 275, which just means two hundred and seventy-five

25   pages of documents?

1    A        I don't know how many pages.

2    Q        And I apologize if I already asked this

3    specifically, but -- and not talking about the written

4    responses -- but document production, do you know who

5    else assisted in gathering documents for production in

6    this action?

7    A        I do not.

8    Q        Can you please describe for me -- or can you

9    describe for me Airgas's efforts to preserve and collect

10   documents in this lawsuit generally.

11   A        So the documents that we have have been uploaded

12   to a -- my Google drive, and that's where they've stayed.

13   I pulled all the documents that were on the real-estate

14   server and put them all in the same folder on my Google

15   drive.

16   Q        And do you know how -- what other preservation

17   or collection steps were taken within Airgas, generally,

18   by others, say like Peter Van Slyke or Tracey Harvey or

19   anyone else that you can recall?

20   A        I do not.

21   Q        How -- can you describe for me how you conducted

22   the search to find the documents that you then added to

23   one drive that were then produced to us -- or excuse

24   me -- to BWS?

25   A        I did a search of the word "Chattanooga" and

```
1    was the property owned, leased, rented or otherwise by
2    Airgas?
3    A       Leased.
4    Q       And how long did Airgas lease the property?
5    A       I believe since 2005.  I would have to --
6    Q       And -- I'm sorry.  Continue.
7    A       I was just going to say I would have to look at
8    the original lease.
9    Q       And I'll go -- I didn't hear the date you said.
10   What was the first date, if you can recall?
11   A       I believe it was since 2005.
12   Q       And was there a relationship between Airgas and
13   BWS prior to 2005 at all?
14   A       I don't know.
15   Q       So what was the date of the final lease between
16   BWS and Airgas?
17   A       The last lease was 2021, I believe.
18   Q       And, just for ease of reference, I will pull it
19   up real quick.  Did a new document pop up for you?
20   A       It did.
21   Q       Okay.  And I'll go ahead and just put this in,
22   since we're looking at it, as Exhibit 8.
23                        (Whereupon, said document was
24                         received and marked as
25                         Exhibit Number 8.)
```

1    Q        And, just for clarification purposes, from

2    2005 to the start of the new lease, June 1, 2022 --

3    we'll talk about the actual lease period in a

4    moment -- how was Airgas paying BWS rent during that

5    period?

6    A        Prior to 2013, I have no knowledge of that; but,

7    after 2013, they -- it was a monthly check.

8    Q        And when -- at what point during the month was

9    that payment made?

10   A        They processed payments on the 20th of the month

11   prior to it being due.

12   Q        And was -- processing it on the 20th, around

13   what date would it have actually been paid?

14   A        It varied, depending on -- some people have

15   direct deposit; and some people have checks, so it goes

16   through the mail.

17   Q        And do you recall, during the 2013 period to

18   June 1, 2022, whether it was deposited via check or

19   electronic deposit for Airgas's payment to BWS?

20   A        I believe it was check.

21   Q        And, then, for the last lease period -- so

22   June 2022 -- and I can show you a document that I'll

23   represent to you is ending May 31st, 2023 -- how was

24   Airgas paying its monthly rent to BWS?

25   A        When was the -- when are you asking about

1    again?

2    Q        So the last lease period, which the lease

3    began -- its effective date was June 1st, 2022 -- and, as

4    I said, I'm happy to show you the document -- but I will

5    represent to you that it ended May 31st of 2023.  During

6    that period, how did Airgas make its monthly rent payment

7    to BWS?

8    A        I believe checks, but I'm not -- I'm not

9    completely sure if she was set up on direct deposit or

10   not.

11   Q        And who was the individual that was responsible

12   for getting the payment processed and sent to BWS during

13   the 2022 to 2023 time period?

14   A        Our accounts-payable department.

15   Q        Was there a specific individual or just whoever

16   in the department had it at that time?

17   A        It -- there -- it changes.  It varied, I

18   believe.

19   Q        And, during this 2022 to 2023 time period, did

20   Airgas always pay the monthly rent on time?

21   A        I think there were a couple of times where she

22   would reach out and say she hadn't received the check

23   yet, and I would follow up with our accounts payable

24   department to check the status of it and issue a new

25   check if it needed to be; but I think, the majority of

1   the time, she received it on time.

2   Q        Was Airgas required to have insurance for the

3   property during the 2022 to 2023 time period?

4   A        I believe BWS carried the insurance on the

5   property.

6   Q        And did Airgas -- was Airgas responsible for

7   paying for that insurance?

8   A        Responsible for reimbursing BWS.

9   Q        And can you describe for me how that

10  reimbursement process worked.

11  A        Jennifer would send me -- Jennifer Nevans would

12  send me an email with the proof of payment and a copy of

13  the bill and invoice.

14  Q        And, then, once that was received, what was the

15  process for getting that reimbursement issued?

16  A        I would forward it to our accounts-payable

17  department and ask them to process it for payment.

18  Q        And, from the time the -- Ms. Nevans sent you

19  that documentation to the time reimbursement was actually

20  issued, about how long would that be?

21  A        I would forward it as soon as I got it.

22  Q        And about how long was the turnaround for

23  accounts payable?

24  A        I'm not sure.  I -- I'm not sure what their

25  turnaround time is.

1    Q        And was the reimbursement via check or

2    electronic deposit during the 2022 to the 2023 time

3    period?

4    A        It would -- I believe by check.  It would depend

5    on -- however she was set up to be paid her monthly rent

6    is how it would have been paid.

7    Q        Okay.  And, then, prior to the last lease

8    period -- again, which was 2022 to 2023 -- was

9    there a time that Airgas was responsible for holding

10   and paying for insurance without having to reimburse

11   BWS?

12   A        Prior to -- when are you asking?

13   Q        Prior to 2022.

14   A        I believe, at some point -- and I'm not sure

15   when it was -- I think it was before me or before I

16   started working at Airgas, I believe -- that Airgas was

17   responsible for the insurance at one point.

18   Q        Do you know at what point that changed to

19   reimbursing BWS instead of paying directly?

20   A        Not off the top of my head.  I would have to

21   look at documents.

22   Q        And do you recall why that change occurred?

23   A        I don't know.

24   Q        Does Airgas still have an insurance policy in

25   effect for the property?

```
 1    A         Does Airgas?

 2    Q         Yes.

 3    A         I'm -- I don't know.

 4    Q         What was Airgas's responsibility relating

 5    to payment of taxes, of property taxes, for the

 6    property?

 7    A         To reimburse Ms. Nevans.

 8    Q         And was that also true prior to 2022?

 9    A         Yes.

10    Q         Can you describe for me Airgas's process of

11    reimbursing BWS for property taxes.

12    A         They would issue a check for the amount that she

13    had paid.

14    Q         Was there specific documentation you would

15    receive or a confirmation email?

16    A         She would send the copies of checks where she

17    paid it and the tax bill, along with an invoice.

18    Q         And, similar to the insurance, as soon as you

19    received it, did you forward it onward to accounts

20    payable?

21    A         I did.

22    Q         And, for reimbursement of taxes and insurance,

23    was there a specific person in accounts payable

24    responsible for that aspect of it, or was it just whoever

25    was available?
```

1    A        It varies.  I'm not a part of that department,

2    so I'm not completely sure.

3    Q        Similar to having a favorite secretary, I wasn't

4    sure if you had a favorite accounts-payable person that

5    would take care of things for you.

6    A        No.

7    Q        My secretary's my favorite, so I just have to

8    ask.

9             Does Airgas owe any outstanding amounts at

10   present for reimburse of property taxes and insurance for

11   the property under the 2022 to 2023 lease?

12   A        I believe for the five months in 2023.

13   Q        Do you know why that has currently not been

14   paid?

15   A        They never received -- or I haven't received

16   proof of payment.

17   Q        If you received proof of payment today, what

18   would be your next step?

19   A        I would submit it to legal and ask them how to

20   handle it.

21   Q        And, by "proof of payment," what exactly were

22   you -- are you meaning by "proof of payment"?

23   A        A check where it was paid.

24   Q        I'm going to show you what we're going to mark

25   as Exhibit 9.

```
 1                         (Whereupon, a document was
 2                          received and marked as
 3                          Exhibit Number 9.)
 4              MS. WOLINSKY:  And if you'll just give me one
 5     moment.
 6              Did a new document pop up for you?
 7              THE WITNESS:  It did.
 8              MS. WOLINSKY:  Okay.
 9     EXAMINATION BY MS. WOLINSKY:
10     Q        Okay.  And there's only two pages, so I'm just
11     going to scroll through briefly.  Again, if you need me
12     to zoom in or slow down or if there's something you want
13     to look at more closely, please let me know.
14              Do you recall receiving one or both of these
15     invoices?
16     A        I recall receiving one, 531.
17     Q        The May 31st, 2023, invoice?
18     A        Yes.
19     Q        How did you receive this invoice?
20     A        She emailed it.
21     Q        And, when you received it, what did you do with
22     it?
23     A        I forwarded it to -- I think I forwarded it to
24     our legal department.
25     Q        Did you respond to Ms. Nevans at all?
```

1    A         I don't recall.

2    Q         Do you recall if you told her that you

3    needed any additional documentation outside of the

4    invoice?

5    A         I don't recall.

6    Q         And, then, do you recall -- just to confirm, do

7    you recall receiving this invoice (indicating)?

8    A         I don't recall receiving this one.

9    Q         And, just for clarity, this is the

10   January 3rd, 2024, invoice.

11   A         Yes.  I see that.

12   Q         Yes.

13   A         But I don't recall receiving that one.

14   Q         Yes.  Sorry.  That was just for clarity for

15   the record so it's clear which one we were talking

16   about.

17             What types of utilities were used by Airgas at

18   the property for 2022 to 2023?

19   A         I believe electric, water, gas, just the

20   standard utilities.

21   Q         Did Airgas pay for utilities directly to the

22   utility companies, or did they reimburse BWS?

23   A         They paid directly to the utility company.

24   Q         And who was the individual that was responsible

25   for paying utilities?

1    A        I'm not sure.

2    Q        And do you know what the time of those payments

3    were each month?

4    A        I do not.

5    Q        And let me back up.  Do you know if it was a

6    monthly payment, bimonthly or an annual payment to the

7    different utilities?

8    A        I do not know.

9    Q        And are you aware of whether these utilities

10   were always paid on time?

11   A        I have no knowledge of that.

12   Q        Were any late payments -- excluding the

13   utilities, since that was paid directly to the utility

14   company -- but, for the property taxes and insurance and

15   rent, for any late payments, was there an additional fee

16   that Airgas would pay to BWS?

17   A        I believe, if there was a late fee on an invoice

18   or something, it would get paid, a late fee would get

19   paid; but I don't have any specific knowledge of that

20   situation.

21       MS. WOLINSKY:  All right.  We have been going

22   about an hour.  I'm just going to reorganize myself a

23   little bit.  We're going take a quick break.

24       And you can just mute or if you want to turn off

25   your cameras, but just making sure.  And I'll be back

1   on -- give me about five minutes.  If you need longer,

2   take it.  Don't worry about it.  But give me five

3   minutes.

4            (Whereupon, a brief recess was held.)

5            MS. WOLINSKY:  I'm going to show you what we're

6   going to mark as Exhibit 10.

7                      (Whereupon, a document was

8                       received and marked as

9                       Exhibit Number 10.)

10           MS. WOLINSKY:  Did the document pop up for you?

11           THE WITNESS:  It did.

12  EXAMINATION BY MS. WOLINSKY:

13  Q        And just -- this is two pages, but all of the

14  content is on the first page; so I'm just going to leave

15  it on the first page.  If you wouldn't mind just

16  reviewing that for me and letting me know when you're

17  good to go.

18  A        Okay.  I'm good.

19  Q        Earlier, we had talked about negotiations

20  between yourself and Ms. Nevans regarding the lease that

21  was effective June 1, 2022.  If you look middle-ish of

22  the email, it looks like you're asking:  "Would you

23  consider doing a six- to nine-month lease at the rate

24  proposed in the lease you sent in October?"

25           Can you describe for me -- first of all, do you

1    see that in the email?

2    A       I do.

3    Q       Can you describe for me what you're asking her

4    to consider there.

5    A       I believe that she had sent a lease -- a lease

6    proposal in October.  I would have to go back and look to

7    see what those terms were.

8    Q       And, just to confirm, earlier, it was --  the

9    lease was ultimately drafted and executed for a one-year

10   term.  Is that correct?

11   A       Correct.

12   Q       Do you recall why a six- to nine-month lease

13   wasn't created?

14   A       They were not willing to do that.

15   Q       And, at the point in time of this email that I

16   just read, dated November 17th, 2021, at that point, was

17   Airgas aware it was going to potentially be moving to a

18   facility other than the property?

19   A       I -- I don't believe anything definite had been

20   decided at that time.

21   Q       What was being discussed at that time with

22   regard to the property and potentially going to another

23   property?

24   A       I -- I wasn't involved in those discussions,

25   so -- I believe, though, they were looking at our owned

```
1    property to see if that would -- if that would be an

2    option.

3    Q        And, when you say your owned property, what was

4    that?

5    A        Airgas owns a property that I believe is a few

6    miles from the leased property.

7    Q        Who was involved with discussions regarding

8    whether to leave the property with BWS to go to Airgas's

9    property?

10   A        That would have been the CFO, the president, the

11   area vice-president.

12   Q        And at what point did you become aware that it

13   had been decided that Airgas would be leaving the

14   property to go to another Airgas property?

15   A        It would have been around the time that we sent

16   notice that we weren't going to be renewing.

17   Q        And was that communicated to others in -- within

18   Airgas prior to that termination or that notice being

19   sent to BWS?

20   A        I'm not sure.  I only know when it was told to

21   me.

22   Q        And tell me about the conversation you had

23   where you found out that that's what was going to

24   happen.

25   A        My CFO probably would have told me that:  "We're
```

1    not going to renew, and draft -- draft the notice that

2    we're not renewing."

3    Q      And did you draft a notice to BWS that you would

4    not be renewing?

5    A      I drafted a letter for our CFO to sign.

6    Q      I'm going to show you what we're going to mark

7    as Exhibit 11.

8                 (Whereupon, a document was

9                  received and marked as

10                Exhibit Number 11.)

11        MS. WOLINSKY:  And, just for the record, this is

12    a letter dated February 6, 2023, produced at BWS 59.

13    <u>EXAMINATION BY MS. WOLINSKY:</u>

14    Q      Please feel free to take the time to review

15    it; but, once you've done so, is this the letter that

16    you just mentioned regarding notice of termination to

17    BWS?

18    A      Yes.

19    Q      And, again, did you draft this letter?

20    A      Yes.

21    Q      And is this a letter that you drafted from

22    scratch, or is it a form letter?

23    A      It's -- I probably drafted this from scratch.

24    I -- we do have form letters that we can use, but I

25    believe I drafted this from scratch.

1   Q        What would be your process for drafting this
2   letter?
3   A        I just reviewed the lease -- and that's where I
4   got pursuant to the section of the lease -- and then just
5   wrote the letter.
6   Q        And does -- is there anyone else that had input
7   into or assisted with drafting this letter?
8   A        No.
9   Q        And, then, at what point would you have sent it
10  to Mr. Donato?  At the time that it was finished, or when
11  he had provided input?
12  A        At the time it was finished.
13  Q        And, then, once he executed the letter, who sent
14  the letter to BWS?
15  A        I sent it through overnight mail.
16  Q        And then does this letter set out when the lease
17  will terminate?
18  A        Yes.
19  Q        And what date is that?
20  A        May 31st, 2023.
21  Q        So this letter is dated February 6, 2023.  How
22  long would you say -- between the decision to not go
23  forward at the property and sending this notice, how much
24  time elapsed between those two?
25  A        I don't know.

```
1    Q        Why did Airgas decide that it no longer wanted
2    to stay at the property and, instead, go to another
3    Airgas property?
4    A        Because of the amount that the rent was
5    increasing.  It was more cost effective to move to the
6    owned property.
7    Q        In 2023 -- which, again, this letter references
8    that the lease would terminated May 31st, 2023.  In 2023,
9    what were Airgas's policies or procedures for terminating
10   a lease?
11   A        It depends on what it said in the lease.  If
12   it -- if the lease says that we had to provide a
13   termination notice, then that's what we would do.
14   Q        And, once you've reviewed the lease, determined
15   when notice needs to be given and then given that notice,
16   what are the next steps or the procedures after that for
17   preparing to vacate that property?
18   A        A lot of times, the -- we will have weekly or
19   biweekly phone meetings to determine next steps.
20   Q        And who would those calls have been with in
21   this -- in relation to this property and lease?
22   A        The CFO, area vice-president and, sometimes, I
23   believe, maybe some -- a representative from the
24   financial team.
25   Q        Would anyone onsite at the property have been
```

1    involved in those communications?

2    A        I believe that would have been the area

3    vice-president.  They're not always onsite.  In some

4    locations, they are; but they don't necessarily have --

5    the area vice-president doesn't have to be onsite at

6    every property.

7    Q        And, in the 2023 January to May time period,

8    remind me, who was the vice-president that would have

9    been associated with the property?

10   A        The area vice-president?

11   Q        Yes, ma'am.

12   A        I'm not exactly sure.  I know there's a

13   different one now, and I'm not a hundred-percent sure of

14   when that change took place.

15   Q        Do you recall anyone else that was involved in

16   those phone calls planning the termination of the lease

17   and vacating the property?

18   A        I don't recall everybody else.  I don't recall.

19   Q        And tell me what you remember about the content

20   of those phone calls.

21   A        I believe there was property that had to be

22   moved, assets that had to be moved to the other property.

23   There was construction going on at the other property,

24   some renovations going on at the other property, things

25   like that.

1    Q        Were there instructions given to the individuals

2    onsite at the property about the process for moving out,

3    how to get everything from the property to Airgas's

4    property?

5    A        There were discussions on who would take care of

6    it.

7    Q        And who was tasked with taking care of it?

8    A        I don't recall.

9    Q        Do you recall any communications with

10   Peter Van Slyke about the property and -- or strike

11   that.

12           Do you recall conversations with Peter Van Slyke

13   about moving out of the property to the other Airgas

14   property?

15   A        Yes.

16   Q        Tell me about those communications.

17   A        Like is there something specific?

18   Q        Just tell me what you remember about the

19   conversations that were had with Peter Van Slyke about

20   that specifically.

21   A        They would have just been about moving things

22   from one property to the other.

23   Q        Were there discussions about the people that

24   would help with that move or how that would be

25   accomplished?

1    A        Not with me.

2    Q        Do you know who would have had those

3    conversations with someone at the property?

4    A        I do not.

5    Q        Are you aware of any conversations happening

6    with someone in upper management at Airgas and then

7    someone at the property about how they should move out of

8    the property into Airgas's new location?

9    A        I -- I don't know.

10   Q        Did you have any communications with anyone at

11   the property about how the move-out was going?

12   A        I believe I asked if everything was moved

13   out, and I'm pretty sure I was told everything was moved

14   out; and that's when we wanted to coordinate a

15   walkthrough.

16   Q        And who were you speaking with that told you

17   everything had been moved out?

18   A        Peter Van Slyke.

19   Q        Are you aware of anyone else -- or who else at

20   Airgas communicated with Airgas employees at the property

21   about how the move-out was going?

22   A        I'm not sure.

23   Q        Tell me -- you mentioned talking to

24   Peter Van Slyke about a walkthrough.  What walkthrough

25   are you referring to?

1    Q        Is that the bottom right?

2    A        Yes.

3    Q        Let me scroll.  Okay.  Now I'm at the

4    second tab:  "Price List."  Do you know who created

5    this?

6    A        It would have been copied from, I believe, the

7    list that Jenny provided, with the amounts that they were

8    quoting.

9    Q        And did Airgas add in the notes under the

10   "Notes" column?

11   A        Somebody would have.

12   Q        Between notice given to BWS on

13   February 6th of 2023 that Airgas would be terminating the

14   lease and leaving the property, and -- up until the

15   time -- again, not wanting anything from counsel -- up

16   until the time counsel was engaged -- again, not wanting

17   to know anything about that -- tell me about your

18   communications -- or tell me about Airgas's

19   communications with anyone at BWS.

20   A        After notice was sent?

21   Q        Yes.  After February 6th.

22   A        It would have been by email.

23   Q        And who would have been communicating with BWS

24   from Airgas?

25   A        I'm only aware of any communications I had.

1   Q        Were there communications you had with her about

2   the lease, the 2022 to 2023 lease?

3   A        When?

4   Q        After February 6th, up until the time counsel

5   became involved.  Again, not wanting to know anything

6   about communications with counsel.

7   A        I'm not sure.  I would have to look back and

8   see.

9   Q        Did Airgas have any communications with third

10  parties -- meaning anyone that isn't Airgas or BWS --

11  about the property or the lease?

12  A        I'm not aware of anything.

13  Q        After the February 6 notice was given to BWS,

14  again, up until counsel became involved -- not wanting

15  to know anything from counsel -- what were -- tell me

16  about any additional communications internally within

17  Airgas about the lease, the property or vacating the

18  property.

19  A        I know that Peter -- or I'm not really sure

20  when Peter met somebody at the property to give us a

21  quote to do repairs or -- I'm not sure exactly when

22  that was.

23           MS. WOLINSKY:  Can you guys give me just a

24  second.

25           THE WITNESS:  Of course.

1    project at the property.

2    Q        And, when you say "request for money," is this

3    an internal Airgas request or submitted to an outside

4    party?

5    A        Internal, for capital improvements.

6    Q        Other than the communications between Airgas and

7    BWS that we've already discussed today, what other

8    communications do you recall or are you aware of Airgas

9    having with anyone at BWS between June 1, 2022, and the

10   time that a lawsuit was initiated?  Again, not asking for

11   anything discussed with your counsel.

12   A        I'm not aware of anything outside of my own

13   conversations.

14   Q        Other than the communications we've already

15   talked about between -- or within Airgas, between Airgas

16   representatives and individuals, employees, between the

17   time of June 1, 2022, the initiation of a lawsuit --

18   again, not asking for attorney communications -- what

19   other communications do you recall internally or are you

20   aware of happening within Airgas?

21   A        Outside of just relocating and doing the

22   improvements at the other property.

23   Q        And, when you said the -- the first part of your

24   answer, are there any other ones, unrelated -- unrelated

25   to improvements at the other property, that we've not

1    already talked about; and, if so, can you please

2    elaborate on those.

3    A        I'm not aware of anything.

4    Q        And, then, other than the communications

5    we've talked about between Airgas and any third-party --

6    so outside of BWS and Airgas -- between June 1, 2022,

7    and the initiation of the lawsuit -- again, not

8    talking about any attorney communications -- are

9    there any other communications that you recall or are

10   aware of?

11   A        None that I recall.

12   Q        Going back to what we talked about, in preparing

13   for today's deposition, did you only look at select

14   documents from Airgas's production; or did you look back

15   through all of them?  And I'm not asking for attorney

16   communications.

17   A        I did not go back through everything that I

18   uploaded, no.

19   Q        Did you only look at a small section of them, or

20   would you say you looked at fifty percent of them or more

21   than fifty percent of them?

22   A        Less than fifty percent.

23   Q        And did you go back and look at all of Airgas's

24   discovery responses, including the supplemental discovery

25   responses?

```
1                    C E R T I F I C A T E
2    STATE OF TENNESSEE                    COUNTY OF HAMILTON
3          I, Robin Lee Fouraker, Court Reporter and Notary
4    Public, the officer before whom the foregoing deposition
5    was taken, do hereby certify that the witness whose
6    testimony appears in the foregoing deposition was duly
7    sworn by me; that the testimony of said witness was taken
8    by me in machine shorthand and thereafter reduced to
9    computerized transcript; that said deposition is a true
10   record of testimony given by said witness; that I am
11   neither counsel for, related to nor employed by any of
12   the parties to the action in which this deposition was
13   taken and further that I am not a relative or employee of
14   any attorney or counsel employed by that parties hereto
15   nor financially or otherwise interested in the outcome of
16   the action; that said deposition has in no manner been
17   changed or altered since same was given by said witness
18   but that the same has remained in my possession up to the
19   time of delivery.
20          IN WITNESS WHEREOF, I have hereunto set my hand
21   this 9th day of May 2025.
22             _____
23                    Robin Lee Fouraker, LCR, RDR, CRR
24                    Tennessee LCR Number:  021
25   My commission expires:  October 27, 2026.
```