

Preliminary Budget Breakdown
700 Manufacturers Rd Bldgs 1 & 2
6/15/2023

| Item # | Description | Scheduled Value | Notes |
|---|---|---|---|
| 1 | Management and Supervision | $ 45,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $ 1,300.00 | |
| 3 | Cleanup and Dumpster Rental | $ 2,452.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $ 2,000.00 | |
| 6 | Equipment Rental and Tools | $ 500.00 | |
| | **General Conditions** | **$ 51,852.00** | |
| 7 | Demolition | $ 1,600.00 | |
| | **Demolition** | **$ 1,600.00** | |
| 8 | Vanities with sink Tops | $ 537.00 | Allowance |
| 9 | Misc. Carpentry Work | $ 2,300.00 | |
| | **Wood and Plastics** | **$ 2,837.00** | |
| 10 | Replace 3 Doors and Hardware | $ 1,500.00 | Allowance |
| 11 | Replace one Garage Door | $ 2,485.00 | Add $5,808 to replace the other 2 garage doors |
| 12 | Replace Glass in One Window | $ 400.00 | Allowance |
| | **Openings** | **$ 4,385.00** | |
| 13 | Acoustical Ceiling Building 1 | $ 4,852.00 | |
| 14 | Acoustical Ceiling Building 2 | $ 2,429.00 | |
| 15 | Strip and Wax Existing VCT Building 1 | $ 2,250.00 | |
| 16 | Strip and Wax Existing VCT Building 2 | $ 225.00 | |
| 17 | Rubber Base Building 1 | $ 1,028.00 | |
| 18 | Rubber Base Building 2 | $ 286.00 | |
| 19 | Epoxy Floor at Showroom | $ 22,385.00 | Deduct $7,801 to use LVT in lieu of the epoxy paint. |
| 20 | Painting Building 1 | $ 27,862.00 | |
| 21 | Painting Building 2 | $ 3,465.00 | |
| | **Finishes** | **$ 64,782.00** | |
| 22 | Plumbing Package | $ 9,975.00 | |
| 23 | Window Unit in Office | $ 600.00 | Allowance |
| | **Plumbing and Mechanical** | **$ 10,575.00** | |
| 24 | Electrical Package | $ 13,890.00 | |
| | **Electrical** | **$ 13,890.00** | |
| 25 | Asphalt Paving and Striping | $ 183,090.00 | |
| | **Exterior Improvements** | **$ 183,090.00** | |

| | | | |
|---|---|---|---|
| **Total Budget Estimate** | | $ 333,011.00 | |
| Contingency @ 5% | | $16,651 | |
| Gross Receipts Tax and GL Insurance | | $3,840 | |
| Contractor Fee @ 10% | | $33,685 | |
| **Total Budget Cost** | | $ 387,186.26 | |



# Construction Budget Breakdown
700 Manufacturers Rd Bldg 3
6/16/2023

| Item # | Description | Scheduled Value | Notes |
|---|---|---|---|
| 1 | Management and Supervision | $33,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $600.00 | |
| 3 | Cleanup and Dumpster Rental | $1,436.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $1,500.00 | |
| 6 | Equipment Rental and Tools | $375.00 | |
| | **General Conditions** | **$ 37,511.00** | |
| 7 | Demolition | $4,000.00 | |
| | **Demolition** | **$ 4,000.00** | |
| 8 | Patch Masonry Where Missing at Window | $3,000.00 | Allowance |
| | **Masonry** | **$ 3,000.00** | |
| 9 | Misc. Carpentry Work | $2,300.00 | |
| | **Rough Carpentry** | **$ 2,300.00** | |
| 10 | Replace 7 Doors, Frames and Hardware | $12,920.08 | Allowance |
| 11 | Rolling Sheet Garage Door | $4,530.00 | |
| 12 | 12 New Storefront Windows | $12,000.00 | Allowance |
| | **Openings** | **$ 29,450.08** | |
| 13 | Painting Building 3 | $46,524.00 | |
| | **Finishes** | **$ 46,524.00** | |
| 14 | Replace Toilet, Sink and Water Heater | $3,989.00 | |
| | **Plumbing and Mechanical** | **$ 3,989.00** | |

| | | | |
|---|---|---|---|
| **Total Construction Estimate** | | **$ 126,774.08** | |
| Contingency @ 5% | | $6,339 | |
| Gross Receipts Tax and GL Insurance | | $1,462 | |
| Contractor Fee @ 10% | | $12,824 | |
| **Total Estimated Cost** | | **$ 147,398.10** | |