```
         IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA


------------------------------------------------------------
BWS PROPERTIES, LLC,     :
                         :
                         : NO. 1:24-CV-29-KAC-CHS
            Plaintiff,   :
                         :
                         : JUDGE KATHERINE A.
   -vs-                  : CRYTZER
                         :
AIRGAS USA, LLC,         : MAGISTRATE JUDGE
                         : CHRISTOPHER H. STEGER
                         :
            Defendant.   : JURY DEMAND
------------------------------------------------------------




                   THE DEPOSITION OF
                  PETER VAN SLYKE, JR.
                     April 8, 2025



------------------------------------------------------------


           Whitney A. Vaughn, TN LCR# 418
           Angel & Associates Court Reporting
                     P.O. Box 1145
                 Hixson, Tennessee 37343
          (423) 876-4435 and 800-298-DEPO (3376)
```

1  a lot.  I remember that.
2          **Q    And when you say people that are long**
3  **gone, does that mean individuals no longer employed**
4  **with Airgas?**
5          A    Correct.
6          **Q    Do you recall what date -- day you**
7  **gave the keys to the owner?**
8          A    I remember it was a nice day.  The sun
9  was out.  It was kind of -- wasn't real hot, I don't
10 think.  I think you can see from the pictures it was
11 a beautiful day.  No, I do not remember a specific
12 day.
13         **Q    Did you participate in a walkthrough**
14 **of the property with the owner --**
15         A    Yes.
16         **Q    -- once -- let me just finish real**
17 **quick.  I do the same thing.**
18              **Once Airgas believed their move-out**
19 **was complete, gone to Access Road, did you do a**
20 **walkthrough of the property with the owner?**
21         A    Yes.  That was the same time I turned
22 in the keys.
23         **Q    Was there anyone else other than**
24 **yourself and the owner, Ms. Nevans, that did the**
25 **walkthrough of the property?**

154

BY MS. WOLINSKY:

**Q      If you can read through that, let me know when you're done.  Take your time.**

A      Okay.

**Q      Is this the text conversation you referenced a moment ago about utilities?**

A      It looks like it is, yes.

**Q      Are you aware of whether the other utilities to the property were still in Airgas's name as of May 31st, 2023?**

A      I never heard anything about it, so I assumed that they were not.

**Q      How were you made aware that the gas had not been switched over to BWS?**

A      I believe Corley Johnson told me.

**Q      Tell me about --**

A      It was either Corley Johnson or Dawn Van Dyke.

**Q      What do you recall about the conversation that led you to have that understanding?**

A      Whichever person it was simply said that somebody was -- one of our accounts payable departments somewhere else was apparently still getting a bill for the gas at the property.  And it seems like it was some -- another state, far-away

1  state. But somehow whoever that was made -- probably
2  made Dawn Van Dyke aware, and I think she told me
3  that it was still on.
4       **Q     Did she give you any instructions on**
5  **how to get that switched off?**
6       A     I don't remember any instructions.
7       **Q     Do you recall, did Airgas or BWS**
8  **coordinate with the gas company to get it switched**
9  **over?**
10      A     As I recall, we did at first. And
11 then there was a snafu with the meeting. And then
12 maybe Ms. Nevans took over after that.
13      **Q     Do you recall the snafu as you**
14 **referred?**
15      A     As I recall, the gas company was
16 supposed to be there at a certain time and they did
17 not -- whenever that time was, they did not meet up
18 with Ms. Nevans.
19      **Q     Did you have conversations with anyone**
20 **at Airgas about scheduling a walkthrough of the**
21 **property after May 31st, 2023?**
22      A     Not for myself, no.
23      **Q     For someone else?**
24      A     Tracy -- Tracy Harvey and a guy named
25 Kevin Cruz -- I was not there, but they -- or I was

1 REPORTER'S CERTIFICATE

2

3 STATE OF TENNESSEE :

4 COUNTY OF HAMILTON :

5

6 I, Whitney A. Vaughn, Court Reporter and
7 Notary Public, do hereby certify that the foregoing
8 deposition was stenographically recorded by me as
9 stated in the caption.  PETER VAN SLYKE, JR., was duly
10 sworn by me; that pages 1 to 165, inclusive, were
11 reduced to typewriting under my direction and
12 supervision, and the deposition is a true and correct
13 record, to the best of my ability, of the
14 testimony/evidence given by the deponent.
15       I further certify that I am not a relative or
16 employee or attorney or counsel of any of the parties,
17 nor am I a relative or employee of such attorney or
18 counsel, nor am I financially interested in the
19 action.  All rates charged are usual and customary.
20       This is the 24th day of April, 2025.
21
22            _____
23            Whitney Vaughn, TN LCR #418
24            Court Reporter and Notary Public
25            My Commission Expires 12/23/28