BWS Properties, LLC.

P.O. Box 272
584 Devault Rd
Dayton, TN 37321

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2023 | 178 |

**Bill To**

Airgas USA, LLC
2015 Vaughn Road
Kennesaw, GA 30144
Att: Dawn VanDyke

| Description | Amount |
|---|---|
| City of Chattanooga Property Tax 5 months 2023 | 4,574.55 |
| Hamilton County Property Tax 5 months 2023 | 2,039.30 |
| Reimbursement for 7 months insurance 2022-23 | 11,742.17 |

**Total** $18,356.02