**Peter Vanslyke**
Mobile

*5/30/23 4:19 PM*

> Peter, sorry I missed your call. I will be happy to do a walk through tomorrow. You tell me what time and I'll be there. I stopped by this morning, I can't believe y'all got so much done. I can call you back ina little while

*10/11/23 11:24 AM*

> I apologize I have to make an unexpected stop I'm going to be at least 15 minutes late

*11/28/23 8:06 AM*

> Hi Jenny
> Did you have any luck with the gas company?

*11/28/23 10:12 AM*

> Peter, I'm still working on getting scheduled. They

[You're welcome!] [No problem] [😊]



Case 1:24-cv-00029-CHS    Document 29-9    Filed 07/22/25    Page 2 of 2    PageID #: 408

BWS-000071