```
   IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
          DISTRICT OF TENNNESSEE AT CHATTANOOGA


 ------------------------------------------------------------
  BWS PROPERTIES, LLC,       :
                             :
                             : NO. 1:24-CV-29-KAC-CHS
           Plaintiff,        :
                             : JUDGE KATHERINE A.
  -vs-                       : CRYTZER
                             :
  AIRGAS USA, LLC,           : MAGISTRATE JUDGE
                             : CHRISTOPHER H. STEGER
                             :
           Defendant.        : JURY DEMAND
 ------------------------------------------------------------



              THE 30(b)(6) DEPOSITION OF
                  BWS PROPERTIES, LLC
            By and Through: Jennifer Nevans
                    April 7, 2025



 ------------------------------------------------------------


            Whitney A. Vaughn, TN LCR# 418
            Angel & Associates Court Reporting
                      P.O. Box 1145
                 Hixson, Tennessee 37343
            (423) 876-4435 and 800-298-DEPO (3376)
```

EXHIBIT A

1  told us that you have been pretty exclusively doing
2  the management of BWS Properties; is that right?
3          A     Correct.
4          Q     How long have you done that work?
5          A     I started in 1997.
6          Q     And it might make sense to go back a
7  little bit in time.  What was the original use of the
8  property at 700 Manufacturers Road here in
9  Chattanooga?
10         A     The original use?
11         Q     The original use.
12         A     Welding distribution of gases and
13 parts, welders, welding supply.  Brooks Welding
14 Supply.
15         Q     Okay.  And you can tell that I'm
16 trying not to suggest it or testify for you.  That
17 was going to be my next question, what company was
18 running it, and you went ahead and told me already?
19         A     Brooks Welding Supply.
20         Q     And was that -- I don't know if it's
21 correct to call it your father's company of a family
22 company, but was that a family business that your
23 family had been involved in?
24         A     Yes.  My grandfather started it.
25         Q     And what occurred that led you to

1  begin managing BWS Properties in 1997?
2       A    We sold the business to BOC Gases,
3  British Oxygen Company.
4       Q    Prior to 1997, what company or entity
5  had owned the property that we're talking about in
6  this lawsuit at 700 Manufacturers Road?
7       A    Brooks Welding Supply.
8       Q    And in 1997, is that when it was
9  transferred to BWS Properties, LLC?
10      A    Correct.
11      Q    And it's been in that company's name
12 ever since?
13      A    Correct.
14      Q    Was your father involved in the
15 management of BWS Properties, LLC?
16      A    No.
17      Q    Okay.  Is he still living?
18      A    Yes.
19      Q    Is he retired?
20      A    Yes.
21      Q    Was he continuing to do any work with
22 Brooks Welding Supply after 1997?
23      A    No.
24      Q    When the -- when the BOC became
25 involved and operating at the Manufacturers Road

```
 1  property, was it a purchase?  How did Brooks Welding
 2  Supply relate to BOC, if that question makes any
 3  sense?
 4          A    Can you clarify?
 5          Q    Sure.  Yeah.  Your puzzled
 6  expression -- yeah.  So did BOC purchase Brooks
 7  Welding Supply?
 8          A    Correct.  The business.
 9          Q    The business.  And did it purchase
10  some of its assets and equipment as well?
11          A    Yes.
12          Q    Okay.  Were some employees kept on and
13  continued to work for BOC?
14          A    Yes.
15          Q    I've become aware during the course of
16  this litigation of at least one employee who
17  continues to work at the successor entity Airgas,
18  Mr. Tracy -- and you --
19          A    Harvey.
20          Q    Harvey.  Thank you.  It was my
21  understanding that he worked for your father's
22  company, before he worked at BOC, before he worked at
23  Airgas?
24          A    Correct.
25          Q    So that gentleman has about 40 years
```

1  of experience in the area, although not -- I guess
2  after 2023 he wouldn't have been at that location; is
3  that correct?
4          A    Correct.  Except he did do a
5  walkthrough inspection after they left.
6          Q    Okay.  Do you know if that was still
7  2023?
8          A    Yes.
9          Q    We'll definitely get to that.  I'm
10 trying to make sure that I understand the history of
11 the property correctly.
12              Do you know when the first building on
13 that property was built?
14         A    I may not know specifically, but I
15 think it was around '53.
16         Q    Okay. And which of the buildings on
17 the property that we're talking about here at
18 700 Manufacturers was the first to be built?
19         A    I'm not certain.  I could guess,
20 but -- I was looking at some pictures from a
21 historical site of downtown Chattanooga, and there
22 was a picture which looked like half of Building
23 Number 1 was the original.
24         Q    Okay.  And I appreciate you not
25 guessing or speculating because a lot of times

1  REPORTER'S CERTIFICATE

2  STATE OF TENNESSEE    :

3  COUNTY OF HAMILTON    :

4

5            I, Whitney A. Vaughn, Court Reporter and
6  Notary Public, do hereby certify that the foregoing
7  deposition was stenographically recorded by me as
8  stated in the caption.  BWS PROPERTIES, LLC, By and
9  Through Jennifer Nevans, was duly sworn by me; that
10 pages 1 to 238, inclusive, were reduced to typewriting
11 under my direction and supervision, and the deposition
12 is a true and correct record, to the best of my
13 ability, of the testimony/evidence given by the
14 deponent.
15           I further certify that I am not a relative or
16 employee or attorney or counsel of any of the parties,
17 nor am I a relative or employee of such attorney or
18 counsel, nor am I financially interested in the
19 action.  All rates charged are usual and customary.
20           This is the 22nd day of April, 2025.
21
22           _____
23           Whitney Vaughn, TN LCR #418
24           Court Reporter and Notary Public
25           My Commission Expires 12/23/28