```
 1              UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF TENNESSEE

 3                   AT CHATTANOOGA

 4    ----------------------------------------------------

 5   BWS PROPERTIES, LLC,        )
                                 )
 6               Plaintiff,      ) No. 1:24-cv-00029
                                 )
 7   vs.                         ) Judge Christopher H. Steger
                                 )
 8   AIRGAS USA, LLC,            ) Non-Jury
                                 )
 9               Defendant.      )

10    ----------------------------------------------------

11

12

13

14

15

16

17            DEPOSITION OF DAWN VAN DYKE

18                 April 23, 2025

19

20

21

22

23

24

25
```

Fouraker Reporting Service, Inc. (423)316-6484

EXHIBIT B

1    A        I believe so.  Yes, I did.

2    Q        And, again, happy to scroll through in more

3    detail, but is this the answer -- does this appear to be

4    the answer that Airgas submitted in this lawsuit?

5    A        I believe so, yes.

6    Q        I'm going to show you what we're going to mark

7    as Exhibit 3.  One moment.

8            Before I show you that, actually, did you assist

9    in preparing the answer?

10   A        To what extent?  I ...

11   Q        Did you review the answer before it was filed?

12   A        I did review the answer.

13   Q        Okay.  And then I'll show you what we're going

14   to mark as Exhibit 3.

15                        (Whereupon, a document was

16                         received and marked as

17                         Exhibit Number 3.)

18   EXAMINATION BY MS. WOLINSKY:

19   Q        And, just for the record, this is entitled:

20   "Rule 26(a)(1) Disclosures of Defendant Airgas USA, LLC."

21   Once again, if you would like to see it in more detail,

22   please stop me, and I'll be happy to do so; but I just

23   want to make sure that you're able to see the entirety of

24   the document.

25            Did Airgas submit initial disclosures in this

```
1    lawsuit?

2    A        I don't know.  I'm not sure what you're -- what

3    disclosures you're --

4    Q        Did you ever -- have you seen this document

5    before today?

6    A        Yes, I believe so.  I don't remember everything

7    that -- I don't have documents memorized.

8    Q        Entirely fair.  Entirely fair.  Based on what

9    you're seeing here in front of you, does this appear to

10   be the initial disclosures that Airgas filed -- or

11   submitted -- excuse me -- in this action?

12   A        It appears to be.

13   Q        Okay.  Thank you.

14            Getting into a little bit of Airgas's

15   discovery or responses today -- and, of course, we're in

16   the midst of discovery that -- in depositions -- can you

17   tell me what your role has been to date -- again, I'm

18   not asking for any communications with counsel -- but

19   your role in responding to and preparing discovery

20   responses.

21   A        I provided -- I did a search on my computer of

22   emails that were related to the property and uploaded

23   those.  Any other documents that were real-estate

24   documents on the server, I uploaded those.

25   Q        Did you assist in drafting the written
```

1    Q        And it looks like these are both dated

2    2014, August 12th.  This would have been after the

3    start of your employment with Airgas.  Is that

4    correct?

5    A        Correct.

6    Q        Okay.  I'll show you what we're going to mark as

7    Exhibit 19.  It starts on Airgas 155.

8                        (Whereupon, said document was

9                         received and marked as

10                        Exhibit Number 19.)

11   EXAMINATION BY MS. WOLINSKY:

12   Q        And I'll scroll down for you.  And, again, tell

13   me if you need it to be larger or if you would like to

14   review something more closely.  There are twenty-two

15   pages, and I'm happy to scroll through all of them if you

16   like; but, just to ask, did you pull and produce this

17   document?

18   A        Yes.

19   Q        Would you like me to scroll through all of it,

20   or do you recall what this is?

21   A        No.  You don't need to.

22   Q        Okay.  Can you just walk me through, generally,

23   what this document is and how it was created.

24   A        This was created by Bobby Feil, who is no longer

25   with Airgas.  He's retired.

1    Q        Is this a program that Airgas has and uses, or

2    is this just something that he had and used?

3    A        I don't know.

4    Q        And this is relating to work done at the

5    property?

6    A        Yes, I believe so.

7    Q        Okay.  I'm going show you what we're going to

8    mark as Exhibit 20.

9                        (Whereupon, said document was

10                        received and marked as

11                        Exhibit Number 20.)

12   EXAMINATION BY MS. WOLINSKY:

13   Q        And this one is seven pages, so I'm happy to

14   scroll through.  This one starts with Airgas 229.  And,

15   again, let me know if something needs to be increased

16   in size or you'd like to look at something a bit

17   longer.

18            Is there anything you wanted to look at a bit

19   longer or need to zoom in on?

20   A        No.

21   Q        Going back to the top, are these documents ones

22   that you reviewed and pulled and then sent for

23   production?

24   A        Yes.

25   Q        Can you just tell me generally what these

```
 1    documents were for.

 2    A        They were documents that were relating to

 3    the Chattanooga property that were in Bobby Feil's

 4    files.

 5    Q        And I don't think I asked this before, and I

 6    apologize if this is duplicative; but what was his

 7    position when he was at Airgas?

 8    A        I believe his title was facility manager.

 9    Q        And was he onsite at the property, or was he at

10    a different Airgas location?

11    A        He was at a different location.

12             MS. WOLINSKY:  And then this will be marked

13    Exhibit 21, and it's just one page, Bates numbered

14    Airgas 238.

15                      (Whereupon, said document was

16                       received and marked as

17                       Exhibit Number 21.)

18    EXAMINATION BY MS. WOLINSKY:

19    Q        And similar question.  Is this a document

20    that you reviewed and pulled and then sent for

21    production?

22    A        Yes.

23    Q        And can you tell me what this document is, for

24    my understanding.

25    A        It looks like a request for money to work on a
```

1    already talked about; and, if so, can you please

2    elaborate on those.

3    A        I'm not aware of anything.

4    Q        And, then, other than the communications

5    we've talked about between Airgas and any third-party --

6    so outside of BWS and Airgas -- between June 1, 2022,

7    and the initiation of the lawsuit -- again, not

8    talking about any attorney communications -- are

9    there any other communications that you recall or are

10   aware of?

11   A        None that I recall.

12   Q        Going back to what we talked about, in preparing

13   for today's deposition, did you only look at select

14   documents from Airgas's production; or did you look back

15   through all of them?  And I'm not asking for attorney

16   communications.

17   A        I did not go back through everything that I

18   uploaded, no.

19   Q        Did you only look at a small section of them, or

20   would you say you looked at fifty percent of them or more

21   than fifty percent of them?

22   A        Less than fifty percent.

23   Q        And did you go back and look at all of Airgas's

24   discovery responses, including the supplemental discovery

25   responses?

```
1    A         I did go back and look at those.

2    Q         Did you go back and look at the answer and the

3    complaint?

4    A         No.

5    Q         Did you review the answer?

6    A         I -- no.

7    Q         And, again, not asking for any attorney

8    communications; but, other than speaking with counsel,

9    as you've confirmed before, did you speak with anyone

10   else at Airgas about today's deposition in preparing

11   for the same?  Again, not asking for attorney

12   communications.

13   A         I spoke to the CFO, who I report to.

14   Q         Okay.  Can you tell me about those

15   communications.

16   A         I just asked him to clarify who -- if there was

17   a budget for a property, but it would be handled by the

18   finance team.

19   Q         When you say "budget," is it a budget for

20   repairs or a budget for operating the property?

21   A         Like rent, expenses, like that.

22   Q         And is that relating to the property at issue,

23   the 700 Manufacturers Road?

24   A         It was in general.

25   Q         And what was his response or clarification on
```

1    the budget?

2    A        Finance team.

3    Q        Okay.  And did he identify anybody specific on

4    the finance team --

5    A        No.

6    Q        -- or just the finance team in general?

7    A        Just the finance team.

8    Q        Did you talk with Peter Van Slyke or Tracey

9    Harvey at all?

10   A        When?

11   Q        In preparation for the deposition.

12   A        No.

13            MS. WOLINSKY:  I believe that's all that I

14   have.

15            MR. ROBISON:  I have no questions.

16            FURTHER THIS DEPONENT SAITH NOT.

17            SIGNATURE WAIVED.

18

19

20

21

22

23

24

25

—Fouraker Reporting Service, Inc. (423)316-6484—

                    C E R T I F I C A T E

STATE OF TENNESSEE                    COUNTY OF HAMILTON

        I, Robin Lee Fouraker, Court Reporter and Notary Public, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in machine shorthand and thereafter reduced to computerized transcript; that said deposition is a true record of testimony given by said witness; that I am neither counsel for, related to nor employed by any of the parties to the action in which this deposition was taken and further that I am not a relative or employee of any attorney or counsel employed by that parties hereto nor financially or otherwise interested in the outcome of the action; that said deposition has in no manner been changed or altered since same was given by said witness but that the same has remained in my possession up to the time of delivery.

        IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of May 2025.

                    _____
                    Robin Lee Fouraker, LCR, RDR, CRR
                    Tennessee LCR Number:  021
My commission expires:  October 27, 2026.