# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| BWS PROPERTIES, LLC, ) | |
| ) | |
| *Plaintiff*, ) | No. 1:24-cv-00029 |
| ) | |
| v. ) | Judge Christopher H. Steger |
| ) | |
| AIRGAS USA, LLC, ) | Non-Jury |
| ) | |
| *Defendant*. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff BWS Properties, LLC and Defendant Airgas USA, LLC, by and through their undersigned counsel, respectfully move this Court for an extension of the current deadlines to file a response to and reply in support of Defendant's Motion to Exclude Testimony of Plaintiff's Expert Witness Nicholas Cornelison ("Motion"). The Parties request this extension so that their counsel may have sufficient time to properly address the motion in light of all counsel's current workload, including other briefing and scheduled hearings.

The Parties, therefore, respectfully request that the current Scheduling Order (Doc. 22) be modified to allow Plaintiff to file its response on or before **August 8, 2025**, and to allow Defendant to file its reply on or before **August 18, 2025**. The extension of time requested herein will not impact other case management deadlines.

Respectfully submitted,

| **MILLER & MARTIN PLLC** | **LEWIS THOMASON, P.C.** |
|---|---|
| /s/ *Lynzi J. Archibald* | /s/ *Peter C. Robison* |
| Lynzi J. Archibald, TN BPR No. 30063 | Mary Beth Haltom White, Esq., BPR No. 24462 |
| Jessica M. Wolinsky, TN BPR No. 039785 | Peter C. Robison, Esq., BPR No. 27498 |
| 832 Georgia Ave., Suite 1200 | 424 Church Street, Suite 2500 |
| Chattanooga, TN 37402 | P.O. Box 198615 |
| Phone: (423) 756-6600 | Nashville, TN 37219 |
| Fax: (423) 785-8480 | Phone: 615-259-1343 |
| lynzi.archibald@millermartin.com | Fax: 615-259-1389 |
| jessica.wolinsky@millermartin.com | probison@lewisthomason.com |
| | mbwhite@lewisthomason.com |
| ***Counsel for Plaintiff BWS Properties, LLC*** | ***Counsel for Defendant Airgas USA, LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 1, 2025**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**MILLER & MARTIN PLLC**

By: /s/ *Lynzi J. Archibald*