# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| BWS PROPERTIES, LLC, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:24-cv-00029 |
| v. | ) |
| AIRGAS USA, LLC, | ) |
| *Defendant*. | ) |

### AFFIDAVIT OF JENNIFER NEVANS

I, Jennifer Nevans, after being duly sworn according to law, state as follows:

1. My name is Jennifer Nevans. I am over 18 years of age and competent to testify to the facts stated in this Affidavit. All statements set forth in the Affidavit are true and correct. If called to testify as a witness in this matter, I would competently testify to these facts.

2. I am the Chief Operating Officer ("COO") for BWS Properties, LLC ("BWS"). As the COO, I am responsible for managing the properties owned by BWS, including the property at issue in this lawsuit, which is located at 700 Manufacturers Road, Chattanooga, Tennessee (the "Property").

3. On February 6, 2023, Airgas notified BWS of its intention not to renew the Lease and to vacate the Property.[1]

4. On or about May 31, 2023, Airgas vacated the Property.

5. On or about May 31, 2023, I submitted an invoice to Airgas for the prorated cost of taxes for the Property.[2]

---

[1] **Exhibit 1**, February 6, 2023 Letter from Airgas to BWS.
[2] **Exhibit 2**, May 31, 2023 Invoice; **Exhibit 3**, June 2, 2023 Email J. Nevans to D. Van Dyke.

40365781v1

6. In November 2023, I paid the property taxes and thereafter provided an updated invoice and supporting documentation to Airgas.

7. Airgas did not reimburse me for the property taxes until May 12, 2025.

8. To date, Airgas has not paid the associated late fees and interest.

9. I have reviewed this affidavit, and I affirm under penalty of perjury that the foregoing is true and correct.

FURTHER THIS AFFIANT SAYETH NOT.

_____
JENNIFER NEVANS

STATE OF TENNESSEE

COUNTY OF __Rhea__

Sworn to and subscribed before me, this

__12__ day of August 2025.



_____
Notary Public

My Commission Expires: __6/25/28__

[NOTARIAL SEAL]

40365781v1

2

# EXHIBIT 1



February 6, 2023                                                              **VIA Overnight Mail**

BWS Properties, LLC
Attention: Jenny Nevans
Post Office Box 272
Dayton, TN 37321

RE:      Industrial Building Lease effective June 1, 2022 ("Lease").
         BWS Properties, LLC ("Landlord")
         Airgas USA, LLC ("Tenant")
         **700 Manufacturer's Road, Chattanooga, TN 37405 ("Premises")**

Dear Ms. Nevans,

       Pursuant to Section 1.10 of the Lease, this letter shall serve as notice to Landlord that Tenant elects to not renew the Lease. This letter satisfies the required ninety (90) days' notice and the Lease shall terminate on May 31, 2023 (the "Termination Date"). On the Termination Date, Tenant and Landlord acknowledge that Tenant shall surrender the Premises to Landlord pursuant to the terms of Section 20 of the Lease. Tenant shall also surrender all keys in its possession to the Landlord for the Premises. Notwithstanding the Lease terms, neither party shall have any further responsibility to each other regarding the Lease and/or the Premises after the Termination Date, and the parties hereby mutually release and discharge each other from any and all claims, liabilities, charges and obligations that exist or may have existed between them.

Please indicate your acknowledgement and agreement by executing below. Upon execution, please email a copy to Dawn.VanDyke@Airgas.com

Sincerely,

*[signature]*

Colin T. Donato
CFO - South Division
Airgas USA, LLC

Acknowledged & Accepted:
BY: *[signature]*
Name: Jennifer B Nevans
Date: 2-7-23

Cc:      Evan A Allison
         Miller & Martin PLLC

BWS-000059

# EXHIBIT 2

BWS Properties, LLC.

P.O. Box 272
584 Devault Rd
Dayton, TN 37321

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2023 | 178 |

| Bill To |
|---|
| Airgas USA, LLC
2015 Vaughn Road
Kennesaw, GA 30144
Att: Dawn VanDyke |

| Description | Amount |
|---|---|
| City of Chattanooga Property Tax 5 months 2023 | 4,574.55 |
| Hamilton County Property Tax 5 months 2023 | 2,039.30 |
| Reimbursement for 7 months insurance 2022-23 | 11,742.17 |

**Total** $18,356.02

BWS-000136

# EXHIBIT 3



VAN DYKE, Dawn <dawn.vandyke@airgas.com>

# 700 Manufacturers Lease
1 message

**Jennifer Nevans** <bwsproperties@gmail.com>                                    Fri, Jun 2, 2023 at 6:09 PM
To: Dawn Van Dyke <dawn.vandyke@airgas.com>

Dawn, I wanted to address the letter Peter brought to our walk through. I was under the impression you wanted me to submit an invoice for the repairs, cleaning, taxes and insurance, but the letter confused me. That is why I was called yesterday, sorry we missed each other. If Airgas would rather do the cleaning and repairs and remain in possession of the property according to the Lease please let me know.

Per our conversation last week, I met with a contractor to get prices for the repairs. I will pass them along to you next week when they are determined. I did not sign the letter, once the repairs have been paid for ...  I have attached a  copy for your convenience.

 In the first paragraph of the letter, Peter mentioned  the Lease, specifically paragraph 20.   I have included relative portions of paragraph 20 below for quick reference.

   Paragraph 20. (a) 'Tenant shall quit and surrender the Premises to LandLord in as good of a condition as received by tenant on the Commencement Date, except for ordinary wear and tear ...(b)Tenant shall remove all of Tenant's Property therefrom...If any repairs are required to be performed in, to or at the premisesby Tenant upon the expiration or termination of Term, Tenant shall cause such repairs to be performed, to the landlord's reasonable satisfaction, prior to the date on which this lease is terminated or expired. If Tenant remains in possession after the Expiration Date hereof ...Tenant shall be deemed a month to month tenant, subject to all other terms of this Lease except for Rent which shall be 150% of the amount then in effect...'

 The property was not at all left in the condition it was received. Eleven Years ago the building was in perfect condition after the skylight flood. BWS Properties contributed over 40k towards the renovation due to the insurance Airgas provided not covering the casualty.  As Peter can attest, the property is in awful condition, not clean at all and with a bad smell and an apparent rat problem. The areas of concern are **cleaning, plumbing, ceiling tiles, lights, holes in the walls, broken windows and several dysfunctional exterior doors in the warehouse.** According to paragraph 6.1  all these issues are to be repaired and maintained in addition to being clean and sanitary by the Tenant. This Paragraph also includes 'striping, paving and replacement of  the driveways and parking lot serving the Premises'. I met with an asphalt contractor yesterday. His price will be included with the repair quote.

The second paragraph of Peter's letter mentioned that all equipment is removed. Most everything is out of the premises but not in compliance with paragraph 8.2 which states the tenant will repair any damages resulting from any removal of tenants property. This too will be included in the repair quote.

The third paragraph of Peter's letter stated the Tenant has informed all utility companies to discontinue service. I called the electric company yesterday afternoon and they were unaware of any such request. I have paid for the service to be put in BWS Properties name, June 1, 2023.

 I have attached an invoice for the property tax and the insurance from through May 2023 as the letter states. The City taxes should be the same as last year, 5 months will be $4,574.55. The

Hamilton County should also remain the same rate but they will not know until September, 5 months would be $2039.30. The insurance renewal is November 1, 7 months would be $11,742.17. The total property tax and insurance is 18,356.02 I have included an invoice.

I have received one key to the cylinder repair shop, two keys to the welding repair shop and three keys to the main building.

In conclusion, We are happy to do the repairs as long as Airgas promptly pays the repair cost, property tax and insurance. We also understand there is a Lease agreement in effect. If Airgas would rather holdover as mentioned in paragraph 20, then we can adhere to what is written, which translates to $23,216.25 a month until Airgas completes the repairs.

I look forward to hearing from you soon. Thank you, Jenny

--
*Jenny Nevans*
*BWS Properties*
*423-413-3834*

📄 **Airgas Invoice.pdf**
654K