# EXHIBIT B

```
     IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
            DISTRICT OF TENNNESSEE AT CHATTANOOGA


  ------------------------------------------------------------
   BWS PROPERTIES, LLC,       :
                              :
                              :  NO. 1:24-CV-29-KAC-CHS
           Plaintiff,         :
                              :  JUDGE KATHERINE A.
   -vs-                       :  CRYTZER
                              :
   AIRGAS USA, LLC,           :  MAGISTRATE JUDGE
                              :  CHRISTOPHER H. STEGER
                              :
           Defendant.         :  JURY DEMAND
  ------------------------------------------------------------




                THE 30(b)(6) DEPOSITION OF
                     BWS PROPERTIES, LLC
               By and Through: Jennifer Nevans
                         April 7, 2025



  ------------------------------------------------------------



             Whitney A. Vaughn, TN LCR# 418
             Angel & Associates Court Reporting
                       P.O. Box 1145
                   Hixson, Tennessee 37343
            (423) 876-4435 and 800-298-DEPO (3376)
```

1  **Q     Okay. Take a look at it, look through**
2  **it, make sure I'm not wrong on something again. Is**
3  **this the document that you would have sent around**
4  **June 1st of 2023 involving both property taxes and**
5  **insurance?**
6          A     Correct.
7                MR. ROBISON: Okay. Let's mark this
8  one then as the next numbered exhibit.
9                (The document, as referred to above,
10 was marked and subsequently attached hereto as
11 Exhibit No. 11.)
12               THE WITNESS: May I note?
13 BY MR. ROBISON:
14         **Q     Please do.**
15         A     Because I billed this, you know,
16 June 1st, I did not have the tax bills that come out
17 in October. I called this -- the Hamilton County and
18 the city to ask if there would be any rate increase
19 or to ask if there was a reappraisal. And because
20 both of those answers were no, I prorated off the
21 previous bill.
22         **Q     In terms of city and county, do they**
23 **reappraise property every ten years or so?**
24         A     I think it's every four. Three or
25 four.

(423) 876-4435            "Preserving The Record"            (800) 298-3376
Whitney Vaughn         Angel & Associates Court Reporting
Case 1:24-cv-00029-CHS   Document 37-2   Filed 08/12/25   Page 3 of 6   PageID #: 541

```
                                                               90
 1           Q     Okay.  And so rather than a prorated
 2   five months, it's the 12-month period?
 3           A     Correct.
 4           Q     Okay.  And then for Chattanooga city
 5   property tax, again, a 12-month period rather than a
 6   five-month prorated?
 7           A     Correct.  If you look over exactly
 8   what we're looking at on what we just looked at under
 9   monthly holdover, line 26, Airgas holdover tenancy
10   shall therefore terminate on January 5th.  And so
11   that -- that's why I just went to the calendar year.
12   And that's why I went to December on the insurance.
13           Q     So when you point at a document, I
14   want to identify for the record what it is.  We were
15   looking at the complaint, which is Exhibit 10.
16           A     Correct.
17           Q     And what paragraph number are you in?
18           A     Line 26 on page 4.
19           Q     Okay.  And just to -- because it's
20   short, I'll just state it for the record.  Line 26,
21   paragraph 26 of the complaint states:  Airgas's
22   holdover tenancy shall therefore terminate on
23   January 5th, 2024.
24           A     Correct.  That's why on Invoice 181 --
25   we have not named it an exhibit yet, but that's why I
```

1  added an extra month for the insurance to cover one
2  more month.  And I did pay that.  And I probably --
3  if I'm not mistaken, I'm very sure that along with
4  this invoice was provided necessary documents.
5          **Q    And what were the necessary documents**
6  **provided along with that invoice?**
7          A    The tax bill.
8              MR. ROBISON:  You're right that we
9  hadn't marked that as an exhibit yet.  Let's go ahead
10 and do that.  It will be Exhibit 12.
11             (The document, as referred to above,
12 was marked and subsequently attached hereto as
13 Exhibit No. 12.)
14 BY MR. ROBISON:
15         **Q    Were there any other unpaid taxes or**
16 **insurance that are not referenced in those documents**
17 **that are part of the lawsuit that BWS is claiming**
18 **from Airgas?**
19         A    No.
20         **Q    What utility services does this**
21 **property receive?**
22         A    There is four electric meters, one
23 water meter, and one gas meter.
24         **Q    Between water, electricity, and gas,**
25 **let me ask a couple follow-up questions.  When you**

1    REPORTER'S CERTIFICATE

2  STATE OF TENNESSEE  :

3  COUNTY OF HAMILTON  :

4

5         I, Whitney A. Vaughn, Court Reporter and
6  Notary Public, do hereby certify that the foregoing
7  deposition was stenographically recorded by me as
8  stated in the caption.  BWS PROPERTIES, LLC, By and
9  Through Jennifer Nevans, was duly sworn by me; that
10 pages 1 to 238, inclusive, were reduced to typewriting
11 under my direction and supervision, and the deposition
12 is a true and correct record, to the best of my
13 ability, of the testimony/evidence given by the
14 deponent.
15        I further certify that I am not a relative or
16 employee or attorney or counsel of any of the parties,
17 nor am I a relative or employee of such attorney or
18 counsel, nor am I financially interested in the
19 action.  All rates charged are usual and customary.
20        This is the 22nd day of April, 2025.
21
22        _____
23        Whitney Vaughn, TN LCR #418
24        Court Reporter and Notary Public
25        My Commission Expires 12/23/28