# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF TENNESSEE

 3                       AT CHATTANOOGA

 4   ---------------------------------------------------------

 5   BWS PROPERTIES, LLC,         )
                                  )
 6                  Plaintiff,    ) No. 1:24-cv-00029
                                  )
 7   vs.                          ) Judge Christopher H. Steger
                                  )
 8   AIRGAS USA, LLC,             ) Non-Jury
                                  )
 9                  Defendant.    )

10   ---------------------------------------------------------
```

**DEPOSITION OF DAWN VAN DYKE**

**April 23, 2025**

1  Q      And where -- where were you employed after
2  that?
3  A      After that, I went to Fosterlane Management.  I
4  believe that's what it was called.
5  Q      And then were there other positions -- or
6  employers you had between that employer and going to
7  Airgas?
8  A      Yes.
9  Q      Can you just list those for me.
10 A      I worked for Grubb & Ellis for thirteen years;
11 then I took some time off; and then I went to work for
12 Airgas.
13 Q      Okay.  About when did you go to work for
14 Airgas?
15 A      In May of 2013.
16 Q      And what was your role when you were hired by
17 Airgas?
18 A      Real-estate manager.
19 Q      And, then, what is your current position with
20 Airgas?
21 A      Real-estate manager.
22 Q      Can you just walk me through your job duties and
23 responsibilities in that position.
24 A      I draft leases; I assist with buying and selling
25 properties; I do market research; I maintain the

1  the time, she received it on time.
2  Q        Was Airgas required to have insurance for the
3  property during the 2022 to 2023 time period?
4  A        I believe BWS carried the insurance on the
5  property.
6  Q        And did Airgas -- was Airgas responsible for
7  paying for that insurance?
8  A        Responsible for reimbursing BWS.
9  Q        And can you describe for me how that
10 reimbursement process worked.
11 A        Jennifer would send me -- Jennifer Nevans would
12 send me an email with the proof of payment and a copy of
13 the bill and invoice.
14 Q        And, then, once that was received, what was the
15 process for getting that reimbursement issued?
16 A        I would forward it to our accounts-payable
17 department and ask them to process it for payment.
18 Q        And, from the time the -- Ms. Nevans sent you
19 that documentation to the time reimbursement was actually
20 issued, about how long would that be?
21 A        I would forward it as soon as I got it.
22 Q        And about how long was the turnaround for
23 accounts payable?
24 A        I'm not sure.  I -- I'm not sure what their
25 turnaround time is.

```
 1   Q       And was the reimbursement via check or
 2   electronic deposit during the 2022 to the 2023 time
 3   period?
 4   A       It would -- I believe by check.  It would depend
 5   on -- however she was set up to be paid her monthly rent
 6   is how it would have been paid.
 7   Q       Okay.  And, then, prior to the last lease
 8   period -- again, which was 2022 to 2023 -- was
 9   there a time that Airgas was responsible for holding
10   and paying for insurance without having to reimburse
11   BWS?
12   A       Prior to -- when are you asking?
13   Q       Prior to 2022.
14   A       I believe, at some point -- and I'm not sure
15   when it was -- I think it was before me or before I
16   started working at Airgas, I believe -- that Airgas was
17   responsible for the insurance at one point.
18   Q       Do you know at what point that changed to
19   reimbursing BWS instead of paying directly?
20   A       Not off the top of my head.  I would have to
21   look at documents.
22   Q       And do you recall why that change occurred?
23   A       I don't know.
24   Q       Does Airgas still have an insurance policy in
25   effect for the property?
```

Fouraker Reporting Service, Inc. (423)316-6484

```
 1                    (Whereupon, a document was
 2                     received and marked as
 3                     Exhibit Number 9.)
 4           MS. WOLINSKY:  And if you'll just give me one
 5   moment.
 6           Did a new document pop up for you?
 7           THE WITNESS:  It did.
 8           MS. WOLINSKY:  Okay.
 9   EXAMINATION BY MS. WOLINSKY:
10   Q       Okay.  And there's only two pages, so I'm just
11   going to scroll through briefly.  Again, if you need me
12   to zoom in or slow down or if there's something you want
13   to look at more closely, please let me know.
14           Do you recall receiving one or both of these
15   invoices?
16   A       I recall receiving one, 531.
17   Q       The May 31st, 2023, invoice?
18   A       Yes.
19   Q       How did you receive this invoice?
20   A       She emailed it.
21   Q       And, when you received it, what did you do with
22   it?
23   A       I forwarded it to -- I think I forwarded it to
24   our legal department.
25   Q       Did you respond to Ms. Nevans at all?
```

                      C E R T I F I C A T E

STATE OF TENNESSEE                              COUNTY OF HAMILTON

         I, Robin Lee Fouraker, Court Reporter and Notary Public, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in machine shorthand and thereafter reduced to computerized transcript; that said deposition is a true record of testimony given by said witness; that I am neither counsel for, related to nor employed by any of the parties to the action in which this deposition was taken and further that I am not a relative or employee of any attorney or counsel employed by that parties hereto nor financially or otherwise interested in the outcome of the action; that said deposition has in no manner been changed or altered since same was given by said witness but that the same has remained in my possession up to the time of delivery.

         IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of May 2025.

                          _____
                          Robin Lee Fouraker, LCR, RDR, CRR
                          Tennessee LCR Number: 021

My commission expires: October 27, 2026.