☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: **1:24-cv-29**   **BWS Properties, LLC** v. **Airgas USA, LLC**

**PRESENT:** Honorable **Christopher H. Steger**   ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

| Jessica Wolinsky | Lynzi Achibald | Peter Robison |
|---|---|---|
| Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|  | Ashley Williams | DCR 1B |
| Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter |

PROCEEDINGS:

Hearing on [27] MOTION Exclude Testimony of Plaintiff's Expert Witness Nicholas Cornelison by Airgas USA, LLC. Order to enter.
I, Ashley Williams, CERTIFY the official record of this proceeding is an audio file. Chatt DCR 1-24-cv-29_20250911_110302.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **11:08** to **1:04**        Date: **9/11/2025**

REV 7/14