UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S FINAL EXHIBIT LIST AND DEPOSITION DESIGNATIONS**

Plaintiff BWS Properties, LLC ("BWS"), pursuant to the Scheduling Order (Doc. 22) and Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and (iii), gives notice that it may offer the following exhibits and deposition testimony at the trial of this matter:

**A. Exhibits BWS expects to present at trial:**

1. Labeled Property Map (Exhibit 2, 30(b)(6) P. Van Slyke Deposition).

2. June 1, 2022 Industrial Building Lease (BWS-000043-58).

3. February 6, 2023 Lease Termination Letter from Airgas USA, LLC ("Airgas") to BWS (BWS-000059).

4. May 31, 2023 Surrender of Premises Letter from Airgas to BWS (BWS-000060).

5. June 2, 2023 Email from BWS to Airgas re Condition of the Property (AIRGAS USA 000084-87).

6. Scenic Breezeway Invoice and Check (BWS-000072-76).

7. Janeth Cleaning Service Receipt (BWS-000077).

8. Elder's Ace Hardware Receipts (BWS-000080, 000124).

9. A. Barnes Fence Co. Invoice and Check (BWS-000081-83).

10. Access Garage Doors of Chattanooga Invoice (BWS-000084).

11. Outdoor Landscaping & Grading Company Invoices (BWS-000085-86).

12. Outdoor Landscaping & Grading Company Proposal (BWS-000613-15).

13. T.U. Parks Construction Co. Preliminary Budget Breakdown (BWS-000087-88).

14. Post-Surrender Property Photographs (BWS-000089-123).

15. Oasis Heating & Air Invoice (BWS-000125).

16. Republic Services Proposal (BWS-000126).

17. Professional Sign Services Quote (BWS-000127).

18. Emails between BWS and T.U. Parks Construction Co. (BWS-000529-31).

19. July 6, 2023 Email from Baker Townsend to BWS (BWS-000532-33).

20. June 26, 2024 Brokerage Agreement (BWS-000534-43).

21. LoopNet Emails (BWS-000544-53).

22. LoopNet Website Screenshots (BWS-000571-78).

23. City Feet Emails (BWS-000554-57).

24. Crexi Website Screenshots (BWS-000558-63).

25. Showcase Website Screenshot (BWS-000564).

26. Score Website Screenshots (BWS-000565-70).

27. Pre-Surrender Property Photographs (BWS-000578-612).

28. Heating Unit Repair Photographs and Invoice (BWS-000617-21).

29. Photographs Requested by Nic Cornelison (BWS-000622-25).

30. April 27, 2021 Henry B. Glascock Company Appraisal Letter (BWS-000626-27).

31. August 4, 2023 Lease between BWS and Commonwealth Construction LLC (BWS-000628-29).

32. December 4, 2024 Industrial Building Lease Agreement between BWS and HôLTeK, Incorporated (BWS-000630-35).

33. August 11, 2025 Industrial Building Lease between BWS and Applied Thermal Coatings, Inc. (BWS-000636-55).

34. February 7, 2023 Lease Renewal Email Regarding Airgas Letter (AIRGAS USA 000090).

35. Airgas Photographs (AIRGAS USA 000217-28, AIRGAS USA 000644-60, AIRGAS USA 000244-60).

36. May 2023 Internal Airgas Emails Regarding Site Surrender (AIRGAS USA 000639-40).

37. October 2023 KC Painting & Remodeling Emails (AIRGAS USA 000273-75).

38. T.U. Parks Subpoena Documents (T.U. Parks Construction Co. 000001-28).

B. **Exhibits that may be used by BWS at trial if the need arises:**

1. August 18, 2004 Letter from The BOC Group to BWS (BWS-000001).

2. November 1, 2005 Lease (BWS-000002-20).

3. September 17, 2010 First Amendment to Lease (BWS-000021-23).

4. November 1, 2013 Industrial Building Lease (BWS-000024-39).

5. October 2013 Addendum to Lease (BWS-000041-42).

6. October 2023 Emails Coordinating Property Walkthrough with Airgas Repairman (BWS-000061-62, AIRGAS USA 000641-42).

7. May 2023 Text Messages between Jenny Nevans and Peter Van Slyke for Gas Shutoff at the Property (BWS-000070-71).

8. November and December 2023 Text Messages between Jenny Nevans and Peter Van Slyke for Gas Shutoff at the Property (AIRGAS USA 000643).

9. June 20, 2005 Weeks Paving Inc. Quote (BWS-000128).

10. Weeks Paving Inc. Checks (BWS-000129-130).

11. RBA Construction, Inc. Invoices and Correspondence (BWS-000131-134, AIRGAS USA 000229-37).

12. Marion Environmental Payment (BWS-000135).

13. Chattanooga Gas Billing Statements (BWS-000420-23).

14. City of Chattanooga Wastewater Department Invoice (BWS-000424-30).

15. Tennessee American Water Billing and Payment History (BWS-000431).

3

16. Tennessee American Water Statements (BWS-000432-35).

17. EPB Billing Statements (BWS-000436-527).

18. 2012 Post-Storm Repair Documents (AIRGAS USA 000035-48).

19. October 2018 Chattanooga Lease Renewal Email (AIRGAS USA 000049).

20. 2021 Industrial Building Lease Renewal Emails (AIRGAS USA 000061-74).

21. May 2022 Rental Payment Emails (AIRGAS USA 000081-83).

22. Chattanooga Repair List and Price from Landlord (AIRGAS USA 000216).

23. Internal Airgas Emails Regarding Chattanooga Gas (AIRGAS USA 000663-68).

C. **Designation of witnesses BWS expects to present by deposition:**

1. None.

D. **Designation of witnesses BWS may present by deposition:**

1. None.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/ *Jessica M. Wolinsky*
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*Counsel for Plaintiff BWS Properties, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

>Mary Beth Haltom White, Esq.
>Peter C. Robison, Esq.
>424 Church Street, Suite 2500
>P.O. Box 198615
>Nashville, TN 37219

This 7th day of October 2025.

                                                  **MILLER & MARTIN PLLC**

                                                  By: /s/      *Jessica M. Wolinsky*