**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| BWS PROPERTIES, LLC, | ) |
| | ) Case No. 1:24-CV-29-KAC-CHS |
| Plaintiff, | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) CHRISTOPHER H. STEGER |
| AIRGAS USA, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT AIRGAS USA, LLC'S FINAL PRETRIAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)(A)**

Defendant Airgas USA, LLC ("Defendant" or "Airgas"), pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Scheduling Order entered by the Court on November 11, 2024, hereby makes the following Final Pretrial Disclosures.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Airgas *MAY* present the testimony of the following witnesses by deposition at the trial of this matter:

1. Jennifer Nevans as corporate representative for Plaintiff BWS Properties, Inc. ("BWS"), recorded on April 7, 2025, in its entirety;

2. Nic Cornelison, recorded on July 2, 2025 (pp. 44:8-11; 44:23-44:1; 47:15-48:3; 49:7-550:8; 51:4-11, 54:22-55:5; 57:16-58:6; 77:20-22; 84:22-85:15, 92:7-9; 98:23-99:24, 150:18-151:20; 157:12-159:18; 171:20-172:18; 179:3-18; 185:18-21; 197:16-19; 202:19-21; 208:15-18); and

3. Any deposition testimony disclosed by BWS to which Airgas does not object.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Airgas *MAY* present the following exhibits at the trial of this matter:

1. Letter from Peter Garra of The BOC Group, Inc. to Jennifer Nevans of BWS Properties, LLC dated August 18, 2004 (BWS-000001)

2. Previous Lease with an effective date of November 1, 2005 (BWS-000002-20);

3. First Amendment to Lease dated September 17, 2010 (BWS-000021-23);

4. Previous Lease with an effective date of November 1, 2013 (BWS-000024-39);

5. Addendum to Lease dated October 2013 (BWS-000041-42);

6. Industrial Building Lease with an Effective Date of June 1, 2022 (BWS-000043-58);

7. Letter dated February 6, 2023, regarding notice of termination of lease (BWS-00059);

8. Email from Jennifer Nevans to Dawn Nemelka dated February 7, 2023 (BWS-000069);

9. Invoice #178 from BWS Properties, LLC dated May 31, 2023 (BWS-000136);

10. Text messages between Jennifer Nevans and Peter Van Slyke (BWS-000070-71);

11. Emails between Dan Van Dyke and Jennifer Nevans dated October 9-10, 2023 (BWS-00061-62; 000065-67; AIRGAS USA 000243);

12. Emails between Peter Van Slyke and Dawn Van Dyke and Kevin Cruz (AIRGAS USA 000273-74);

13. Letter from David Martineau to Lynzi Archibald dated November 13, 2023;

14. Invoice #181 from BWS to Airgas dated on or about January 3, 2024;

15. Expert Report of Mike Berry dated June 10, 2025;

16. Resume of Mike Berry;

17. Photo of pavement (AIRGAS USA 000254);

18. BWS' Initial Rule 26 Disclosures;

19. BWS' First Supplemental Initial Disclosures;

20. BWS' Responses to Interrogatories and Requests for Production of Documents;

21. BWS' Second Supplemental Initial Disclosures;

22. Check paid to BWS Properties in the amount of $18,356.02; and

23. Any exhibit disclosed by BWS to which Airgas does not object.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/ *Peter C. Robison*
　　Mary Beth White, BPR #24462
　　Peter C. Robison, BPR #27498
　　424 Church Street, Suite 2500
　　P.O. Box 198615
　　Nashville, TN  37219
　　(615) 259-1366
　　mbwhite@lewisthomason.com
　　probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing DEFENDANT AIRGAS USA, LLC'S FINAL PRETRIAL DISCLOSURES has been served on the following counsel of record via email and through the Court's electronic filing system:

　　Lynzi J. Archibald, Esq.
　　Jessica M. Wolinsky, Esq.
　　Miller & Martin PLLC
　　832 Georgia Avenue, Suite 1200
　　Chattanooga, TN  37402
　　lynzi.archibald@millermartin.com
　　jessica.wolinsky@millermartin.com

This the 7th day of October, 2025.

　　　　　　　　/s/ *Peter C. Robison*
　　　　　　　　Peter C. Robison