# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| BWS PROPERTIES, LLC, | ) |
|     *Plaintiff*, | ) No. 1:24-cv-00029 |
| v. | ) Judge Christopher H. Steger |
| AIRGAS USA, LLC, | ) Non-Jury |
|     *Defendant*. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff BWS Properties, LLC and Defendant Airgas USA, LLC, by and through their undersigned counsel, respectfully move this Court for an extension of the current deadline to file objections to pretrial disclosures. The Parties request this extension so that their counsel may have sufficient time to properly prepare the objections in light of Plaintiff's counsel's recent illness and the parties' current workload.

The Parties, therefore, respectfully request that the current Scheduling Order (Doc. 22) be modified to allow the parties to file their objections on or before **October 20, 2025**. The extension of time requested herein will not impact other case management deadlines.

Respectfully submitted,

| **MILLER & MARTIN PLLC** | **LEWIS THOMASON, P.C.** |
|---|---|
| /s/ *Jessica M. Wolinsky*<br>Lynzi J. Archibald, TN BPR No. 30063<br>Jessica M. Wolinsky, TN BPR No. 039785<br>832 Georgia Ave., Suite 1200<br>Chattanooga, TN 37402<br>Phone: (423) 756-6600<br>Fax: (423) 785-8480<br>lynzi.archibald@millermartin.com<br>jessica.wolinsky@millermartin.com<br><br>**Counsel for Plaintiff BWS Properties, LLC** | /s/ *Peter C. Robison*<br>Mary Beth Haltom White, Esq., BPR No. 24462<br>Peter C. Robison, Esq., BPR No. 27498<br>424 Church Street, Suite 2500<br>P.O. Box 198615<br>Nashville, TN 37219<br>Phone: 615-259-1343<br>Fax: 615-259-1389<br>probison@lewisthomason.com<br>mbwhite@lewisthomason.com<br><br>**Counsel for Defendant Airgas USA, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 17, 2025**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**MILLER & MARTIN PLLC**

By: /s/ *Lynzi J. Archibald*