*Find it with us, anytime, anywhere at Airgas.com*

On Tue, Oct 31, 2023 at 1:05 PM VAN SLYKE, Peter <peter.vanslyke@airgas.com> wrote:
Hi everyone,

Please confirm this was received.

---------- Forwarded message ---------
From: **VAN SLYKE, Peter** <peter.vanslyke@airgas.com>
Date: Fri, Oct 20, 2023 at 4:52 PM
Subject: Fwd: KC Painting quote for Mfgs road
To: VAN DYKE, Dawn <dawn.vandyke@airgas.com>
CC: Chris HOPWOOD <chris.hopwood@airgas.com>, Jeff MANN <Jeff.Mann@airgas.com>

FYI

---------- Forwarded message ---------
From: **katracho mania** <kc42295@gmail.com>
Date: Thu, Oct 19, 2023 at 6:51 PM
Subject:
To: <Tracy.Harvey@airgas.com>

Estimate

KC Painting & Remodeling
Owner: Kevin Cruz
Contact: 423-635-6416

Bill To: $26,500

Airgas/Peter Vanslyke
423-827-9884

Job site location;
700 Manufacturers Rd.
Chattanooga TN 37405

Estimate # 3635
Date 10/19/2023
PO # Cruz-Airgas

Description:

Scope Of Work- Random

- Standard set up and prep.
- Minor plumbing & electrical to be done as needed.
- Minor repairs (drywall), patching, caulking, sealing to be done as needed.

Exterior Section:
- Existing (Airgas) signs to be covered with paint coatings. Color to cover to be selected by the customer. Paint coatings to be just used to cover the signs only.

Building 1 Section:
- Random plumbing work to be done

Building 2 Section:
- Existing (ACT) tiles (damaged) to be replaced as needed
- Seams where leaking is occurring to be fixed.
- Remove existing boiler and replace with the new boiler.
- Existing (VCT) flooring to be stripped of the existing wax/sealer, prepped and re-sealed/wax and cleaned after.
- Front area existing door to be repaired back into good working condition.

Building 3 Section:
- Hose bib/faucet to be replaced.
- One commode & sink to be replaced.
- Existing metal door & frame to be removed and new metal door and frame to be installed.
- New light fixture to be installed.
- ACT tiles (ceiling) to be replaced as needed.
- Several grids on the ceiling to be repaired.
- All walls (drywall) after prepped to have the industry standard one coat of primer and two coats of finish paint.
- Large room (sign) to be removed.
- Office areas baseboards also to be removed and new trim reinstalled.
- Offices VCT floors wax/sealer to be removed, prepped and re-sealed/waxed and cleaned.

 Notes:
- The proposal amount listed above reflects only the scope of work listed above.
- Any additional work asked to do beyond the scope of work will accrue additional costs outside the proposal.
- Contractor to purchase materials for the project.
- Upon starting the project, half down of the proposal will be due. The remaining amount will be broken into two payments. The first payment will be due at the 50% completion of the job and is solely determined by the contractor. The second and final payment will be due at the 100% completion of the job.