

**David H. Martineau, Esq.**
Senior Counsel
Airgas, Inc.
259 N. Radnor-Chester Road, Suite 100
Radnor, Pennsylvania 19087
Tel.: (610) 902-6251
http://www.airgas.com
david.martineau@airgas.com

November 13, 2023

**Via Electronic Mail**
(*lynzi.archibald@millermartin.com*)

Lynzi Archibald
Miller & Martin, PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402

> Re: **700 Manufacturers Road, Chattanooga, Tennessee (the "Property")**
> **Former Landlord: BWS Properties, LLC ("BWS")**
> **Former Tenant: Airgas USA, LLC ("Airgas")**

Dear Lynzi:

    On October 11, 2023 Airgas toured the property with a contractor to provide an estimate for repairs needed. Below is a list of the repairs the contractor will provide at Airgas' expense:

**Exterior Section**:
- Existing (Airgas) signs to be covered with paint coatings. Color to cover to be selected by the owner. Paint coatings used to cover the signs only.

**Building 1 Section**:
- Minor plumbing & electrical to be done as needed.
- Minor repairs (drywall), patching, caulking, sealing to be done as needed.

**Building 2 Section**:
- Minor plumbing & electrical to be done as needed.
- Minor repairs (drywall), patching, caulking, sealing to be done as needed.
- Replace existing damaged (ACT) tiles as needed
- Repair any leaking Seams
- Remove existing boiler and replace with the new boiler.
- Existing (VCT) flooring to be stripped of the existing wax/sealer, prepped and re-sealed/wax and cleaned after.
- Front area existing door to be repaired back into good working condition.

**Building 3 Section**:
- Minor plumbing & electrical to be done as needed
- Minor repairs (drywall), patching, caulking, sealing to be done as needed.
- Replace Hose bib/faucet
- Replace one commode and one sink

Lynzi Archibald
November 13, 2023
Page 2

- Existing metal door & frame to be removed and new metal door and frame to be installed.
- New light fixture to be installed.
- Replace damaged ACT ceiling tiles
- Several grids on the ceiling to be repaired.
- All walls (drywall) after prepped to have the industry standard one coat of primer and two coats of finish paint.
- Large room (sign) to be removed.
- Office areas baseboards also to be removed and new trim reinstalled.
- Offices VCT floors wax/sealer to be removed, prepped and re-sealed/waxed and cleaned.

In addition to the foregoing, Airgas will reimburse BWS for taxes and insurance in accordance with Sections 3.3.2 and 9.1 of the Lease.

Please let us know if you are in agreement with the repairs outlined above so that we can get the work scheduled to be done as soon as possible.

Sincerely,

*David H. Martineau*

David H. Martineau
Senior Counsel

Cc: Dawn Van Dyke, Real Estate Manager, South Division