UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant*. | ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MEDIATION AND CONTINUE TRIAL

Plaintiff BWS Properties, LLC ("BWS"), by and through its undersigned counsel, respectfully submits this response in opposition to Defendant Airgas USA, LLC's ("Airgas") Motion to Compel Mediation and Continue Trial. (Doc. 47).

On June 14, 2024, the parties participated in mediation but were unable to reach a resolution. As noted in Airgas's Motion, BWS's damages have increased since the parties' first mediation, and counsel for the parties have recently conferred regarding whether a second mediation would be worthwhile. Under the circumstances, BWS does not believe that a second mediation would be productive and would therefore only result in additional delay and expense. While BWS has remained open to an amicable resolution of this matter, BWS is eager to move forward with trial as currently scheduled.

In light of the foregoing, BWS respectfully requests that the Court deny Airgas's Motion to Compel Mediation and Continue Trial.

Respectfully submitted on this 23rd day of October 2025.

        **MILLER & MARTIN PLLC**

        By: /s/ *Jessica M. Wolinsky*
        Lynzi J. Archibald, TN BPR No. 30063
        Jessica M. Wolinsky, TN BPR No. 039785
        832 Georgia Ave., Suite 1200
        Chattanooga, TN 37402
        Phone: (423) 756-6600
        Fax: (423) 785-8480
        lynzi.archibald@millermartin.com
        jessica.wolinsky@millermartin.com

        ***Counsel for Plaintiff BWS Properties, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

    Mary Beth Haltom White, Esq.
    Peter C. Robison, Esq.
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219

This 23rd day of October 2025.

        **MILLER & MARTIN PLLC**

        By: /s/ *Jessica M. Wolinsky*