# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant*. | ) | |

## JOINT STATUS REPORT OF MEDIATION

Plaintiff BWS Properties, LLC ("BWS") and Defendant Airgas USA, LLC ("Airgas"), by and through their undersigned counsel, respectfully submit this Joint Status Report of Mediation regarding the parties' participation in mediation pursuant to Court order.

On October 22, 2025, Airgas filed a Motion to Compel Mediation and Continue Trial (the "Motion"), which BWS opposed. A hearing on the Motion was scheduled for and took place on December 11, 2025, via videoconference. Following presentation of arguments, the parties were directed to participate in mediation to determine whether resolution might be possible in advance of trial. The Court further directed the parties to provide a status update upon completing mediation.

On January 28, 2026, the parties participated in mediation.[1] Despite the parties' best efforts, the matter did not settle. However, the parties have agreed to continue informal settlement discussions, and they will update the Court promptly if they are able to reach a resolution.

---

[1] Mediation was initially scheduled for December 18, 2025, but had to be rescheduled due to illness.

Respectfully submitted on this 11th day of February 2026.

| | |
|---|---|
| **MILLER & MARTIN PLLC** | **LEWIS THOMASON, P.C.** |
| By: */s/ Lynzi J. Archibald* | By: */s/ Peter C. Robison* |
| Lynzi J. Archibald, TN BPR No. 30063 | Mary Beth Haltom White, TN BPR No. 24462 |
| Jessica M. Wolinsky, TN BPR No. 039785 | Peter C. Robison, TN BPR No. 27498 |
| 832 Georgia Ave., Suite 1200 | 424 Church Street, Suite 2500 |
| Chattanooga, TN 37402 | P.O. Box 198615 |
| Phone: (423) 756-6600 | Nashville, TN 37219 |
| Fax: (423) 785-8480 | Phone: (615) 259-1366 |
| lynzi.archibald@millermartin.com | mbwhite@lewisthomason.com |
| jessica.wolinsky@millermartin.com | probson@lewisthomason.com |
| | |
| *Counsel for Plaintiff BWS Properties, LLC* | *Counsel for Defendant Airgas USA, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

Mary Beth Haltom White, Esq.
Peter C. Robison, Esq.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219

This 11th day of February 2026.

**MILLER & MARTIN PLLC**

By: */s/ Lynzi J. Archibald*

2