**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**
**CIVIL MINUTES - GENERAL**

CASE NO. 1:24-cv-29

STYLE: BWS Properties, LLC _____ v.

Airgas USA, LLC _____

PRESENT: Honorable Christopher H. Steger ☐ U.S. District Judge ☑ U.S. Magistrate Judge

Dana Bellamy _____ Digital Recording 1B _____ _____
**Courtroom Deputy** **Court Reporter** **Interpreter(s)**
☐ **SWORN**

FTR ☑ 1B ☐ 4

Attorney(s) for Plaintiff(s): Lynzi Archibald and Jessica Wolinsky _____

Attorney(s) for Defendant(s): Peter Robison and Marth Beth White _____

**PROCEEDINGS:**

Status Conference. Order to enter.

Jennifer Nevans present for BWS Properties, LLC.

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. DCR File: 1-24-cv-29_20260416_101802

Time: 2:07 to 2:56      Time: _____ to _____

Time: 3:09 to 3:17      Time: _____ to _____      4/16/2026 _____

Time: _____ to _____      Time: _____ to _____      Date