**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00029-CHS |
| | ) | |
| AIRGAS, LLC, | ) | |
| *Defendant.* | ) | |

## O R D E R

On March 31, 2026, the Court entered a Memorandum and Order [Doc. 55] that, among other things, temporarily denied Defendant's Motion for Summary Judgment regarding Plaintiff's claim for property damage during the final one-year lease between the parties. On April 16, 2026, the Court held a hearing to further explore this issue. Attorneys Jessica Wolinsky and Lynzi Archibald represented Plaintiff, and Attorneys Peter Robison and Mary White represented Defendant. After hearing additional arguments from the parties, querying counsel about key issues, and deliberating further, the Court concludes that its prior decision to deny Defendant's summary judgment motion with respect to property damage during the final one-year lease between the parties is proper.

For that reason, it is hereby **ORDERED** that the Court's prior decision to deny Defendant's summary judgment motion with respect to property damage during the final one-year lease between the parties will stand.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE