# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| BWS PROPERTIES, LLC, | ) |
| | ) CASE NO. 1:24-CV-29-KAC-CHS |
| **Plaintiff,** | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) CHRISTOPHER H. STEGER |
| AIRGAS USA, LLC, | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT AIRGAS USA, LLC'S MOTION TO ALTER OR AMEND

Defendant Airgas USA, LLC ("Defendant" or "Airgas"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 59(e), hereby moves this Honorable Court to alter and amend its Memorandum and Order (Docket Entry No. 55) and Order (Docket Entry No. 60) granting in part and denying in part the Motion for Partial Summary Judgment filed by Airgas.

As grounds for this motion, Airgas would show that Airgas' Memorandum of Law in support of its Motion for Partial Summary Judgment (Docket Entry No. 30) asserted that Plaintiff BWS Properties, LLC ("BWS") could not bring forward facts to support that the claimed property damages occurred during the lease period, and that Airgas' arguments were not limited to expert opinion testimony. BWS failed to submit any supporting evidence of property damages by declaration, affidavit, deposition transcript, photograph, or any other means, and failed to meet its burden of proof to establish an issue of material fact. Consequently, Airgas respectfully submits that summary judgment should have been granted as to BWS' claims for property damage beyond the limited drywall damages conceded by Airgas.

A Memorandum of Law in support of this motion is filed contemporaneously with this motion, along with Exhibit A, Email from Jeremy Claridge to all counsel dated March 31, 2026, and Exhibit B, Excerpts from the Transcript of the Hearing on April 16, 2026.

Respectfully submitted,

By: */s/ Peter C. Robison*
        Mary Beth White, BPR #24462
        Peter C. Robison, BPR #27498
        LEWIS THOMASON, P.C.
        1201 Demonbreun St., Suite 1000
        Nashville, TN 37203
        (615) 259-1366
        mbwhite@lewisthomason.com
        probison@lewisthomason.com

        *Attorneys for Defendant Airgas USA, LLC*


## CERTIFICATE OF SERVICE

This is to certify that on April 28, 2026, a true and correct copy of the foregoing DEFENDANT AIRGAS USA, LLC'S MOTION TO ALTER OR AMEND has been served on the following counsel of record through the Court's electronic filing system:

        Lynzi J. Archibald, Esq.
        Jessica M. Wolinsky, Esq.
        Miller & Martin PLLC
        832 Georgia Avenue, Suite 1200
        Chattanooga, TN  37402
        lynzi.archibald@millermartin.com
        jessica.wolinsky@millermartin.com


        */s/ Peter C. Robison*
        Peter C. Robison

2