**Robison, Peter C.**

| | |
|---|---|
| **From:** | Jeremy Claridge <Jeremy_Claridge@tned.uscourts.gov> |
| **Sent:** | Tuesday, March 31, 2026 3:14 PM |
| **To:** | Jessica Wolinsky; Lynzi Archibald; Robison, Peter C.; White, Mary Beth Haltom |
| **Subject:** | Hearing on Property Damages in 1:24-cv-29 BWS Properties, LLC v. Airgas USA, LLC |
| | |
| **Categories:** | ND: Filed |

Greetings,

Judge Steger entered an order today that, among other things, temporarily denied summary judgment on the issue of property damages. Judge Steger would like to hold a hearing to more fully explore that issue as he feels it is a close call and further information from the parties would illuminate/clarify things. Below are some potential dates. Please discuss these dates with counsel for both parties and select two mutually agreeable dates. Designate afternoon or morning or both. Then let me know what everyone has agreed to.

Please do not include me in emails about an individual lawyer's availability.

Current possible dates are:

    Wednesday, April 8 (AM only)
     Thursday, April 9
    Friday, April 10
    Tuesday, April 14
    Wednesday, April 15
    Thursday, April 16
    Friday, April 17

Please confer and respond in a timely manner as the Court's calendar fills up quickly.

Best,

Jeremy Claridge
Law Clerk to the Honorable Christopher H. Steger
United States District Court for the Eastern District of Tennessee