# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S CORRECTED FINAL EXHIBIT LIST AND
## DEPOSITION DESIGNATIONS

Plaintiff BWS Properties, LLC ("BWS"), pursuant to the First Amended Scheduling Order (Doc. 53) and Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and (iii), gives notice that it may offer the below exhibits and deposition testimony at the trial of this matter.

BWS specifically reserves the right to offer at trial all exhibits included in the exhibit list submitted by Defendant or otherwise used by Defendant at trial (without waiver of any objections thereto). BWS reserves the right to offer any exhibit necessary for impeachment or rebuttal. BWS further reserves the right to amend or supplement this list of exhibits in light of any case developments, including without limitation: any rulings by the Court; any changes in position or theories by Defendant, its witnesses, or its experts; and any additional documents or information produced in the future by Defendant. The inclusion of a document on BWS's list of trial exhibits should not be deemed a waiver of potential objections to the use of the document by Defendant, depending on the nature of such use or a failure to lay proper foundation.

BWS reserves the right to amend the below deposition designations in light of any case developments, including without limitation: any rulings by the Court; any changes in position or

theories by Defendant, its witnesses, or its experts; and any additional documents or information produced in the future by Defendant. BWS reserves the right to use deposition testimony, whether designated by Defendant or not, for purposes of impeachment, cross-examination, or rebuttal. BWS reserves the right to use any deposition designations identified by Defendant.

**A.      Exhibits BWS expects to present at trial:**

1.      Labeled Property Map (Exhibit 2, 30(b)(6) P. Van Slyke Deposition).

2.      June 1, 2022 Industrial Building Lease (BWS-000043-58).

3.      February 6, 2023 Lease Termination Letter from Airgas USA, LLC ("Airgas") to BWS (BWS-000059).

4.      May 31, 2023 Surrender of Premises Letter from Airgas to BWS (BWS-000060).

5.      June 2, 2023 Email from BWS to Airgas re Condition of the Property (AIRGAS USA 000084-87).

6.      Scenic Breezeway Invoice and Check (BWS-000072-76).

7.      Janeth Cleaning Service Receipt (BWS-000077).

8.      Elder's Ace Hardware Receipts (BWS-000080, 000124).

9.      A. Barnes Fence Co. Invoice and Check (BWS-000081-83).

10.      Access Garage Doors of Chattanooga Invoice (BWS-000084).

11.      Outdoor Landscaping & Grading Company Invoices (BWS-000085-86).

12.      Outdoor Landscaping & Grading Company Proposal (BWS-000613-15).

13.      T.U. Parks Construction Co. Preliminary Budget Breakdown (BWS-000087-88).

14.      Post-Surrender Property Photographs (BWS-000089-123).

15.      Oasis Heating & Air Invoice (BWS-000125).

16.      Republic Services Proposal (BWS-000126).

17.      Professional Sign Services Quote (BWS-000127).

18.      Emails between BWS and T.U. Parks Construction Co. (BWS-000529-31).

19.      July 6, 2023 Email from Baker Townsend to BWS (BWS-000532-33).

20.    June 26, 2024 Brokerage Agreement (BWS-000534-43).

21.    LoopNet Emails (BWS-000544-53).

22.    LoopNet Website Screenshots (BWS-000571-78).

23.    City Feet Emails (BWS-000554-57).

24.    Crexi Website Screenshots (BWS-000558-63).

25.    Showcase Website Screenshot (BWS-000564).

26.    Score Website Screenshots (BWS-000565-70).

27.    Pre-Surrender Property Photographs (BWS-000579-612).

28.    Heating Unit Repair Photographs and Invoice (BWS-000617-21).

29.    Photographs Requested by Nic Cornelison (BWS-000622-25).

30.    August 4, 2023 Lease between BWS and Commonwealth Construction LLC (BWS-000628-29).

31.    December 4, 2024 Industrial Building Lease Agreement between BWS and HôLTeK, Incorporated (BWS-000630-35).

32.    August 11, 2025 Industrial Building Lease between BWS and Applied Thermal Coatings, Inc. (BWS-000636-55).

33.    February 7, 2023 Lease Renewal Email Regarding Airgas Letter (AIRGAS USA 000090).

34.    Property Photographs (AIRGAS USA 000182-200).

35.    Airgas Photographs (AIRGAS USA 000217-28, AIRGAS USA 000644-60, AIRGAS USA 000244-60).

36.    May 2023 Internal Airgas Emails Regarding Site Surrender (AIRGAS USA 000639-40).

37.    October 2023 KC Painting & Remodeling Emails (AIRGAS USA 000273-75).

38.    T.U. Parks Subpoena Documents (T.U. Parks Construction Co. 000001-28).

39.    Plaintiff's Expert Disclosure.

40.    May 9, 2025, Expert Report of Nic Cornelison.

41.    Curriculum vitae of Nic Cornelison.

**B.** **Exhibits that may be used by BWS at trial if the need arises:**

42.    August 18, 2004 Letter from The BOC Group to BWS (BWS-000001).

43.    November 1, 2005 Lease (BWS-000002-20).

44.    September 17, 2010 First Amendment to Lease (BWS-000021-23).

45.    November 1, 2013 Industrial Building Lease (BWS-000024-39).

46.    October 2013 Addendum to Lease (BWS-000041-42).

47.    Property Video (BWS-000616).

48.    October 2023 Emails Coordinating Property Walkthrough with Airgas Repairman (BWS-000061-62, AIRGAS USA 000641-42).

49.    May 2023 Text Messages between Jenny Nevans and Peter Van Slyke for Gas Shutoff at the Property (BWS-000070-71).

50.    November and December 2023 Text Messages between Jenny Nevans and Peter Van Slyke for Gas Shutoff at the Property (AIRGAS USA 000643).

51.    June 20, 2005 Weeks Paving Inc. Quote (BWS-000128).

52.    Weeks Paving Inc. Checks (BWS-000129-130).

53.    RBA Construction, Inc. Invoices and Correspondence (BWS-000131-134, AIRGAS USA 000229-37).

54.    Marion Environmental Payment (BWS-000135).

55.    Chattanooga Gas Billing Statements (BWS-000420-23).

56.    City of Chattanooga Wastewater Department Invoice (BWS-000424-30).

57.    Tennessee American Water Billing and Payment History (BWS-000431).

58.    Tennessee American Water Statements (BWS-000432-35).

59.    EPB Billing Statements (BWS-000436-527).

60.    April 27, 2021 Henry B. Glascock Company Appraisal Letter (BWS-000626-27).

61.    2012 Post-Storm Repair Documents (AIRGAS USA 000035-48).

62.    October 2018 Chattanooga Lease Renewal Email (AIRGAS USA 000049).

63.    2021 Industrial Building Lease Renewal Emails (AIRGAS USA 000061-74).

64. May 2022 Rental Payment Emails (AIRGAS USA 000081-83).

65. Chattanooga Repair List and Price from Landlord (AIRGAS USA 000216).

66. Internal Airgas Emails Regarding Chattanooga Gas (AIRGAS USA 000663-68).

67. Trial exhibits identified by Defendant.

68. Any exhibits necessary for purposes of rebuttal, impeachment, or authentication.

69. Any pleadings, initial disclosures, discovery requests, and discovery responses exchanged, filed, or otherwise submitted in this matter.

**C.    Designation of witnesses BWS expects to present by deposition:**

1. None.

**D.    Designation of witnesses BWS may present by deposition:**

1. None.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/ *Jessica M. Wolinsky*
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

***Counsel for Plaintiff BWS Properties, LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

> Mary Beth Haltom White, Esq.
> Peter C. Robison, Esq.
> 1201 Demonbreun Street, Ste. 100
> Nashville, TN 37203

This 21st day of May 2026.

**MILLER & MARTIN PLLC**

By: /s/ *Jessica M. Wolinsky*