**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant*. | ) | |

**<u>JOINT STIPULATION FOR EXTENSION OF TIME</u>**

Plaintiff BWS Properties, LLC ("BWS") and Defendant Airgas USA, LLC hereby stipulate that the parties shall have an additional two days, up to and including May 27, 2026, to file any objections to the filed pretrial disclosures. With the joint consent of all parties, to the extent a motion is required to approve this extension of time, the parties move for and consent to the entry of such an Order and hereby stipulate that the parties shall have up to and including May 27, 2026, in which to object to the filed pretrial disclosures without waiver of any kind.

Respectfully submitted on this 26th day of May 2026.

| | |
|---|---|
| **MILLER & MARTIN PLLC** | **LEWIS THOMASON, P.C.** |
| By: /s/ *Lynzi J. Archibald* | By: */s/ Peter R. Robison* |
| Lynzi J. Archibald, TN BPR No. 30063 | Mary Beth Haltom White, Esq. |
| Jessica M. Wolinsky, TN BPR No. 039785 | Peter C. Robison, Esq. |
| 832 Georgia Ave., Suite 1200 | 1201 Demonbreun Street, Ste. 100 |
| Chattanooga, TN 37402 | Nashville, TN 37203 |
| Phone: (423) 756-6600 | mbwhite@lewisthomason.com |
| Fax: (423) 785-8480 | probison@lewisthomason.com |
| lynzi.archibald@millermartin.com | |
| jessica.wolinsky@millermartin.com | |
| | |
| ***Counsel for Plaintiff BWS Properties, LLC*** | ***Counsel for Defendant Airgas USA, LLC*** |