# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| **BWS PROPERTIES, LLC,** ) | |
| ) | **CASE NO. 1:24-CV-29-KAC-CHS** |
| **Plaintiff,** ) | |
| **v.** ) | **MAGISTRATE JUDGE** |
| ) | **CHRISTOPHER H. STEGER** |
| **AIRGAS USA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT AIRGAS USA, LLC'S NOTICE REGARDING COURTROOM TECHNOLOGY

Defendant Airgas USA, LLC ("Defendant" or "Airgas"), by and through counsel, pursuant to the First Amended Scheduling Order (Docket Entry No. 53), gives notice of its intent to use the following courtroom technology:

1. **Equipment Airgas intends to bring to the courtroom to use:** Airgas intends to bring laptops, tablet computers, and/or mobile devices to the courtroom for data storage and retrieval, and one or more laptops are anticipated to be used to display documents, images, or presentations on the Court's video displays.

2. **Equipment supplied by the Court which Airgas intends to use:** Airgas intends to use the Court's video displays via HDMI out, and the Court's document viewer/projector. All documents and photographs Airgas may use have been disclosed to Plaintiff BWS Properties, LLC ("BWS") in discovery and in Airgas' Exhibit List. Airgas additionally may use a simple set of presentation slides to demonstrate the timeline of events.

Respectfully submitted,

By:*/s/ Peter C. Robison*

    Mary Beth White, BPR #24462
    Peter C. Robison, BPR #27498
    LEWIS THOMASON, P.C.
    1201 Demonbreun St., Suite 1000
    Nashville, TN 37203
    (615) 259-1366
    mbwhite@lewisthomason.com
    probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

# **CERTIFICATE OF SERVICE**

This is to certify that on June 18, 2026, a true and correct copy of the foregoing DEFENDANT AIRGAS USA, LLC'S NOTICE REGARDING COURTROOM TECHNOLOGY has been served on the following counsel of record through the Court's electronic filing system:

Lynzi J. Archibald, Esq.
Jessica M. Wolinsky, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN  37402
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*/s/ Peter C. Robison*
Peter C. Robison