# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:24-CV-29-KAC-CHS** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **AIRGAS USA, LLC,** | ) | **CHRISTOPHER H. STEGER** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT AIRGAS USA, LLC'S MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT PRODUCED BY PLAINTIFF

Defendant Airgas USA, LLC ("Defendant" or "Airgas"), by and through counsel, move this Honorable Court to exclude any evidence not produced by Plaintiff BWS Properties, Inc. ("Plaintiff") prior to the deadlines established by the Court, including, but not limited to, any documentation, testimony or information pertaining to alleged lost rental income or diminished value. Defendant incorporates by reference the arguments contained in its Objections to Plaintiff's Exhibit List and Witness List (Docket Entry No. 71), as if set forth fully herein. A copy of the Appraisal Letter by Henry Glascock is attached as Exhibit A to this motion.

Plaintiff should not be permitted to offer evidence that it failed to timely produce in response to requested discovery. *See Roberts v. Anderson*, 213 Fed. Appx. 420, 426 (6th Cir. 2007). Admission of such undisclosed evidence is prejudicial to Defendant; exclusion of such evidence is the appropriate sanction.

Respectfully submitted,

By: */s/ Peter C. Robison*
    Mary Beth White, BPR #24462
    Peter C. Robison, BPR #27498
    LEWIS THOMASON, P.C.
    1201 Demonbreun St., Suite 1000
    Nashville, TN 37203
    (615) 259-1366
    mbwhite@lewisthomason.com
    probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on June 19, 2026, a true and correct copy of the foregoing has been served on the following counsel of record through the Court's electronic filing system:

Lynzi J. Archibald, Esq.
Jessica M. Wolinsky, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*/s/ Peter C. Robison*
Peter C. Robison