# HENRY B. GLASCOCK COMPANY

## AUCTIONS · APPRAISAL · REAL ESTATE BROKERAGE
### 402 RIVERSIDE AVE · CHATTANOOGA, TN · 37405
TELEPHONE: 423-825-0049 (o) 423-991-7221 (c)
EMAIL: henry@glascockco.com

April 27, 2021

Ms. Jenny Nevins
P.O. Box 272
Dayton, TN 37321

RE: Lease Analysis of 700 Manufacturers Road – Chattanooga, Tennessee

Dear Ms. Nevins:

In accordance with your request, I have inspected and photographed the BWS property located at 700 Manufacturers Road, Chattanooga, Tennessee. The purpose of this inspection was to render my opinion of a reasonable lease rate for the land and buildings as of today's date. Included within this report is the Assessor's description of the property, photographs, and comparable market data.

In my opinion, a prudent landlord or tenant would estimate rental rates by comparing the subject property to comparable rental properties (light industrial, flex space) in the Chattanooga area. As you know, the subject improvements were designed for a specific use and, as a result, are not easily compared to typical flex space. Accordingly, I have also given consideration to what an investor would expect as rent based on the overall value of the property.

Data on flex space ranges widely from approximately $4.00 per square foot to over $8.00 per square foot. After adjustments for overall appeal, location, excess land for truck parking and building condition, it is my opinion that a reasonable rental rate for the subject property would be $6.00 per square foot, triple net (tenant pays property taxes, insurance and maintenance as additional rent) which would translate into an approximate annual rental rate of $247,500.00 based on a building size of 41,222 square feet.

As mentioned above, another method of estimating rent would be to analyze the overall property value so that an annual net return on this asset could be calculated. In my opinion, a prudent investor for this property would recognize that the buildings have minimal value as the building value relates to overall land value. Reference is made to the attached comparable land sales which support an approximate value for the land (4.49 acres) of $3,912,000.00 @ $20.00 per square foot. This would translate into an annual rental rate income of $392,000.00.

In summary, a general range in net rental income would be from **$247,500.00 to approximately $392,000.00.**

**EXHIBIT A**

BWS-000626

Please let me know if I can provide any item in this report or be of further service.

Respectfully,

Henry Glascock
TNCG-1269

BWS-000627