BWS Properties, LLC,             )
                                 )

      *Plaintiff*,           )
                                 )

v.                         )      No. 1:24-CV-00029-KAC-CHS
                                 )

Airgas USA, LLC,             )
                                 )

      *Defendant*.         )
                                 )

---

## PLAINTIFF'S EXPERT DISCLOSURE

---

Plaintiff BWS Properties, LLC ("BWS"), pursuant to Fed. R. Civ. P. 26(a)(2), discloses the following expert witness who may be called to testify in this action under Fed. R. Evid. 702, 703, or 705:

> Nic Cornelison
> P&C Construction
> 1037 West Main Street
> Chattanooga, Tennessee 37402
> Telephone: (423) 493-0051[1]

Mr. Cornelison is disclosed in this action as an expert in the field of construction. His expert report will be served along with, and is adopted by and incorporated into, this disclosure.

Mr. Cornelison briefly attended the University of Tennessee before electing to complete the AGC STP Supervisory Training Program and PM Project Management Program. He has more than 25 years of experience in the construction field. He has worked on various types of commercial construction projects. Mr. Cornelison is a member of the Associated General Contractors of East Tennessee, Associated General Contractors of America, and American

---

[1] Mr. Cornelison may not be contacted except through counsel for BWS.

**EXHIBIT A**

Institute of Architects. In addition to engaging in construction, Mr. Cornelison has also served on the State of Tennessee Workforce Development Committee and currently serves as a Construction Management Committee Member for the University of Tennessee at Chattanooga. Mr. Cornelison's qualifications are further detailed in the *curriculum vitae* and other biographical information attached to this disclosure.

Mr. Cornelison is expected to testify in accordance with his expert report. Specifically, Mr. Cornelison will opine as follows:

- Based on the information provided and site walk through, as well as information from T.U. Parks, the identified costs associated with the necessary repairs are accurate, fair, and reasonable based on the known scopes of work.

- The Property was not preserved, maintained, or repaired in good working order.

Mr. Cornelison can be expected to respond to evidence and testimony presented by Defendant or other witnesses in a deposition or at trial. Mr. Cornelison may also testify in response to any additional information obtained in discovery (including deposition testimony), exhibits introduced as evidence, or materials prepared or used for demonstrative purposes by any witness. Mr. Cornelison's opinions are based, and his testimony will be based, on his training, experience, education, and review of appliable literature and case-specific materials identified specifically in his expert report. All of Mr. Cornelison's opinions are held to and based on a reasonable degree of certainty.

Mr. Cornelison's rates of compensation for his services as an expert in this matter are $250.00 per hour for both his analytical work and preparation of his expert report. Mr. Cornelison has testified as an expert at trial or by deposition in the past four years. BWS disclaims any duty to call any witness at trial by virtue of their identification in this disclosure. BWS reserves the right to supplement, amend, or revise this expert witness disclosure, and Mr. Cornelison reserves the right to supplement, amend, or revise his expert report in response to additional information

2

obtained during discovery (including depositions), in accordance with the Federal Rules of Civil

Procedure, or as otherwise permitted by this Court.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: *s/ Lynzi J. Archibald*
    Lynzi J. Archibald, TN BPR No. 030063
    Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
(423) 785-8406
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

***Counsel for Plaintiff BWS Properties, LLC***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

Mary Beth White
Peter C. Robison
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219
mbwhite@lewisthomason.com
probison@lewisthomason.com

This 13th day of May 2025.

**MILLER & MARTIN PLLC**

By: s/ *Lynzi J. Archibald*