**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:24-CV-29-KAC-CHS** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **AIRGAS USA, LLC,** | ) | **CHRISTOPHER H. STEGER** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT AIRGAS USA, LLC'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF UTILITIES AND EXPENSES INCURRED DURING THE ALLEGED HOLDOVER TENANCY

Defendant Airgas USA, LLC ("Defendant" or "Airgas"), by and through counsel, move this Honorable Court to exclude any evidence or testimony by Plaintiff BWS Properties, Inc. ("Plaintiff" or "BWS") of utilities or other property expenses incurred during the alleged holdover tenancy.

At the time of the filing of the Complaint, the largest single claim asserted by BWS was an alleged holdover tenancy claim. At the conclusion of proof, Airgas moved for summary judgment as to the holdover tenancy claim. *See* Memorandum of Law in Support of Airgas' Motion for Partial Summary Judgment, Docket Entry No. 30. In response to that Motion for Partial Summary Judgment, BWS made the following concession:

> Having plead in the alternative, BWS now withdraws its claim for damages associated with holdover tenancy. For the purposes of narrowing the issues to be decided, BWS also does not dispute that the relevant time period for damages is the final lease period of June 1, 2022, through June 1, 2023.

BWS' Response to Airgas' Motion for Partial Summary Judgment, Docket Entry No. 37, p. 8.

However, many of the exhibits identified in BWS' exhibit list appear to include utilities and similar property maintenance expenses for the year that BWS previously alleged was a

holdover tenancy. *See, e.g.*, BWS Exhibits Nos. 11-12, 55-59. Having withdrawn its claim for holdover tenancy, BWS should not be permitted to seek damages related to utilities, landscaping, and other property maintenance costs associated with that one-year period after Airgas' surrendered the property.

Respectfully submitted,

By:*/s/ Peter C. Robison*
Mary Beth White, BPR #24462
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
(615) 259-1366
mbwhite@lewisthomason.com
probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on June 19, 2026, a true and correct copy of the foregoing has been served on the following counsel of record through the Court's electronic filing system:

Lynzi J. Archibald, Esq.
Jessica M. Wolinsky, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN  37402
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*/s/ Peter C. Robison*
Peter C. Robison