**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S OMNIBUS MOTION IN LIMINE

Plaintiff BWS Properties, LLC ("BWS") hereby submits its Omnibus Motion in Limine in accordance with Fed. R. Civ. P. 30(d)(2) and 37, and requests that the Court prohibit Defendant Airgas USA, LLC ("Airgas"), either via pre-trial order or during trial as appropriate, from presenting evidence or testimony at trial (i) that contradicts or supplements the testimony offered by its designated corporate representatives  pursuant to Fed. R. Civ. P. 30(b)(6); and (ii) regarding settlement communications or documents protected from disclosure by Fed. R. Evid. 408.

## I.      Corporate Representative Testimony

On July 18, 2025, BWS filed a Motion in Limine and for Sanctions, asking the Court to prohibit Airgas from presenting evidence or testimony at trial that contradicts or supplements the testimony (or lack thereof) offered by its designated corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6). *See* Doc. 26. Following briefing and oral argument, the Court denied the motion **without** prejudice and confirmed that BWS could revive its motion in the future. *See* Doc. 36. Therefore, in accordance with the Court's Order, BWS hereby renews its Motion in Limine and incorporates the arguments made in that motion as if fully set forth herein.

## II. Settlement Communications

Pursuant to Federal Rule of Evidence 408,

> [e]vidence of the following is not admissible – on behalf of any party – either to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or a contradiction: (1) furnishing, promising, or offering – or accepting, promising to accept, or offering to accept – a valuable consideration in compromising or attempting to compromise the claim; and (2) conduct or a statement made during compromise negotiations about the claim . . . .

Succinctly, "Rule 408 prohibits admission of evidence of settlement offers and conduct or statements from settlement negotiations" for the purpose of "promot[ing] settlements, as well as exclude[ing] irrelevant or unreliable evidence." *Metro. Gov. of Nashville & Davidson Cnty. v. Youth Opportunity Invs., LLC*, No. 3:25-cv-00643, 2026 WL 688306, at *2 (M.D. Tenn. Mar. 11, 2026) (citing *Eid v. Saint-Gobain Abrasives, Inc.*, 377 F. App'x 438, 443-44 (6th Cir. 2010)); *see also Jackson v. O'Reilly Auto. Stores, Inc.*, 131 F. Supp. 3d 756, 762 (M.D. Tenn. 2015) ("'Rule 408 serves three purposes:' encouraging frank communications in furtherance of settlement talks, excluding irrelevant evidence, and eliminating unreliable evidence.") (citing *Eid*, 377 F. App'x at 444).

BWS anticipates that Airgas may attempt to present evidence, including but not limited to, letters, emails, oral statements, repair quotes, and/or testimony, that contain or represent settlement communications exchanged by and between the parties. Because this type of evidence is inadmissible pursuant to Rule 408, BWS requests that Airgas be prohibited from presenting any argument, testimony, or evidence at trial involving or relating to settlement communications and/or offers exchanged by the parties.

2

Respectfully submitted on this 22nd day of June 2026.

**MILLER & MARTIN PLLC**

By: /s/ *Jessica M. Wolinsky*
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

***Counsel for Plaintiff BWS Properties, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certify that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto, to ensure delivery to the following:

Mary Beth Haltom White, Esq.
Peter C. Robison, Esq.
1201 Demonbreun Street, Ste. 100
Nashville, TN 37203

This 22nd day of June 2026.

**MILLER & MARTIN PLLC**

By: /s/ *Jessica M. Wolinsky*

3