**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S DISCLOSURE OF COURTROOM TECHNOLOGY

Plaintiff BWS Properties, LLC, pursuant to the First Amended Scheduling Order (Doc. 53), submits this disclosure of the technology it intends to use in the courtroom during the trial of this matter.

(1)     Plaintiff intends to bring the following technology into the courtroom for use during trial:

(a)     Laptop computers;

(b)     Laptop charging cables;

(c)     Extension cords;

(d)     HDMI cables and any necessary adaptors;

(e)     Mouse devices;

(f)     Wi-Fi hotspot devices;

(g)     Plaintiff's counsel's cellular telephones, in compliance with E.D. Tenn. L.R. 83.1(c); and

(h)     A technology table.

(2)	Plaintiff intends to use the following court-supplied equipment during trial:

(a)	The Court's presentation technology, to display evidence to the Court, by utilizing the HDMI and VGA cables provided in the courtroom to connect to Plaintiff's counsel's computers; and

(b)	The Court's document camera/projector (ELMO).

Respectfully submitted on this 22nd day of June 2026.

**MILLER & MARTIN PLLC**

By:  */s/ Jessica M. Wolinsky*
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8293
lynzi.archibald @millermartin.com
jessica.wolinsky@millermartin.com

***Counsel for Plaintiff BWS Properties, LLC***

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

This 22nd day of June 2026.

By:  */s/ Jessica M. Wolinsky*

2