**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-00029 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| AIRGAS USA, LLC, | ) | Non-Jury |
| | ) | |
| Defendant. | ) | |

---

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE UNPLED RELEASE DEFENSE**

---

Plaintiff BWS Properties, LLC ("BWS") moves under Federal Rule of Civil Procedure 8(c)(1) to preclude Defendant Airgas USA, LLC ("Airgas") from asserting at trial that BWS released its claims by countersigning Airgas's February 6, 2023 lease termination letter. Airgas did not plead release in its Answer, disclose it in discovery, or raise it at the summary judgment stage. Instead, this defense was raised for the first time in Airgas's Proposed Findings of Fact and Conclusions of Law. *See* Docs. 76, 77. It is therefore waived.

## I. The February Letter

On February 6, 2023, Airgas sent BWS a letter giving notice that it would not renew the lease and that the lease would terminate on May 31, 2023. *See* **Ex. A**, BWS-000059 (the "February Letter"). The February Letter stated that "Tenant shall surrender the Premises to Landlord pursuant to the terms of Section 20 of the Lease." *Id.* It then stated that, "[n]otwithstanding the Lease terms, neither party shall have any further responsibility to each other regarding the Lease and/or the Premises after the Termination Date, and the parties hereby mutually release and discharge each

other from any and all claims, liabilities, charges and obligations that exist or may have existed between them." *Id.* BWS's manager, Jenny Nevans, countersigned and returned the February Letter the next day, writing in her cover email, "I'm sure there will be details to discuss." *See* **Ex. B**, BWS-000069.

## II. Airgas's Failure to Assert Release

Airgas did not assert the affirmative defense of release in its Answer, which was filed on February 22, 2024, lists eight affirmative and other defenses, *see* Doc. 13 at 8–9, and was never amended. Similarly, in response to BWS's interrogatory requesting that Airgas state the basis of each affirmative defense, Airgas stated on December 20, 2024, only that its defenses "speak for themselves." *See* **Ex. C**, Airgas Resp. to Interrog. 15.[1] Airgas' motion for partial summary judgment, filed July 22, 2025, also did not raise the issue of a purported release. *See* Docs. 29, 30. Airgas first asserted that BWS released Airgas from any claims it may have had via the February Letter in Proposed Findings of Fact and Conclusions of Law submitted June 19, 2026. *See* Doc. 76, ¶ 23; Doc. 77, ¶ 4.

## III. Applicable Law

Release is an affirmative defense that must be stated in a responsive pleading. Fed. R. Civ. P. 8(c)(1); *see also Ottenheimer Publishers, Inc. v. Regal Publishers, Inc.*, 626 S.W.2d 276, 279 (Tenn. Ct. App. 1981) (agreeing that "release is an affirmative defense that must be pleaded by answer."). "As a general rule, failure to plead an affirmative defense results in a waiver of that

[1] Though Airgas supplemented its discovery responses on or around April 22, 2025, its response to this Interrogatory remained the same.

defense." *Old Line Life Ins. Co. of Am. v. Garcia*, 418 F.3d 546, 550 (6th Cir. 2005). Because Airgas failed to timely assert the affirmative defense of release, this defense has been waived.[2]

BWS therefore respectfully requests that the Court preclude Airgas from offering any evidence, testimony, or argument that BWS released its claims by countersigning the February Letter, as Airgas has waived this affirmative defense by failing to timely assert it.

Respectfully submitted on this 16th day of October 2026.

**MILLER & MARTIN PLLC**

By: /s/ Lynzi J. Archibald
Lynzi J. Archibald, TN BPR No. 30063
Jessica M. Wolinsky, TN BPR No. 039785
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
Fax: (423) 785-8480
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*Counsel for Plaintiff BWS Properties, LLC*

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

MILLER & MARTIN PLLC

By: /s/ Lynzi J. Archibald

[2] In the alternative, if Airgas is permitted to assert the affirmative defense of release, BWS asserts that this defense fails for a number of reasons, including but not limited to because the purported release was executed in February 2023, months prior to the end of Airgas's tenancy at the Property and because it was contingent upon Airgas subsequently surrendering the Property in accordance with Section 20 of the Lease (which did not occur). BWS reserves the right to assert additional arguments in opposition to the release defense at trial should the Court find that it has not been waived.