Airgas
an Air Liquide company

February 6, 2023

**VIA Overnight Mail**

BWS Properties, LLC
Attention: Jenny Nevans
Post Office Box 272
Dayton, TN 37321

RE: Industrial Building Lease effective June 1, 2022 ("Lease").
BWS Properties, LLC ("Landlord")
Airgas USA, LLC ("Tenant")
**700 Manufacturer's Road, Chattanooga, TN 37405 ("Premises")**

Dear Ms. Nevans,

Pursuant to Section 1.10 of the Lease, this letter shall serve as notice to Landlord that Tenant elects to not renew the Lease. This letter satisfies the required ninety (90) days' notice and the Lease shall terminate on May 31, 2023 (the "Termination Date"). On the Termination Date, Tenant and Landlord acknowledge that Tenant shall surrender the Premises to Landlord pursuant to the terms of Section 20 of the Lease. Tenant shall also surrender all keys in its possession to the Landlord for the Premises. Notwithstanding the Lease terms, neither party shall have any further responsibility to each other regarding the Lease and/or the Premises after the Termination Date, and the parties hereby mutually release and discharge each other from any and all claims, liabilities, charges and obligations that exist or may have existed between them.

Please indicate your acknowledgement and agreement by executing below. Upon execution, please email a copy to Dawn.VanDyke@Airgas.com

Sincerely,

Colin T. Donato
CFO - South Division
Airgas USA, LLC

Acknowledged & Accepted:
BY: ____
Name: Jennifer B Nevans
Date: 2-7-23

Cc: Evan A Allison
Miller & Martin PLLC

EXHIBIT A

Lease renewal

**Jennifer Nevans** <bwsproperties@gmail.com>
to Dawn

Tue, Feb 7, 2023, 4:48 PM

Dawn, I got the letter from Mr. Donato today. I hate to see Airgas leave, you have been a good tenant over the years. I acknowledge and agree with the decision not to renew. I have attached the executed notice as requested. I'm sure there will be details to discuss, please feel free to call anytime. Thanks, Jenny

--
*Jenny Nevans*
*BWS Properties*
*423-413-3834*

**One attachment** • Scanned by Gmail




IMG_20230207_0...

Reply    Forward



EXHIBIT B

BWS-000069

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | **NO. 1:24-CV-29-KAC-CHS** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE KATHERINE A. CRYTZER** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **AIRGAS USA, LLC,** | ) | **CHRISTOPHER H. STEGER** |
| | ) | |
| **Defendant.** | ) | **JURY DEMAND** |

**DEFENDANT AIRGAS USA, LLC'S RESPONSES TO THE FIRST INTERROGATORIES PROPOUNDED BY PLAINTIFF BWS PROPERTIES, LLC**

Defendant Airgas USA, Inc. ("Airgas") hereby responds to the First Interrogatories propounded by Plaintiff BWS Properties, LLC ("BWS").

As an initial matter, Airgas objects to the lengthy definitions and instructions that precede the interrogatories to the extent that such definitions and instructions seek to impose obligations beyond those set forth in the Federal Rules of Civil Procedures. Without waiving that general objection, Airgas responds to the interrogatories as follows:

**INTERROGATORIES**

1. State the name and residential address or principal place of business of each member of Airgas USA, LLC and, if any member is an LLC, state the name and residential address or principal place of business of each of their members.

**RESPONSE: Airgas, Inc.,**
**259 N. Radnor Chester Road, Suite 100**
**Radnor, PA 19087**

2. State whether you have been a party to any legal proceedings (including court actions, arbitrations, and investigations by government or regulatory agencies) in the last ten (10) years. If so, provide the following information:

EXHIBIT C

which the request was made; (ii) the person to whom you submitted the request; (iii) the person that made the request; (iv) the content of the response to your request; and (v) the manner in which the request was made (i.e., text message, email, telephone call, letter, etc.).

**RESPONSE: See written communications produced in Airgas' document production.**

13. Identify each person you expect to call as a witness at the trial of this lawsuit and, for each, state their name, contact information, and the subject matter of their anticipated testimony

**RESPONSE: Defendant has not yet made a determination regarding expert witnesses.**

14. With reference to each person whom you expect to call as an expert witness at the trial on this matter, please state:

a. Each such expert's name, address, occupation, and qualifications;
b. The subject matter on which each such expert is expected to testify;
c. A complete statement of all opinions the witness will express and the basis and reasons for those opinions;
d. The facts or data considered by the witness in forming his or her opinions;
e. A list of all publications authored by the expert in the previous ten (10) years;
f. A list of all other cases in which, during the previous four (4) years, the expert testified as an expert at trial or by deposition; and
g. A statement of the compensation to be paid to the expert for his or her study and testimony in the case.

**RESPONSE: Defendant has not yet made a determination regarding expert witnesses.**

15. For each affirmative defense you assert in this lawsuit, if any, state the bases for the defense and identify all facts and documents which you rely upon in support of the defense.

**RESPONSE: Objection: this interrogatory is vague and overly broad. Additionally,**

**discovery is not yet complete, and Defendant has not yet been permitted to inspect the premises. Without waiving those objections, the affirmative defenses asserted in Defendant's Answer speak for themselves.**

16. State the name, title, address, and telephone number of all persons who participated in or contributed to the drafting of your answers to these Interrogatories.

**RESPONSE: Dawn Van Dyke, with the assistance of counsel.**

## VERIFICATION OF ANSWERS TO INTERROGATORIES

I, **DAWN VAN DYKE**, certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the authorized representative for Airgas USA, LLC, and that while I do not have personal knowledge of all of the facts recited in the foregoing answers to Interrogatories, the said answers are true to the best of my knowledge and belief based upon the information made available to me; and therefore, the foregoing answers to Interrogatories are verified on behalf of Airgas USA, LLC, in this litigation.

**Airgas USA, LLC**

Dawn Van Dyke ______________________

**DAWN VAN DYKE**
Real Estate Manager, South Division

Date: 12/20/2024

LEWIS THOMASON, P.C.

By:s/*Peter C. Robison*
Mary Beth White, BPR #24462
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
mbwhite@lewisthomason.com
probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing RESPONSES TO FIRST INTERROGATORIES PROPOUNDED BY PLAINTIFF BWS PROPERTIES, LLC has been served on the following counsel of record via email and U.S. Mail:

Lynzi J. Archibald, Esq.
Jessica M. Wolinsky, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

This the 20th day of December, 2024.

s/*Peter C. Robison*
Peter C. Robison