**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:24-CV-29-KAC-CHS** |
| **v.** | ) | |
| | ) | **JUDGE CHRISTOPHER H.** |
| **AIRGAS USA, LLC,** | ) | **STEGER** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT AIRGAS USA, LLC'S MOTION TO ASCERTAIN STATUS**

Defendant Airgas USA, LLC ("Airgas" or "Defendant") by and through counsel, hereby files this Motion to Ascertain Status of its pending Motion to Alter or Amend the denial of its Motion for Summary Judgment as to all claims asserted by Plaintiff BWS Properties, LLC ("BWS" or "Plaintiff").

As grounds for this Motion, Defendant would show that on April 28, 2026, it filed a Motion to Alter or Amend (Docket Entry No. 61) the Order of the Court (Docket Entry No. 60) denying Airgas' Motion for Partial Summary Judgment (Docket Entry No. 29).

This matter is set for trial beginning November 17, 2026. An order on the pending Motion would benefit the parties as they make plans for scheduling witnesses and preparing their joint lists of exhibits to include in the Final Pretrial Order. A ruling on the pending Motion to Alter or Amend would provide clarity to the parties as to which exhibits and witnesses will be necessary to introduce or call at trial, and may serve to eliminate the need to call certain witnesses and exhibits on both Plaintiffs' and Defendant's witness and exhibit lists.

Respectfully submitted,

By: */s/ Peter C. Robison*

Mary Beth White, BPR #24462
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
(615) 259-1366
mbwhite@lewisthomason.com
probison@lewisthomason.com

*Attorneys for Defendant Airgas USA, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on October 27, 2026, a true and correct copy of the foregoing has been served on the following counsel of record through the Court's electronic filing system:

Lynzi J. Archibald, Esq.
Jessica M. Wolinsky, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*/s/ Peter C. Robison*
Peter C. Robison