IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | NO. 1:24-CV-29-KAC-CHS |
| | ) | |
| Plaintiff, | ) | JUDGE KATHERINE A. CRYTZER |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| AIRGAS USA, LLC, | ) | CHRISTOPHER H. STEGER |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**AFFIDAVIT OF RECORDS CUSTODIAN**

I, Larry Sparks, as the Custodian of Records for T.U. Parks Construction Co first being duly sworn, state as follows:

1. I am over the age of 18 and have personal knowledge of the information contained in this affidavit.

2. I am the duly authorized Custodian of Records for TU Parks Construction and have authority to certify said records.

3. Attached hereto are Eight Documents via Link ~~pages of records~~ concerning Airgas. These records are true and correct copies of the records.

4. The attached records were prepared by professionals associated with TU Parks Construction Co, or by persons acting under their direction and control and were made and kept in the ordinary course of business. These records were made at or near the time of the acts, conditions or events recorded by or from information transmitted by, persons with knowledge of those matters.

5. The reasonable copying cost for these records is $ N/C For Electronic Files.

Further, affiant sayeth not.

**EXHIBIT A**

Signature of Affiant
Custodian of Records

STATE OF Tennessee ]
]
COUNTY OF Hamilton ]

Sworn to and subscribed before me this 23rd day of May, 2024.

Notary Public

My Commission Expires: My Commission Expires November 8, 2026

IVY GAUSTAD
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/20/2024
CT Log Number 546457602

## Service of Process Transmittal Summary

**TO:** Zach Vaughn, Accountant
T. U. Parks Construction Company
1207 E. 23RD STREET
CHATTANOOGA, TN 37408-2304

**RE:** **Process Served in Tennessee**

**FOR:** T. U. Parks Construction Company (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BWS PROPERTIES, LLC vs. AIRGAS USA, LLC |
| **CASE #:** | 124CV29KACCHS |
| **NATURE OF ACTION:** | Subpoena - Business records |
| **PROCESS SERVED ON:** | C T Corporation System, Knoxville, TN |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 05/20/2024 |
| **JURISDICTION SERVED:** | Tennessee |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air<br>Image SOP<br>Email Notification, Zach Vaughn z.vaughn@tuparks.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>300 Montvue RD<br>Knoxville, TN 37919<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

LT
LEWIS THOMASON
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219

CERTIFIED MAIL®

9589 0710 5270 0138 7756 00




FIRST-CLASS

T.U. Parks Construction Co.
C/o: CT Corporation System
300 Montvue Road
Knoxville, Tennessee 37919

3791935510 C010

LEWIS THOMASON

LEWIS THOMASON, P.C.
424 Church St. Suite 2500
Nashville, TN 37219
T: (615) 259-1366 F: (615) 259-1389

**Clinton Poteet**
DL: 615-574-6735
cpoteet@lewisthomason.com

May 14, 2024

***SENT VIA CERTIFIED MAIL***

T.U. Parks Construction Co.
C/o: CT Corporation System
300 Montvue Road
Knoxville, Tennessee 37919

**RE: SUBPOENA FOR RECORDS**
**BWS Properties, LLC v. Airgas USA, LLC**
**United States District Court; Eastern District of Tennessee;**
**Docket No.: 1:24-CV-00029-KAC-CHS**

Dear Sir/Madam:

We represent the Defendant, Airgas USA, LLC, in a civil lawsuit filed by Plaintiff, BWS Properties, LLC, in the United States District Court, Eastern District of Tennessee, Docket No.: 1:24-00029-KAC-CHS. Enclosed please find an issued Subpoena Duces Tecum that is hereby served on T.U. Construction Co.

In order to be completed, we would ask that you please forward copies of the following items:

- All documents or records related to or supporting the "Preliminary Budget Breakdown" dated June 15, 2023 (attached as Exhibit A), and
- "Construction Budget Breakdown" dated June 16, 2023 (attached as Exhibit B) created by T.U. Parks Construction, including subcontractor or supplier quotes or bids, photographs of the premises located at 700 Manufacturers Road in Chattanooga, measurements taken or used to calculate amounts, calculations used to create line items in the budgets, communications to/from any representative or agent of BWS Properties, LLC or any other records used to create those budgets.

If there is a copying charge, please forward us your statement and we will gladly remit same. Furthermore, we request that these records be produced to our attention no later than **Tuesday, May 28 2024.**

**Enclosed please find an Affidavit of Custodian of Records for your signature certifying that the copies of the records are a true and correct copy of the subpoenaed records. This Affidavit is needed in order to enter these records at trial and to avoid having you subpoenaed for the trial.**

Pursuant to Fed. R. Civ. P. 45(a)(4), please be advised that Plaintiff's counsel has been copied on this correspondence and Plaintiff's counsel has received a copy of this subpoena prior to your receiving of same.

Thank you for your attention to this matter. In lieu of appearing, please mail the records and the executed Affidavit herein to my attention at the address listed above. Should you have any questions or need additional information, please do not hesitate to contact me via email at cpoteet@lewisthomason.com; or, by direct telephone at (615) 574-6735.

Yours truly,

LEWIS THOMASON, P.C.

Clinton Poteet
Litigation Paralegal to Attorney Mary Beth White

/cp

Cc:

Attachments/Enclosures

Mary Beth White, Esq. (via e-mail with attachments)
Peter C. Robinson, Esq. (via e-mail with attachments)
Lynzi J. Archibald, Esq. (via e-mail with attachments)
Jessica M. Wolinsky, Esq. (via e-mail with attachments)
Deanna Allen (via e-mail with attachments)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

BWS PROPERTIES, LLC

*Plaintiff*

AIRGAS USA, LLC

*Defendant*

Civil Action No. 1:24-CV-29-KAC-CHS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: T.U. Parks Construction Co., c/o CT Corporation System, 300 Monvue Road, Knoxville, TN 37919-5546

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached list.

| Place: Lewis Thomason, P.C.<br>424 Church Street, Suite 2500<br>Nashville, TN 37219 | Date and Time:<br>May 28, 2024 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 13, 2024

*CLERK OF COURT*

_______________________ OR [signature]

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* AIRGAS USA, INC, who issues or requests this subpoena, are:

Mary Beth White and Peter C. Robison, 424 Church Street, Suite 2500, Nashville, TN 37219, mbwhite@lewisthomason.com, probison@lewisthomason.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:24-CV-29-KAC-CHS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ____________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________

______________________________________________________________

______________________________ on *(date)* ____________ ; or

☐ I returned the subpoena unexecuted because: ______________________

______________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## LIST OF DOCMENTS TO PRODUCE

All documents or records related to or supporting the "Preliminary Budget Breakdown" dated June 15, 2023 (attached as Exhibit A), and "Construction Budget Breakdown" dated June 16, 2023 (attached as Exhibit B) created by T.U. Parks Construction, including subcontractor or supplier quotes or bids, photographs of the premises located at 700 Manufacturers Road in Chattanooga, measurements taken or used to calculate amounts, calculations used to create line items in the budgets, communications to/from any representative or agent of BWS Properties, LLC, or any other records used to create those budgets.

**Parks**
T.U. Parks Construction Co.

**Preliminary Budget Breakdown**
**700 Manufacturers Rd Bldgs 1 & 2**
**06/15/2023**

| *Item #* | *Description* | *Scheduled Value* | *Notes* |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $ 45,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $ 1,300.00 | |
| 3 | Cleanup and Dumpster Rental | $ 2,452.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $ 2,000.00 | |
| 6 | Equipment Rental and Tools | $ 500.00 | |
| | **General Conditions** | **$ 51,852.00** | |
| 7 | Demolition | $ 1,600.00 | |
| | **Demolition** | **$ 1,600.00** | |
| 8 | Vanities with sink Tops | $ 537.00 | Allowance |
| 9 | Misc. Carpentry Work | $ 2,300.00 | |
| | **Wood and Plastics** | **$ 2,837.00** | |
| 10 | Replace 3 Doors and Hardware | $ 1,500.00 | Allowance |
| 11 | Replace one Garage Door | $ 2,485.00 | Add $5,808 to replace the other 2 garage doors |
| 12 | Replace Glass In One Window | $ 400.00 | Allowance |
| | **Openings** | **$ 4,385.00** | |
| 13 | Acoustical Ceiling Building 1 | $ 4,852.00 | |
| 14 | Acoustical Ceiling Building 2 | $ 2,429.00 | |
| 15 | Strip and Wax Existing VCT Building 1 | $ 2,250.00 | |
| 16 | Strip and Wax Existing VCT Building 2 | $ 225.00 | |
| 17 | Rubber Base Building 1 | $ 1,028.00 | |
| 18 | Rubber Base Building 2 | $ 286.00 | |
| 19 | Epoxy Floor at Showroom | $ 22,385.00 | Deduct $7,801 to use LVT in lieu of the epoxy paint. |
| 20 | Painting Building 1 | $ 27,862.00 | |
| 21 | Painting Building 2 | $ 3,465.00 | |
| | **Finishes** | **$ 64,782.00** | |
| 22 | Plumbing Package | $ 9,975.00 | |
| 23 | Window Unit in Office | $ 600.00 | Allowance |
| | **Plumbing and Mechanical** | **$ 10,575.00** | |
| 24 | Electrical Package | $ 13,890.00 | |
| | **Electrical** | **$ 13,890.00** | |
| 25 | Asphalt Paving and Striping | $ 183,090.00 | |
| | **Exterior Improvements** | **$ 183,090.00** | |

| | | |
|---|---|---|
| **Total Budget Estimate** | **$ 333,011.00** | |
| Contingency @ 5% | $16,651 | |
| Gross Receipts Tax and GL Insurance | $3,840 | |
| Contractor Fee @ 10% | $33,685 | |
| **Total Budget Cost** | **$ 387,186.26** | |

**EXHIBIT A**

**Parks**
T.U. Parks Construction Co.

**Construction Budget Breakdown**
**700 Manufacturers Rd Bldg 3**
**06/16/2023**

| Item # | Description | Scheduled Value | Notes |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $33,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $600.00 | |
| 3 | Cleanup and Dumpster Rental | $1,436.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $1,500.00 | |
| 6 | Equipment Rental and Tools | $375.00 | |
| | General Conditions | $ 37,511.00 | |
| 7 | Demolition | $4,000.00 | |
| | Demolition | $ 4,000.00 | |
| 8 | Patch Masonry Where Missing at Window | $3,000.00 | Allowance |
| | Masonry | $ 3,000.00 | |
| 9 | Misc. Carpentry Work | $2,300.00 | |
| | Rough Carpentry | $ 2,300.00 | |
| 10 | Replace 7 Doors, Frames and Hardware | $12,920.08 | Allowance |
| 11 | Rolling Sheet Garage Door | $4,530.00 | |
| 12 | 12 New Storefront Windows | $12,000.00 | Allowance |
| | Openings | $ 29,450.08 | |
| 13 | Painting Building 3 | $46,524.00 | |
| | Finishes | $ 46,524.00 | |
| 14 | Replace Toilet, Sink and Water Heater | $3,989.00 | |
| | Plumbing and Mechanical | $ 3,989.00 | |

| | | |
|---|---|---|
| Total Construction Estimate | $ 126,774.08 | |
| Contingency @ 5% | $6,339 | |
| Gross Receipts Tax and GL Insurance | $1,462 | |
| Contractor Fee @ 10% | $12,824 | |
| Total Estimated Cost | $ 147,398.10 | |

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | ) | NO. 1:24-CV-29-KAC-CHS |
| | ) | |
| Plaintiff, | ) | JUDGE KATHERINE A. CRYTZER |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| AIRGAS USA, LLC, | ) | CHRISTOPHER H. STEGER |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**AFFIDAVIT OF RECORDS CUSTODIAN**

I, ______________________________, as the Custodian of Records for ____________________________________________ first being duly sworn, state as follows:

1. I am over the age of 18 and have personal knowledge of the information contained in this affidavit.

2. I am the duly authorized Custodian of Records for __________________ and have authority to certify said records.

3. Attached hereto are _____ pages of records concerning ________________________________. These records are true and correct copies of the records.

4. The attached records were prepared by professionals associated with ____________________________, or by persons acting under their direction and control and were made and kept in the ordinary course of business. These records were made at or near the time of the acts, conditions or events recorded by or from information transmitted by, persons with knowledge of those matters.

5. The reasonable copying cost for these records is $__________.

Further, affiant sayeth not.

______________________________________

Signature of Affiant
Custodian of Records

STATE OF __________________________ ]
]
COUNTY OF ________________________ ]

Sworn to and subscribed before me this _____ day of ____________________, 2024.

______________________________________

Notary Public

My Commission Expires:___________________


Case 1:24-cv-00029-CHS Document 86-1 Filed 10/30/26 Page 13 of 28 PageID #: 893
TU Parks Construction Co.000013

Case 1:24-cv-00029-CHS Document 86-1 Filed 10/30/26 Page 14 of 28 PageID #: 894



| CODE | LINE | DESCRIPTION | TAKEOFF QUANTITY | LABOR UNIT COST | LABOR AMOUNT | MATERIAL UNIT COST | MATERIAL AMOUNT | SUB UNIT COST | SUB AMOUNT | OTHER UNIT COST | OTHER AMOUNT | TOTAL AMOUNT | COMMENTS | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 006113 | 3 | **Insurance and Bonds** | | | | | | | | | | $0.00 | | |
| | 4 | Builders Risk | 1 LS | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | |
| | 5 | P&P Bonds | 1 LS | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | |
| 011100 | 6 | **Project Administration** | | | | | | | | | | $45,600.00 | | |
| | 7 | Superintendent | 8 Weeks | $3,600.00 | $28,800.00 | | $0.00 | | $0.00 | | $0.00 | $28,800.00 | | |
| | 8 | Project Management | 8 Weeks | | $0.00 | | $0.00 | | $0.00 | $1,200.00 | $9,600.00 | $9,600.00 | | |
| | 9 | Submittal Coordinator and Closeout | 2 Weeks | | $0.00 | | $0.00 | | $0.00 | $400.00 | $800.00 | $800.00 | | |
| | 10 | Job Specific Accounting and Administration | 8 Weeks | | $0.00 | | $0.00 | | $0.00 | $800.00 | $6,400.00 | $6,400.00 | | |
| 015000 | 11 | **Temporary Facilities** | | | | | | | | | | $1,300.00 | | |
| | 12 | Construction Power Usage | 2.0 MO | | $0.00 | | By Owner | | $0.00 | | $0.00 | By Owner | | |
| | 13 | Construction Water Usage | 2.0 MO | | $0.00 | | By Owner | | $0.00 | | $0.00 | By Owner | | |
| | 14 | Construction Office Consumables | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $200.00 | $400.00 | $400.00 | | |
| | 15 | Temporary Job Sanitary Facilities | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $200.00 | $400.00 | $400.00 | | |
| | 16 | Contractor Signage | 1 LS | | $0.00 | | $0.00 | | $0.00 | $500.00 | $500.00 | $500.00 | | |
| 015300 | 17 | **Construction Cleaning** | | | | | | | | | | $2,452.00 | | |
| | 18 | General Construction Dumpster - Rent | 2 MO/EA | | $0.00 | | $0.00 | | $0.00 | $120.00 | $240.00 | $240.00 | | |
| | 19 | General Construction Dumpster - Pull | 1 MO/Pulls | | $0.00 | | $0.00 | | $0.00 | $420.00 | $420.00 | $420.00 | | |
| | 20 | General Cleanup Labor | 8 Weeks | $224.00 | $1,792.00 | | $0.00 | | $0.00 | | $0.00 | $1,792.00 | | |
| 015400 | 21 | **Permits** | | | | | | | | | | $0.00 | | |
| | 22 | Chattanooga Building Permit | 1 LS | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 015500 | 23 | **Safety & Protection** | | | | | | | | | | $2,000.00 | | |
| | 24 | General First Aid Supplies | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $100.00 | $200.00 | $200.00 | | |
| | 25 | General Construction Signage | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $100.00 | $200.00 | $200.00 | | |
| | 26 | Safety Inspection & Reporting | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $550.00 | $1,100.00 | $1,100.00 | | |
| | 27 | General Safety Supplies | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $250.00 | $500.00 | $500.00 | | |
| 015600 | 28 | **Equipment Rentals / TUP Owned** | | | | | | | | | | $500.00 | | |
| | 29 | Small Tool Package | 2.0 MO | | $0.00 | | $0.00 | | $0.00 | $250.00 | $500.00 | $500.00 | | |
| 022000 | 30 | **Demolition** | | | | | | | | | | $1,600.00 | | |
| | 31 | Demolition | 1 LS | $1,600.00 | $1,600.00 | | $0.00 | | $0.00 | | $0.00 | $1,600.00 | | |
| 064100 | 32 | **Interior Architectural Woodwork** | | | | | | | | | | $2,837.00 | | |
| | 33 | Vanities with sink Tops | 2 EA | $50.00 | $100.00 | $218.50 | $437.00 | | $0.00 | | $0.00 | $537.00 | Allowance | |
| | 34 | Misc. Carpentry Work | 1 LS | $2,000.00 | $2,000.00 | $300.00 | $300.00 | | $0.00 | | $0.00 | $2,300.00 | | |
| 081000 | 35 | **Doors/Frames/Hardware** | | | | | | | | | | $3,985.00 | | |
| | 36 | Replace 3 doors and hardware | 1 LS | $600.00 | $600.00 | $900.00 | $900.00 | | $0.00 | | $0.00 | $1,500.00 | Allowance | LVT in Showroom |
| | 37 | Replace one Garage Door | 1 EA | | $0.00 | | $0.00 | $2,485.00 | $2,485.00 | | $0.00 | $2,485.00 | Access Garage Door | |
| 084100 | 38 | **Glazing** | | | | | | | | | | $400.00 | | |
| | 39 | Replace Glass in Window | 1 EA | | $0.00 | | $0.00 | $400.00 | $400.00 | | $0.00 | $400.00 | Joe Hailey Verbal | |
| 092900 | 40 | **Gypsum Board** | | | | | | | | | | $7,281.00 | | |
| | 41 | Acoustical Ceiling Building 1 | 1 LS | | $0.00 | | $0.00 | $4,852.00 | $4,852.00 | | $0.00 | $4,852.00 | | |
| | 42 | Acoustical Ceiling Building 2 | 1 LS | | $0.00 | | $0.00 | $2,429.00 | $2,429.00 | | $0.00 | $2,429.00 | | |

TU Parks Construction Co.000014

| CODE | LINE | DESCRIPTION | TAKEOFF QUANTITY | LABOR UNIT COST | LABOR AMOUNT | MATERIAL UNIT COST | MATERIAL AMOUNT | SUB UNIT COST | SUB AMOUNT | OTHER UNIT COST | OTHER AMOUNT | TOTAL AMOUNT | COMMENTS | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 096500 | 43 | **Flooring** | | | | | | | | | | $3,789.00 | | |
| | 44 | Strip and Wax Existing VCT Building 1 | 1 LS | | $0.00 | | $0.00 | $2,250.00 | $2,250.00 | | $0.00 | $2,250.00 | | $14,584.00 |
| | 45 | Strip and Wax Existing VCT Building 2 | 1 LS | | $0.00 | | $0.00 | $225.00 | $225.00 | | $0.00 | $225.00 | | |
| | 46 | Rubber Base Building 1 | 1 LS | | $0.00 | | $0.00 | $1,028.00 | $1,028.00 | | $0.00 | $1,028.00 | | |
| | 47 | Rubber Base Building 2 | 1 LS | | $0.00 | | $0.00 | $286.00 | $286.00 | | $0.00 | $286.00 | | |
| 099100 | 48 | **Painting** | | | | | | | | | | $53,712.00 | | |
| | 49 | Epoxy Floor at Showroom | 1 LS | | $0.00 | | $0.00 | $22,385.00 | $22,385.00 | | $0.00 | $22,385.00 | Pro-Coat | |
| | 50 | Painting Building 1 | 1 LS | | $0.00 | | $0.00 | $27,862.00 | $27,862.00 | | $0.00 | $27,862.00 | Pro-Coat | |
| | 51 | Painting Building 2 | 1 LS | | $0.00 | | $0.00 | $3,465.00 | $3,465.00 | | $0.00 | $3,465.00 | Pro-Coat | |
| 221000 | 52 | **Plumbing Systems** | | | | | | | | | | $9,975.00 | | |
| | 53 | Plumbing Package | 1 LS | | $0.00 | | $0.00 | $9,975.00 | $9,975.00 | | $0.00 | $9,975.00 | | |
| 231000 | 54 | **HVAC Systems** | | | | | | | | | | $600.00 | | |
| | 55 | Window Unit in Office | 1 LS | $200.00 | $200.00 | $400.00 | $400.00 | | $0.00 | | $0.00 | $600.00 | Allowance | |
| 261000 | 56 | **Electrical and Low Voltage** | | | | | | | | | | $13,890.00 | | |
| | 57 | Change out approx. 45 light fixtures | 1 LS | | $0.00 | | $0.00 | $13,890.00 | $13,890.00 | | $0.00 | $13,890.00 | Triad | |
| 321000 | 58 | **Exterior Improvements** | | | | | | | | | | $183,090.00 | | |
| | 59 | Asphalt Patching | 1 LS | | $0.00 | | $0.00 | $183,090.00 | $183,090.00 | | $0.00 | $183,090.00 | Weeks Paving | |
| | | | | | $35,092.00 | | $2,037.00 | | $274,622.00 | | $21,260.00 | | | $14,584.00 |

TU Parks Construction Co.000015

| CODE | LINE | DESCRIPTION | TAKEOFF QUANTITY | LABOR UNIT COST | LABOR AMOUNT | MATERIAL UNIT COST | MATERIAL AMOUNT | SUB UNIT COST | SUB AMOUNT | OTHER UNIT COST | OTHER AMOUNT | TOTAL AMOUNT | COMMENTS | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | $16,042.40 |
| | | **Labor Cost Total** | **$35,092** | | | | | | | | | | | |
| | | **Material Cost Total** | **$2,037** | | | | | | | | | | | |
| | | **Subcontractor Cost Total** | **$274,622** | | | | | | | | | $ 333,011.00 | | |
| | | **Other Cost Total** | **$21,260** | | | | | | | | | $ 333,011.00 | | |
| | | **Project Projected Cost =** | **$333,011** | | | | | | | | | WONDERFUL | | |
| | | **Contingency @ 5%** | **$16,651** | | | | | | | | | $ - | | |
| | | **Gross Receipt Tax @ 0.40% =** | **$1,332** | | | | | | | | | | | |
| | | **Contractor GL @ 0.75% =** | **$2,508** | | | | | | | | | | | |
| | | **Contractor Fee @ 10% =** | **$33,685** | | | | | | | | | | | |
| | | **Construction Estimate =** | **$387,186** | | | | | | | | | | | |

TU Parks Construction Co.000016

**Parks**
T.U. Parks Construction Co.

Preliminary Budget Breakdown
700 Manufacturers Rd Bldgs 1 & 2
6/15/2023

| *Item #* | *Description* | *Scheduled Value* | *Notes* |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $ 45,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $ 1,300.00 | |
| 3 | Cleanup and Dumpster Rental | $ 2,452.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $ 2,000.00 | |
| 6 | Equipment Rental and Tools | $ 500.00 | |
| | **General Conditions** | **$ 51,852.00** | |
| 7 | Demolition | $ 1,600.00 | |
| | **Demolition** | **$ 1,600.00** | |
| 8 | Vanities with sink Tops | $ 537.00 | Allowance |
| 9 | Misc. Carpentry Work | $ 2,300.00 | |
| | **Wood and Plastics** | **$ 2,837.00** | |
| 10 | Replace 3 Doors and Hardware | $ 1,500.00 | Allowance |
| 11 | Replace one Garage Door | $ 2,485.00 | Add $5,808 to replace the other 2 garage doors |
| 12 | Replace Glass in One Window | $ 400.00 | Allowance |
| | **Openings** | **$ 4,385.00** | |
| 13 | Acoustical Ceiling Building 1 | $ 4,852.00 | |
| 14 | Acoustical Ceiling Building 2 | $ 2,429.00 | |
| 15 | Strip and Wax Existing VCT Building 1 | $ 2,250.00 | |
| 16 | Strip and Wax Existing VCT Building 2 | $ 225.00 | |
| 17 | Rubber Base Building 1 | $ 1,028.00 | |
| 18 | Rubber Base Building 2 | $ 286.00 | |
| 19 | Epoxy Floor at Showroom | $ 22,385.00 | Deduct $7,801 to use LVT in lieu of the epoxy paint. |
| 20 | Painting Building 1 | $ 27,862.00 | |
| 21 | Painting Building 2 | $ 3,465.00 | |
| | **Finishes** | **$ 64,782.00** | |
| 22 | Plumbing Package | $ 9,975.00 | |
| 23 | Window Unit in Office | $ 600.00 | Allowance |
| | **Plumbing and Mechanical** | **$ 10,575.00** | |
| 24 | Electrical Package | $ 13,890.00 | |
| | **Electrical** | **$ 13,890.00** | |
| 25 | Asphalt Paving and Striping | $ 183,090.00 | |
| | **Exterior Improvements** | **$ 183,090.00** | |

| | | |
|---|---|---|
| **Total Budget Estimate** | **$ 333,011.00** | |
| Contingency @ 5% | $16,651 | |
| Gross Receipts Tax and GL Insurance | $3,840 | |
| Contractor Fee @ 10% | $33,685 | |
| **Total Budget Cost** | **$ 387,186.26** | TU Parks Construction Co.000017 |

| CODE | LINE | DESCRIPTION | TAKEOFF QUANTITY | LABOR UNIT COST | LABOR AMOUNT | MATERIAL UNIT COST | MATERIAL AMOUNT | SUB UNIT COST | SUB AMOUNT | OTHER UNIT COST | OTHER AMOUNT | TOTAL AMOUNT | COMMENTS | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 011100 | 3 | **Project Administration** | | | | | | | | | | $33,600.00 | | |
| | 4 | Superintendent | 6 Weeks | $3,600.00 | $21,600.00 | | $0.00 | | $0.00 | | $0.00 | $21,600.00 | | |
| | 5 | Project Management | 6 Weeks | | $0.00 | | $0.00 | | $0.00 | $1,200.00 | $7,200.00 | $7,200.00 | | |
| | 6 | Job Specific Accounting and Administration | 6 Weeks | | $0.00 | | $0.00 | | $0.00 | $800.00 | $4,800.00 | $4,800.00 | | |
| 015000 | 7 | **Temporary Facilities** | | | | | | | | | | $600.00 | | |
| | 8 | Construction Power Usage | 1.5 MO | | $0.00 | | By Owner | | $0.00 | | $0.00 | By Owner | | |
| | 9 | Construction Water Usage | 1.5 MO | | $0.00 | | By Owner | | $0.00 | | $0.00 | By Owner | | |
| | 10 | Construction Office Consumables | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $200.00 | $300.00 | $300.00 | | |
| | 11 | Temporary Job Sanitary Facilities | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $200.00 | $300.00 | $300.00 | | |
| 015300 | 12 | **Construction Cleaning** | | | | | | | | | | $1,436.00 | | |
| | 13 | General Construction Dumpster - Rent | 1 MO/EA | | $0.00 | | $0.00 | | $0.00 | $120.00 | $120.00 | $120.00 | | |
| | 14 | General Construction Dumpster - Pull | 1 MO/Pulls | | $0.00 | | $0.00 | | $0.00 | $420.00 | $420.00 | $420.00 | | |
| | 15 | General Cleanup Labor | 4 Weeks | $224.00 | $896.00 | | $0.00 | | $0.00 | | $0.00 | $896.00 | | |
| 015400 | 16 | **Permits** | | | | | | | | | | $0.00 | | |
| | 17 | Chattanooga Building Permit | 1 LS | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 015500 | 18 | **Safety & Protection** | | | | | | | | | | $1,500.00 | | |
| | 19 | General First Aid Supplies | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $100.00 | $150.00 | $150.00 | | |
| | 20 | General Construction Signage | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $100.00 | $150.00 | $150.00 | | |
| | 21 | Safety Inspection & Reporting | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $550.00 | $825.00 | $825.00 | | |
| | 22 | General Safety Supplies | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $250.00 | $375.00 | $375.00 | | |
| 015600 | 23 | **Equipment Rentals / TUP Owned** | | | | | | | | | | $375.00 | | |
| | 24 | Small Tool Package | 1.5 MO | | $0.00 | | $0.00 | | $0.00 | $250.00 | $375.00 | $375.00 | | |
| 022000 | 25 | **Demolition** | | | | | | | | | | $4,000.00 | | |
| | 26 | Demolition | 1 LS | $4,000.00 | $4,000.00 | | $0.00 | | $0.00 | | $0.00 | $4,000.00 | | |
| 022000 | 27 | **Masonry** | | | | | | | | | | $3,000.00 | | |
| | 28 | Patch Masonry Where Missing at Window | 1 LS | | $0.00 | | $0.00 | | $0.00 | $3,000.00 | $3,000.00 | $3,000.00 | Allowance | |
| 064100 | 29 | **Rough Carpentry** | | | | | | | | | | $2,300.00 | | |
| | 30 | Misc. Carpentry Work | 1 LS | $2,000.00 | $2,000.00 | $300.00 | $300.00 | | $0.00 | | $0.00 | $2,300.00 | | |
| 081000 | 31 | **Doors/Frames/Hardware** | | | | | | | | | | $17,450.08 | | |
| | 32 | Replace 7 Doors, Frames and Hardware | 1 LS | $4,000.00 | $4,000.00 | $8,920.08 | $8,920.08 | | $0.00 | | $0.00 | $12,920.08 | Allowance | |
| | 33 | Rolling Sheet Garage Door | 1 EA | | $0.00 | | $0.00 | $4,530.00 | $4,530.00 | | $0.00 | $4,530.00 | Access Garage Door | |
| 084100 | 34 | **Glazing** | | | | | | | | | | $12,000.00 | | |
| | 35 | 12 New Storefront Windows | 1 LS | | $0.00 | | $0.00 | $12,000.00 | $12,000.00 | | $0.00 | $12,000.00 | Joe Hailey Verbal Allowance | |
| 099100 | 36 | **Painting** | | | | | | | | | | $46,524.00 | | |
| | 37 | Painting Building 3 | 1 LS | | $0.00 | | $0.00 | $46,524.00 | $46,524.00 | | $0.00 | $46,524.00 | Pro-Coat | |
| 221000 | 38 | **Plumbing Systems** | | | | | | | | | | $3,989.00 | | |
| | 39 | Replace Toilet, Sink and Water Heater | 1 LS | | $0.00 | | $0.00 | $3,989.00 | $3,989.00 | | $0.00 | $3,989.00 | | |
| | | | | | $32,496.00 | | $9,220.08 | | $67,043.00 | | $18,015.00 | | | $0.00 |

TU Parks Construction Co.000018

| CODE | LINE | DESCRIPTION | TAKEOFF QUANTITY | LABOR UNIT COST | LABOR AMOUNT | MATERIAL UNIT COST | MATERIAL AMOUNT | SUB UNIT COST | SUB AMOUNT | OTHER UNIT COST | OTHER AMOUNT | TOTAL AMOUNT | COMMENTS | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | $0.00 |
| | | Labor Cost Total | $32,496 | | | | | | | | | | | |
| | | Material Cost Total | $9,220 | | | | | | | | | | | |
| | | Subcontractor Cost Total | $67,043 | | | | | | | | | $ 126,774.08 | | |
| | | Other Cost Total | $18,015 | | | | | | | | | $ 126,774.08 | | |
| | | Project Projected Cost = | $126,774 | | | | | | | | | WONDERFUL | | |
| | | Contingency @ 5% | $6,339 | | | | | | | | | $ - | | |
| | | Gross Receipt Tax @ 0.40% = | $507 | | | | | | | | | | | |
| | | Contractor GL @ 0.75% = | $955 | | | | | | | | | | | |
| | | Contractor Fee @ 10% = | $12,824 | | | | | | | | | | | |
| | | Construction Estimate = | $147,398 | | | | | | | | | | | |

**Parks**
T.U. Parks Construction Co.

# Construction Budget Breakdown
700 Manufacturers Rd Bldg 3
6/16/2023

| *Item #* | *Description* | *Scheduled Value* | *Notes* |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $33,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $600.00 | |
| 3 | Cleanup and Dumpster Rental | $1,436.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $1,500.00 | |
| 6 | Equipment Rental and Tools | $375.00 | |
| | **General Conditions** | **$ 37,511.00** | |
| 7 | Demolition | $4,000.00 | |
| | **Demolition** | **$ 4,000.00** | |
| 8 | Patch Masonry Where Missing at Window | $3,000.00 | Allowance |
| | **Masonry** | **$ 3,000.00** | |
| 9 | Misc. Carpentry Work | $2,300.00 | |
| | **Rough Carpentry** | **$ 2,300.00** | |
| 10 | Replace 7 Doors, Frames and Hardware | $12,920.08 | Allowance |
| 11 | Rolling Sheet Garage Door | $4,530.00 | |
| 12 | 12 New Storefront Windows | $12,000.00 | Allowance |
| | **Openings** | **$ 29,450.08** | |
| 13 | Painting Building 3 | $46,524.00 | |
| | **Finishes** | **$ 46,524.00** | |
| 14 | Replace Toilet, Sink and Water Heater | $3,989.00 | |
| | **Plumbing and Mechanical** | **$ 3,989.00** | |

| | | |
|---|---|---|
| **Total Construction Estimate** | **$ 126,774.08** | |
| Contingency @ 5% | $6,339 | |
| Gross Receipts Tax and GL Insurance | $1,462 | |
| Contractor Fee @ 10% | $12,824 | |
| **Total Estimated Cost** | **$ 147,398.10** | |

2906 8TH AVENUE
CHATTANOOGA, TN 37407
PHONE 423-622-6393
FAX 423-622-6356

**WALKER INTERIORS LLC**

# QUOTATION

| | |
|---|---|
| **To:** T. U. PARKS CONSTRUCTION | **From:** Kirk Prince |
| **ATTN:** JASON | **Pages:** 1 |
| **FAX:** 756-2626 | **Date:** June 2, 2023 |
| **JOB NAME:** AIRGAS | **PLANS DATED:** |
| **ARCHITECT:** | **ADDENDUMS RECD.** |

- TO FURNISH AND INSTALL AS FOLLOWS:

BUILDING 1

| | |
|---|---|
| SALES AREA – LVT | $ 14,584.00 |
| SALES AREA – RUBBER BASE | $ 1,028.00 |
| ACOUSTICAL CEILING | $ 4,852.00 |
| STRIPPING AND WAXING ALL VCT FLOORS | $ 2,250.00 |

BUILDING 2

| | |
|---|---|
| ACOUSTICAL CEILING TILE | $ 2,429.00 |
| RUBBER BASE | $ 286.00 |
| STRIPPING AND WAXING VCT | $ 225.00 |

WEEKS PAVING INC.
"Quality does not have to be expensive."
P.O. Box 2166
Chattanooga, Tennessee 37409
(423) 821-2669
Fax (423) 825-2087
Info@WeeksPaving.com

6/02/2023

Attn: Jason

Re: 700 Manufacturers Road

1) Excavate damaged asphalt approximately 3,511sq yards, and haul away material.
2) Add base stone in damaged areas where needed.
3) Furnish and install 2.5 inches of asphalt binder on excavated areas.
4) Furnish and install tack coat.
5) Furnish and install 1.5 inches overlay on entire asphalt surface.
6) Furnish and install 155lf of damaged curb at the front of the building (roadway side)

Cost
$ 183,090.00

Thanks,

Branson Bowen (423) 595-6845

Notice: Prices are subject to change at any time.

## Poteet, Clinton D.

| | |
|---|---|
| **From:** | Jason Hickey |
| **Sent:** | Wednesday, May 22, 2024 3:43 PM |
| **To:** | Larry Parks |
| **Subject:** | FW: Airgas Building 3 Budget |
| **Attachments:** | Building 3 Budget.pdf |

This is building 3

---

**From:** Jason Hickey
**Sent:** Friday, June 16, 2023 2:17 PM
**To:** 'bwsproperties@gmail.com' <bwsproperties@gmail.com>
**Subject:** Airgas Building 3 Budget

Please see the attached for Building 3 budget.

Thanks

Jason Hickey
Estimator

Parks
T.U. Parks Construction Co.
1207 East 23rd Street
Chattanooga, Tennessee 37408-2304
P:423-648-3817
C:423-593-3489
E-Mail:j.hickey@tuparks.com

This email was scanned by Bitdefender

**Parks**
T.U. Parks Construction Co.

Construction Budget Breakdown
700 Manufacturers Rd Bldg 3
06/16/2023

| *Item #* | *Description* | *Scheduled Value* | *Notes* |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $33,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $600.00 | |
| 3 | Cleanup and Dumpster Rental | $1,436.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $1,500.00 | |
| 6 | Equipment Rental and Tools | $375.00 | |
| | **General Conditions** | **$ 37,511.00** | |
| 7 | Demolition | $4,000.00 | |
| | **Demolition** | **$ 4,000.00** | |
| 8 | Patch Masonry Where Missing at Window | $3,000.00 | Allowance |
| | **Masonry** | **$ 3,000.00** | |
| 9 | Misc. Carpentry Work | $2,300.00 | |
| | **Rough Carpentry** | **$ 2,300.00** | |
| 10 | Replace 7 Doors, Frames and Hardware | $12,920.08 | Allowance |
| 11 | Rolling Sheet Garage Door | $4,530.00 | |
| 12 | 12 New Storefront Windows | $12,000.00 | Allowance |
| | **Openings** | **$ 29,450.08** | |
| 13 | Painting Building 3 | $46,524.00 | |
| | **Finishes** | **$ 46,524.00** | |
| 14 | Replace Toilet, Sink and Water Heater | $3,989.00 | |
| | **Plumbing and Mechanical** | **$ 3,989.00** | |

| | | |
|---|---|---|
| **Total Construction Estimate** | **$ 126,774.08** | |
| Contingency @ 5% | $6,339 | |
| Gross Receipts Tax and GL Insurance | $1,462 | |
| Contractor Fee @ 10% | $12,824 | |
| **Total Estimated Cost** | **$ 147,398.10** | |

**Parks**
T.U. Parks Construction Co.

Preliminary Budget Breakdown
700 Manufacturers Rd Bldgs 1 & 2
06/15/2023

| Item # | Description | Scheduled Value | Notes |
|---|---|---|---|
| | | | |
| 1 | Management and Supervision | $ 45,600.00 | |
| 2 | Temporary Storage and Sanitary Facilities | $ 1,300.00 | |
| 3 | Cleanup and Dumpster Rental | $ 2,452.00 | |
| 4 | Building Permit | $ - | Not included at this time |
| 5 | Safety Equipment and Inspections | $ 2,000.00 | |
| 6 | Equipment Rental and Tools | $ 500.00 | |
| | **General Conditions** | **$ 51,852.00** | |
| 7 | Demolition | $ 1,600.00 | |
| | **Demolition** | **$ 1,600.00** | |
| 8 | Vanities with sink Tops | $ 537.00 | Allowance |
| 9 | Misc. Carpentry Work | $ 2,300.00 | |
| | **Wood and Plastics** | **$ 2,837.00** | |
| 10 | Replace 3 Doors and Hardware | $ 1,500.00 | Allowance |
| 11 | Replace one Garage Door | $ 2,485.00 | Add $5,808 to replace the other 2 garage doors |
| 12 | Replace Glass in One Window | $ 400.00 | Allowance |
| | **Openings** | **$ 4,385.00** | |
| 13 | Acoustical Ceiling Building 1 | $ 4,852.00 | |
| 14 | Acoustical Ceiling Building 2 | $ 2,429.00 | |
| 15 | Strip and Wax Existing VCT Building 1 | $ 2,250.00 | |
| 16 | Strip and Wax Existing VCT Building 2 | $ 225.00 | |
| 17 | Rubber Base Building 1 | $ 1,028.00 | |
| 18 | Rubber Base Building 2 | $ 286.00 | |
| 19 | Epoxy Floor at Showroom | $ 22,385.00 | Deduct $7,801 to use LVT in lieu of the epoxy paint. |
| 20 | Painting Building 1 | $ 27,862.00 | |
| 21 | Painting Building 2 | $ 3,465.00 | |
| | **Finishes** | **$ 64,782.00** | |
| 22 | Plumbing Package | $ 9,975.00 | |
| 23 | Window Unit in Office | $ 600.00 | Allowance |
| | **Plumbing and Mechanical** | **$ 10,575.00** | |
| 24 | Electrical Package | $ 13,890.00 | |
| | **Electrical** | **$ 13,890.00** | |
| 25 | Asphalt Paving and Striping | $ 183,090.00 | |
| | **Exterior Improvements** | **$ 183,090.00** | |

| | | |
|---|---|---|
| **Total Budget Estimate** | **$ 333,011.00** | |
| Contingency @ 5% | $16,651 | |
| Gross Receipts Tax and GL Insurance | $3,840 | |
| Contractor Fee @ 10% | $33,685 | |
| **Total Budget Cost** | **$ 387,186.26** | |

519 East 10th Street
Chattanooga, TN 37403
phone: 423.266.9474
fax: 423.265.4798
email:adial@pro-coatinc.com

**PRO-COAT INC.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | **Jason – T.U. Parks** | **From:** | **Adam Dial** |
| **Fax:** | | **Date:** | **06/07/23** |
| **Phone:** | | **Pages:** | **1 (INCLUDING COVER)** |
| **Re:** | **Airgas Manufactures Road** | **CC:** | |

**☐ Urgent X For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle**

Jason,

As per your request, please see scope & pricing listed below:

**Scope:**

- Gyp board walls – Patch, spot prime & apply two (2) coats Latex Eggshell.
- Gyp board ceilings – Patch, spot prime & apply two (2) coats Latex Flat.
- Wood base & crown – Sand, spot prime & apply two (2) coats Acrylic Semi-gloss.
- Metal columns – Sand, spot prime & apply two (2) coats DTM Semi-gloss.
- Doors & frames – Sand, spot prime & apply two (2) coats Acrylic Semi-gloss.

**Total Cost Labor & Materials: $27,862**

**Show Room Add Alternate: (Diamond Grind & apply Epoxy Flake Floor) $22,385**

**Building #2 Add Alternate: (Paint Office and Restroom) $3,465**

If I can be of further assistance or answer any questions, please contact me.

Thanks,
Adam Dial

## Poteet, Clinton D.

**From:** tim@stolpmannplumbing.com
**Sent:** Friday, June 9, 2023 12:34 PM
**To:** Jason Hickey
**Cc:** donald@stolpmannplumbing.com
**Subject:** AirGas

Please confirm receipt, attached is the proposal you requested, let us know if you need anything else. Thanks

June 9, 2023 Proposal
To: Parks
Attn: Jason
Re: Air Gas Manufactures RD.
Per your request this price includes all labor and materials for a complete plumbing job per the directive and the scope below:
- Disconnect, remove and discard (3) toilets, (2) lavatories & (1) water heater.
- Includes New Plumbing Fixtures, (3) Toilets, (3) wall hung lavatories, furnish and install (1) new vanity faucet, (1) New Water Heater, and rebuild (1) Mop Sink faucet.
- Includes materials & labor to make rough-in changes or repairs to accommodate the new fixtures.
- All work performed during regular working hours.

Total Estimated Price for the above; $9,975.00

Exclusions: No HVAC or condensate drains. No Electrical Wiring. No Painting. No gas piping. No wall, ceiling or floor patching. Not responsible for the working condition of the existing sewer or water piping systems. No camera work or drain cleaning**. <u>Anything not specifically mentioned above.</u>**

Sincerely;
Timothy A. Bowman
Lic.# 42223
Limit: $1,500,000.00
Class: CMC-A
Exp: 7/31/23

**Timothy A. Bowman**
tim@stolpmannplumbing.com
**Stolpmann Plumbing Co. Inc.**
207 N. Holly Street,
Chattanooga. TN. 37404
Off: 423-629-7779 Fax: 423-624-8540
Direct Line: 423-661-3682

This email was scanned by Bitdefender

Triad
Electrical Contractors
1007 East Main Street
Chattanooga, TN 37408
Phone: 423-267-2288

State of TN Contractor's License No. 24471
Expiration Date: 9/30/23
Classification: CE / Unlimited

TO: T.U. Parks Construction
ATTN: Jason Hickey
DATE: June 8, 2023
FROM: Steven Pell

# Airgas Store/Manufacture Rd.
Chattanooga, TN

**Bid Scope and Notes:**

- Price includes:
  - Working during normal business hours.
  - Replacing approximately (45) light fixtures throughout the office and shop spaces that are completely out or in need of repair.
  - Using all new LED light fixtures. These fixtures will look slightly different and be brighter than the existing lights.
  - Using existing wiring and circuits.
  - Tying up (supporting per code) any new light fixture Triad installs.
- Price does not include:
  - Electrical permit or drawings.
  - Rearranging new or existing lights.
  - Exit or emergency lighting.
  - Power to any equipment or other items and devices.

Electrical Price: $13,890