IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | **NO. 1:24-CV-29-KAC-CHS** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE KATHERINE A. CRYTZER** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **AIRGAS USA, LLC,** | ) | **CHRISTOPHER H. STEGER** |
| | ) | |
| **Defendant.** | ) | **JURY DEMAND** |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES**

Plaintiff BWS Properties, LLC ("Plaintiff"), by and through counsel and pursuant to Federal Rules of Civil Procedure 26 and 33, submits the following answers to Defendant's First Set of Interrogatories.

## I. RESERVATION OF RIGHTS

A. The following answers are based on information currently known to Plaintiff after a reasonable effort to locate information called for by these interrogatories.

B. The following answers are given without prejudice to Plaintiff's right to produce evidence based on any additional information that may develop or come to Plaintiff's attention at a later time.

C. Plaintiff's objections are made without prejudice to Plaintiff's right to assert any additional or supplemental objections should Plaintiff discover additional grounds for such objections.

D. Plaintiff's agreement to answer with some information in response to any interrogatory does not constitute an admission that any additional information in fact exists or is in Plaintiff's possession, custody, or control.

- Corley Johnson – Employed by Defendant.
- Steve Benton – Employed by Defendant.
- Unidentified Airgas employees working at the Property.

15. State the name, address, and telephone numbers of each person known to you that has knowledge of the condition of the Property as of June 1, 2023.

**ANSWER:** *See* Plaintiff's Initial Disclosures and Defendant's Initial Disclosures. Plaintiff further responds that, upon information and belief, additional individuals possessing knowledge of the Property's condition as of June 1, 2023, include but are not limited to:

- Jennifer Nevans – She may be contacted via Plaintiff's counsel.
- Steve Benton – Employed by Defendant.
- Jason Hickey – Employed by T.U. Parks.
- Unidentified Airgas employees who worked at the Property

16. Identify any other individual or company, other than T.U. Parks, that BWS contacted, engaged, or met with after June 1, 2023 to discuss work, repairs, or remediation at the Property.

**ANSWER:** On October 9, 2023, Airgas Real Estate Manager, Dawn Van Dyke, contacted Jennnifer Nevans regarding Airgas's request to send a "repair person" to the Property to perform a "walk-through of the property to determine what repairs [could be made] and provide an estimate." On October 11, 2023, Airgas sent Account Manager, Tracy Harvey, and handyman, Kevin Cruz, to examine and provide a quote for repairs to the Property, excluding the windows and parking lot. BWS representative Jennifer Nevans accompanied Mr. Harvey and Mr. Cruz during the walkthrough. *See also* Plaintiff's answer to Interrogatory No. 6.

17. Other than the Property, has BWS or any of its agents, including property management companies, worked with T.U. Parks before? If so, identify the project(s), the work

T.U. Parks did, the individual that was the point of contact at T.U. Parks, the location of the work, and the date of the work.

**<u>ANSWER</u>:** Plaintiff has never used T.U. Parks to perform any repairs or other work on the Property or for any other purpose. Defendant previously used T.U. Parks, thus Plaintiff asked T.U. Parks to provide quotes for the Property repairs. *See* BWS-000087 – 88.



Case 1:24-cv-00029-CHS Document 86-2 Filed 10/30/26 Page 3 of 4 PageID #: 911

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: ______________________________
Lynzi J. Archibald, BPR No. 030063
Jessica M. Wolinsky, BPR No. 039785
Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
(423) 785-8356 (Telephone)
(423) 321-1524 (Facsimile)
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, via email and/or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following:

Mary Beth White
Peter C. Robison
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
mbwhite@lewisthomason.com
probison@lewisthomason.com

This 26th day of August 2024.

By: ______________________________