**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **BWS PROPERTIES, LLC,** | ) | **NO. 1:24-CV-29-KAC-CHS** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE KATHERINE A. CRYTZER** |
| v. | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **AIRGAS USA, LLC,** | ) | **CHRISTOPHER H. STEGER** |
| | ) | |
| **Defendant.** | ) | **JURY DEMAND** |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST REQUESTS FOR PRODUCTION**

Plaintiff, by and through counsel and pursuant to Federal Rules of Civil Procedure 26 and 34, submits the following responses to Defendant's First Set of Requests for Production.

## I. RESERVATION OF RIGHTS

A. The following responses are based on information currently known to Plaintiff after a reasonable effort to locate information called for by these requests.

B. The following responses are given without prejudice to Plaintiff's right to produce evidence based on any additional information that may develop or come to Plaintiff's attention at a later time.

C. Plaintiff's objections are made without prejudice to Plaintiff's right to assert any additional or supplemental objections should Plaintiff discover additional grounds for such objections.

D. Plaintiff's agreement to respond with some information in response to any request does not constitute an admission that any additional information and/or documents in fact exist or are in Plaintiff's possession, custody, or control.

6. All documents or things evidencing any repairs or renovations performed after the "extensive hail damage" referenced in Paragraph 11 of your Complaint.

**RESPONSE:** *See* Plaintiff's response to Request No. 5.

7. All documents or things evidencing the condition of the Property on or about June 1, 2022.

**RESPONSE:** Plaintiff objects to Request No. 7 on the basis it is irrelevant to the claims asserted, not reasonably calculated to lead to the discovery of admissible evidence, and overly broad as to "all documents or things."

8. All documents or things related to Airgas's surrender, attempted surrender, or failure to surrender the Property to BWS.

**RESPONSE**: Plaintiff objects to Request No. 8 on the basis it is overly broad as to "all documents or things" and seeks documents that Airgas is in a better position to provide. Subject to and without waiving the foregoing objections, documents and/or things evidencing Airgas's failure to properly surrender the Property include but are not limited to the documents produced at BWS-000059 – 127, 000136 – 137, 000420 – 528.

9. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the bathrooms on the Property were not in working order as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 9 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 94 and 000097 – 98.

10. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the sinks on the Property were not in working order as of May 31, 2023.


Case 1:24-cv-00029-CHS Document 86-3 Filed 10/30/26 Page 2 of 7 PageID #: 914

**RESPONSE:** Plaintiff objects to Request No. 10 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88, 000090 – 91, 000093 – 94, and 000096 – 98.

11. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the bathrooms on the Property were not in working order as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 11 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 94 and 000097 – 98.

12. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the hot water heaters on the Property were not in working order as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 12 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88 and 000096.

13. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the ceiling tiles on the Property were not in working order or good repair as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 13 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88 and 000117.

14. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the exterior doors on the Property were not in working order as of May 31,

2023.

**RESPONSE:** Plaintiff objects to Request No. 14 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88 and 000103 – 107.

15. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the bay doors on the Property were not in working order as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 15 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote, Access Garage Door invoice, and photographs produced at BWS-000087 – 88, 000107, and 000598 – 600.

16. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the windows on the Property were not in working order or good repair as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 16 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88, 000111, and 000115.

17. All documents or things supporting your assertion in Paragraph 16 of your Complaint that any of the flooring on the Property was not in working order or good repair as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 17 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88, 000109 – 114, 000116 – 121, 000580, 000589 – 90, 000595 – 97, and 000603.

18. All documents or things supporting your assertion in Paragraph 16 of your Complaint that the Property "had not been cleaned for an unknown period of time" as of May 31,

2023.

**RESPONSE:** Plaintiff objects to Request No. 18 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote, Yaneth Cleaning Services invoice and payment, Scenic Breezeway invoice and payment, and photographs produced at BWS-000072 – 79, 000087 – 88, 000092 – 98, 000108 – 114, and 000116 – 119.

19. All documents or things supporting your assertion in Paragraphs 16 and 20 of your Complaint that the outside grounds of the Property had not been mowed or that the Property was overgrown with vegetation as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 19 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* Outdoor Landscaping & Grading Company proposal and invoices produced at BWS-000086 – 87 and 000613 – 615.

20. All documents or things supporting your assertion in Paragraph 16 of your Complaint that the driveways and parking lot(s) of the Property we "faded, worn, cracked, crumbling, and significantly damaged" as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 20 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* T.U. Parks Quote and photographs produced at BWS-000087 – 88, 000099 – 102, 000581 – 583, and 000604 – 607.

21. All documents or things supporting your assertion in Paragraph 16 of your Complaint that Airgas left "personal property, belongings, and signage" on the property after May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 21 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* photographs, Republic Services Proposal, and Professional Sign Services estimate, produced at BWS-000092, 000094 – 96, 000109 – 114, 000118 – 119, 000126.

26. All documents or things evidencing any alleged failure of Airgas to terminate utility services or other service providers to the Property as of May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 26 on the basis it is overly broad, unduly burdensome, and premature as to "all documents or things" because discovery is ongoing. Subject to and without waiving the foregoing objections, *see* BWS-000070 – 71 and 000420 – 528.

27. All documents or things evidencing an obligation of Airgas to pay for utilities or other services to the Property after May 31, 2023.

**RESPONSE:** Plaintiff objects to Request No. 27 on the basis it is overly broad, unduly burdensome, and premature as to "all documents or things" because discovery is ongoing. Subject to and without waiving the foregoing objections, *see* Paragraph 20 of the Industrial Building Lease, executed by the parties and effective June 1, 2022, produced at BWS-000043 – 58.

28. All documents or things evidencing payments made by Airgas to BWS from June 1, 2022, to the present.

**RESPONSE:** Plaintiff objects to Request No. 28 on the basis it is unduly burdensome, not relevant to the claims asserted, and not reasonably calculated to lead to the discovery of admissible evidence.

29. All communications or other documents evidencing any information provided by BWS to T.U. Parks Construction Co. regarding any repairs or other work to be performed on the Property.

**RESPONSE:** Plaintiff objects to Request No. 10 on the basis it is overly broad as to "all documents or things." Subject to and without waiving the foregoing objections, *see* emails between Jennifer Nevans and Jason Hickey with T.U. Parks, produced at BWS-000529 – 531.

30. All documents or things related to attempts to lease the Property to any other party after May 31, 2023.

40. Any advertisement, promotional material, marketing material or thing used for the Property since May 31, 2023.

**RESPONSE:** *See* BWS-000534 – 612.

41. Any contracts or agreement between BWS and a property management company from 2004 to the present time as it relates to the Property.

**RESPONSE:** None at this time.

42. All communications or other documents received or provided by any individual or company identified in Interrogatory No. 16.

**RESPONSE:** *See* BWS-000072 – 78, 000081 – 86, and 000124 – 125.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: Jessica M. Wolinsky

Lynzi J. Archibald, BPR No. 030063
Jessica M. Wolinsky, BPR No. 039785
Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
(423) 785-8356 (Telephone)
(423) 321-1524 (Facsimile)
lynzi.archibald@millermartin.com
jessica.wolinsky@millermartin.com

*Counsel for Plaintiff, BWS Properties, LLC*