IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNNESSEE AT CHATTANOOGA

---

| | | |
|---|---|---|
| BWS PROPERTIES, LLC, | : | |
| | : | |
| | : | NO. 1:24-CV-29-KAC-CHS |
| Plaintiff, | : | |
| | : | JUDGE KATHERINE A. |
| -vs- | : | CRYTZER |
| | : | |
| AIRGAS USA, LLC, | : | MAGISTRATE JUDGE |
| | : | CHRISTOPHER H. STEGER |
| | : | |
| Defendant. | : | JURY DEMAND |

---

THE 30(b)(6) DEPOSITION OF
BWS PROPERTIES, LLC
By and Through: Jennifer Nevans
April 7, 2025

---

Whitney A. Vaughn, TN LCR# 418
Angel & Associates Court Reporting
P.O. Box 1145
Hixson, Tennessee 37343
(423) 876-4435 and 800-298-DEPO (3376)



EXHIBIT D

anything to do with attorney-client communication, I'll object.

BY MR. ROBISON:

**Q I definitely don't want to know that. Let me ask you this: Did you provide some information to somebody at T.U. Parks Construction that resulted in this preliminary budget breakdown being created?**

A Certainly.

**Q Okay. Who did you work with at T.U. Parks Construction?**

A Jason Hickey.

**Q Okay. I think you might have mentioned his first name earlier. So Jason Hickey. What is his role at T.U. Parks?**

A He is management. I don't -- I don't know. I mean, he is the one that came out and put the quote together.

**Q In the written discovery responses, I think you mentioned that you hadn't used T.U. Parks Construction before.**

A That is correct.

**Q Okay. But you were aware that Airgas had used Parks Construction previously?**

A As they -- during June of 2023, they

were just finishing Airgas's job on Access Road. So they were very familiar with everyone there. The management of Airgas was very familiar with the T.U. Parks. And so in order to save time, I went with their contractor. That's Airgas's contractor.

**Q And this Exhibit 18 that we're looking at has two pages. Can you confirm that yours has two as well before I ask you about it?**

A I can. That is correct.

**Q Now, we're going to get into building numbers. The front page says Buildings -- well, 700 Manufacturers Road, Buildings 1 and 2. Do you see that?**

A Correct.

**Q Okay. So the second page says 700 Manufacturers Road, Building 3.**

A Correct.

**Q Do you have any understanding as to whether that actually corresponds to Building 4 or the Gas House?**

A Yes. Because we're not doing any work on Building 3, they skipped Building 3, thus the confusion of building numbers.

**Q Okay. So as long as we keep that in mind, we keep that straight, we're good.**

A Right. We can cross it out and put 4 if you would like.

**Q I'm going to ask you first about the first page, and then we'll get to the second page.**

MR. ROBISON: Off the record.

(Off-record discussion.)

BY MR. ROBISON:

**Q There are a number of line items in this preliminary budget breakdown for Buildings 1 and 2. And that corresponds to the large main building and the repair shop; am I right about that?**

A Correct.

**Q I'm going to ask you about a couple of the line items. If you know information about it, let me know. If you don't, let me know that as well.**

A Okay.

**Q I'm actually going to jump down to 22 to begin. That has a plumbing package. Do you see that line item?**

A I do.

**Q Are you aware of what information was provided to Parks Construction that would allow them to estimate a plumbing package? Like, do you know what that involves or what information about plumbing was provided to them?**

A Well, again, I'm not a lawyer and not trying to interpret anything, but --

MS. WOLINSKY: If we're getting ready to talk about something that relates to attorney-client and lease stuff, just don't even reference it.

BY MR. ROBISON:

**Q By all means, please don't tell me about that.**

A Well, let me just say I referenced what -- I referenced what I believe to be Airgas's responsibility and walked through with T.U. Parks accordingly.

**Q When you say T.U. Parks, was that Mr. Jeremy Hickey?**

A Jason Hickey, yes.

**Q Jason Hickey. I'm sorry. We had talked about bathrooms earlier and bathroom fixtures and like a wash sink. Were those all items that you pointed out to Mr. Hickey?**

A Yes. All six bathrooms.

**Q And what was to be done with all six bathrooms to your understanding?**

A To repair or replace broken fixtures.

**Q Which bathrooms had fixtures that**

would be one of the doors. And then also there is another door in that room as well. And I have to keep it closed with bricks.

**Q So is closing off that large open space one of the seven doors that's included in line item 10?**

A Correct.

**Q Had that always been open since you worked in the property, that open space?**

A No, I don't think so. No.

**Q What was there before?**

A That was a pumping facility and it had a door.

**Q What kind of a door was it?**

A A rolling -- well, I think it was a rolling one, yeah. It's this same kind that was opposite of it on the front of the building.

**Q When was it removed?**

A I do not know.

**Q Was it before 2013?**

A Yes.

**Q Was it before 20 -- or 2005?**

A No, I don't think so. It could have been in 2000 -- see, what we did at BWS Properties -- I mean Brooks Welding Supply -- was we were a

distribution center for seven -- or six other stores. And so we pumped all of our gases.

But when BOC and Airgas -- because they are corporate -- large corporations, they have a distribution somewhere else. So we were -- the purpose of that room changed dramatically the sale. They could have had damage and then taken the door off at any point. But I just think it's important for you to know what we used the facility for was different.

And Building 3 used to be our cylinder repair shop, but they don't -- BOC has a corporate repair shop for that. So that's why they never used Building Number 3, barely just to store some stuff, and there was -- you know, it was normal wear and tear, no problem. But Building Number 4, they changed the use and purpose. And so doors were not their priority.

But it was a priority when we pumped. And I think that that's kind of the reason behind the changes in the doors. We had to have heat. We had to have plumbing. We had to have -- because of the use of the building.

**Q Line item 8 for the Gas House, Building 4, has a patch masonry we're missing at**

**window.**

A Uh-huh.

**Q Did we see that -- a photo of that window?**

A We did and we discussed that. Like, again, the change of use. When the heat went out or when the heat and air went out, they just removed it. It was there forever not functioning, but it was still there. But they removed it, and I have no idea when and left a bit cold there.

**Q I want to ask you about line item 13.**

A Okay.

**Q It says painting of Building 3, $46,524. Do you know what information was provided to T.U. Parks Construction to come up with that line item?**

A It does. It surprised me to see that. And I do not know. But it's painting interior and exterior, I think. And it's a special paint that's used for masonry block. And I don't know if you recall, but there is a lot of interior block walls that were required for pumping. Now, they did some pumping there on a very little scale -- a low scale. But that would be a question for Mr. Hickey.

**Q To your understanding, was the request**