U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [ ] MOTION HEARING
- [x] PRETRIAL CONFERENCE
- [ ] OTHER

Case No 1:24-cv-29 BWS Properties, LLC v. Airgas USA, LLC

PRESENT: Honorable Christopher H. Steger [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

| | | |
|---|---|---|
| Jessica Wolinsky | Lynzi Archibald | Peter C Robison |
| Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
| Mary Beth White | Dana Bellamy | Dianne Bryden |
| Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter |

PROCEEDINGS:
Final Pretrial Conference.

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-24-cv-29_20261103_122341

TESTIMONY BY: ____________________

TRIAL SET: ____________________

Time: 1:11 to 2:20

2:31 to 3:02

_______ to _______

_______ to _______

Date: 11/3/2026

REV 7/14