U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☐ Jury ☑ Non-Jury 1st Day (1st, 2nd, etc.) CASE NO.: 1:24-cv-29

STYLE: BWS Properties, LLC vs. Airgas USA, LLC

PRESENT: Honorable Christopher H. Steger ☐ U.S. District Judge ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Jessica Wolinsky and Lynzi Archibald

Attorney(s) for Defendant(s): Peter Robison and Mary Beth White

Deputy Clerk: Dana Bellamy Court Reporter: Dianne Bryden

PROCEEDINGS:

- ☐ JURY selected and sworn. Jurors present ___ / Seated ___ / Challenged ___ / Excused ___ / Not used ___ (See attached list)
- ☑ Opening Statements ☐ Rule Requested ☐ Witness sworn (Witnesses listed on "Exhibit & Witness List")
- ☑ Introduction of evidence for pltf. ☑ begun ☐ resumed ☐ concluded
- ☐ Deft.'s MOTION: ______________________ ☐ GRANTED ☐ DENIED
- ☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☐ concluded
- ☐ Deft.'s RENEWED MOTION: ______________________ ☐ GRANTED ☐ DENIED
- ☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court
- ☐ Jury retired to deliberate at __________ Jury returned at __________
- ☐ JURY VERDICT: ______________________
- ☐ Jury polled ☐ Polling waived
- ☐ JUDGMENT BY COURT: ______________________
- ☐ Case taken under advisement ☐ Mistrial declared
- ☑ EXHIBITS: ☐ in vault ☐ in file ☑ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)
- ☐ TRIAL CONTINUED UNTIL: ______________________

OTHER PROCEEDINGS:

In house counsel for Airgas USA, LLC present: Shavon Moran. DCR 1B: 1-24-cv-29_20261117_083129

Time 9:02 to 10:47 Time 10:59 to 12:30 Time 1:35 to 2:54

Time 3:07 to 3:52 Time 4:00 to 4:58 Time _____ to _____ Date 11/17/2026