U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☐ Jury ☑ Non-Jury 2nd Day (1st, 2nd, etc.) CASE NO.: 1:24-cv-29

STYLE: BWS Properties, LLC vs. Airgas USA, LLC

PRESENT: Honorable Christopher H. Steger ☐ U.S. District Judge ☑ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Jessica Wolinsky and Lynzi Archibald

Attorney(s) for Defendant(s): Peter Robison and Mary Beth White

Deputy Clerk: Dana Bellamy Court Reporter: Dianne Bryden

PROCEEDINGS:

☐ JURY selected and sworn. Jurors present ___ / Seated ___ / Challenged ___ / Excused ___ / Not used ___ (See attached list)

☐ Opening Statements ☐ Rule Requested ☐ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☑ Introduction of evidence for pltf. ☐ begun ☑ resumed ☑ concluded

☑ Deft.'s MOTION: Motion to Dismiss ☐ GRANTED ☑ DENIED

☑ Introduction of evidence for deft. ☑ begun ☐ resumed ☐ concluded

☐ Deft.'s RENEWED MOTION: ________ ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at ________ Jury returned at ________

☐ JURY VERDICT: ________

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: ________

☐ Case taken under advisement ☐ Mistrial declared

☑ EXHIBITS: ☐ in vault ☐ in file ☑ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☐ TRIAL CONTINUED UNTIL: ________

OTHER PROCEEDINGS:

In house counsel for Airgas USA, LLC present: Shavon Moran. DCR 1B:1-24-cv-29_20261118_084335

Time 9:05 to 11:01 Time 11:16 to 12:27 Time 1:35 to 2:27

Time 2:43 to 4:16 Time 4:23 to 4:33 Time 4:33 to 5:06 Date 11/18/2026