U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☐ Jury ☑ Non-Jury 3rd Day (1st, 2nd, etc.) CASE NO.: 1:24-cv-29

STYLE: BWS Properties, LLC vs. Airgas USA, LLC

PRESENT: Honorable Christopher H. Steger ☐ U.S. District Judge ☑ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): BWS Properties, LLC

Attorney(s) for Defendant(s): Airgas USA, LLC

Deputy Clerk: Dana Bellamy Court Reporter: Dianne Bryden

PROCEEDINGS:

- ☐ JURY selected and sworn. Jurors present ___ / Seated ___ / Challenged ___ / Excused ___ / Not used ___ (See attached list)
- ☐ Opening Statements ☐ Rule Requested ☐ Witness sworn (Witnesses listed on "Exhibit & Witness List")
- ☐ Introduction of evidence for pltf. ☐ begun ☐ resumed ☐ concluded
- ☐ Deft.'s MOTION: ____________________ ☐ GRANTED ☐ DENIED
- ☑ Introduction of evidence for deft. ☐ begun ☑ resumed ☑ concluded
- ☐ Deft.'s RENEWED MOTION: ____________________ ☐ GRANTED ☐ DENIED
- ☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court
- ☐ Jury retired to deliberate at ____________ Jury returned at ____________
- ☐ JURY VERDICT: ____________________
- ☐ Jury polled ☐ Polling waived
- ☐ JUDGMENT BY COURT: ____________________
- ☐ Case taken under advisement ☐ Mistrial declared
- ☑ EXHIBITS: ☐ in vault ☐ in file ☑ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)
- ☐ TRIAL CONTINUED UNTIL: ____________________

OTHER PROCEEDINGS:

In-house counsel for Airgas USA, LLC present: Shavon Moran. DCR 1B: 1-24-cv-29_20261119_084010
**12/4/2026:** Plaintiff's Deposition Designations to Defendant. **12/11/2026:** Submission of Deposition Designations, Stipulation of Claims at Issue, Conclusions of Law, and Findings of Fact due to the Court.

Time 9:01 to 10:24 Time 10:39 to 11:14 Time 11:21 to 11:42

Time 12:04 to 12:17 Time 1:39 to 2:34 Time _______ to _______ Date 11/19/2026