# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

BWS Properties, LLC

V.

Airgas USA, LLC

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cv-29

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christopher H. Steger | Jessica Wolinsky and Lynzi Archibald | Peter Robison and Mary Beth White |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/17/2026 - 11/19/2026 | Dianne Bryden | Dana Bellamy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 11/17/2026 | | | Witness - Jennifer Nevans - Sworn |
| 1 | | 11/17/2026 | x | x | Aerial Photograph of Manufacturer's Road Property |
| 8 | | 11/17/2026 | x | x | Lease Between BWS and Airgas - Original Lease |
| 11 | | 11/17/2026 | x | x | Lease Between BWS and Airgas - dated 11/1/2013 - Second Lease |
| 12 | | 11/17/2026 | x | x | Lease Between BWS and Airgas - dated 6/1/2022 - Last Lease |
| 2 | | 11/17/2026 | x | x | Property photographs taken in Spring of 2023 |
| 16 | | 11/17/2026 | x | x | Letter from Airgas re Surrender of Premises Confirmation dated 5/31/2023 |
| 54 | | 11/17/2026 | x | x | Emails between Jennifer Nevans and Dawn Van Dyke |
| 31 | | 11/17/2026 | x | x | BWS Properties Invoice number 178 dated 5/31/2023 attached to email (ex. 54) |
| 3 | | 11/17/2026 | x | x | Property Photographs taken by Jennifer Nevans |
| 5 | | 11/17/2026 | x | x | Property Photographs before Airgas moved out - approx. 4/2023 |
| 67 | | 11/17/2026 | x | x | Property Photographs - Cleanliness (photos located in exhibits 2, 3, 5) |
| 68 | | 11/17/2026 | x | x | Property Photographs - Plumbing issues |
| 69 | | 11/17/2026 | x | x | Property Photograph - Door damage from Building 1 |
| 70 | | 11/17/2026 | x | x | Property Photographs - Building 1 - Grarage damage |
| 71 | | 11/17/2026 | x | x | Property Photographs - Building 1 - Sales Dept. Showroom - Desk removal damage |
| 72 | | 11/17/2026 | x | x | Property Photographs - Building 1 - Damage to Showroom and training room |
| 73 | | 11/17/2026 | x | x | Property Photographs - Mr. Johnson's Office - Building 1 |
| 74 | | 11/17/2026 | x | x | Property Photograph - Building 2 |
| 75 | | 11/17/2026 | x | x | Property Photograph - Ceiling Damage |
| 76 | | 11/17/2026 | x | x | Property Phtographs - Paving photos |
| 17 | | 11/17/2026 | x | x | T.U. Parks Quote dated 6/15/2023 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

BWS Properties, LLC

V.

Airgas USA, LLC

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cv-29

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christopher H. Steger | Jessica Wolinsky and Lynzi Archibald | Peter Robison and Mary Beth White |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/17/2026 - 11/19/2026 | Dianne Bryden | Dana Bellamy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 11/17/2026 | x | x | Emailed Invoice from Access Garage to Jennifer Nevans dated 6/2/2023 |
| 20 | | 11/17/2026 | x | x | Proposal from Outdoor, Inc. re monthly service for lawn maintenance |
| 21 | | 11/17/2026 | x | x | Invoice from Outdoor, Inc. re first monthly payment dated 7/1/2023 |
| 22 | | 11/17/2026 | x | x | Estimate from Scenic Breezeway |
| 23 | | 11/17/2026 | x | x | Proposal from Republic Services dated 7/31/2023 |
| 24 | | 11/17/2026 | x | x | Email re proposal for removing signage dated 7/31/2023 |
| 25 | | 11/17/2026 | x | x | Invoice from Cleaning Service dated 8/21/2023 |
| 26 | | 11/17/2026 | x | x | Invoice from A. Barnes Fence Co. re fence repair dated 11/7/2023 |
| 13 | | 11/17/2026 | x | x | Email 2.7.2023 from Nevans to Dawn Van Dyke re termination of Lease |
| 14 | | 11/17/2026 | x | x | Letter attached to email to Dawn Van Dyke (Exhibit 13) |
| 15 | | 11/17/2026 | x | x | Text message screenshots of conversation between Jennifer Nevams and Don Van Slyke |
| 77 | | 11/17/2026 | x | x | Demand Letter from Plaintiff's counsel to Airgas dated 8/9/2023 cc'ing Jennifer Nevans |
| 78 | | 11/17/2026 | x | x | Letter from Airgas to counsel for Plaintiff in response to Demand Letter dated 9/7/2023 |
| 28 | | 11/17/2026 | x | x | Email between Jennifer Nevans and Dawn Van Dyke dated 10/9/2023 and 10/10/2023 |
| 29 | | 11/17/2026 | x | x | Email from Kevin Cruz to Tracy Harvey enclosing Cruz estimate dated October 2023 |
| 30 | | 11/17/2026 | x | x | Letter from David Martineau, Airgas in-house counsel, to counsel for Plaintiff (dated 11/13/2023) |
| 32 | | 11/17/2026 | x | x | Invoice re taxes and insurance dated 1/3/2024 |
| W | | 11/17/2026-<br>11/18/2026 | | | Witness - Jason Hickey - T.U. Parks - Sworn |
| 18 | | 11/17/2026 | X | X | Records provided by T.U. Parks as a result of a Subpoena for Request for Records |
| W | | 11/18/2026 | | | Witness - James Corley Johnson - Sworn |
| W | | 11/18/2026 | | | Witness - Nicholas Cornelison - President, P&C Construction - Sworn |
| 35 | | 11/18/2026 | X | X | P&C Construction Report dated May 9, 2025 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

BWS Properties, LLC

V.

Airgas USA, LLC

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cv-29

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christopher H. Steger | Jessica Wolinsky and Lynzi Archibald | Peter Robison and Mary Beth White |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/17/2026 - 11/19/2026 | Dianne Bryden | Dana Bellamy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | W | 11/18/2026 | | | Witness - Tracy Harvey - Sworn |
| | W | 11/18/2026-11/19/2026 | | | Witness - Michael Berry - President, Berry Construction Co. - Sworn |
| | 36 | 11/18/2026 | x | x | Michael Berry Resume/CV |
| | 37 | 11/19/2026 | x | x | Michael Berry Report dated 6/10/2025 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.